# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **RARE BREED TRIGGERS, LLC**, a Florida Limited Liability Company, and **KEVIN C. MAXWELL**, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General of the United States; **U.S. DEPARTMENT OF JUSTICE**; **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**; **CRAIG SAIER**, in his capacity as Special Agent in Charge of the Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives; and **MARVIN RICHARDSON**, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>    Defendants | CIVIL ACTION NO.: |

### SUMMONS IN A CIVIL ACTION

To (Defendant's name and address)

**MERRICK GARLAND, in his official
capacity as Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this on you or 60 (not counting the days you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a) (2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or the Plaintiff's attorney, whose name and address are:

**Kevin C. Maxwell, Esq.**
**733 West Colonial Dr.**
**Orlando, FL 32804**

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

DATED on _____, 2021.                    _____

Signature of Clerk of Deputy Clerk

**Civil Action No. _____**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____ .

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there,
on *(date)*_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other
*(specify):*_____
_____
_____
_____
.

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____                                         _____
                                                                                                         *Server's signature*

                                                                                                _____
                                                                                                         *Printed name and title*

                                                                                                _____

                                                                                                _____
                                                                                                           *Server's address*

Additional information regarding attempted service, etc.

_____
_____
_____
_____
_____