# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **RARE BREED TRIGGERS, LLC,** a Florida Limited Liability Company, and **KEVIN C. MAXWELL,** an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **MERRICK GARLAND,** in his official capacity as Attorney General of the United States; **U.S. DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; CRAIG SAIER,** in his capacity as Special Agent in Charge of the Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives; and **MARVIN RICHARDSON,** in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, <br><br> Defendants | **CIVIL ACTION NO.:** |

### SUMMONS IN A CIVIL ACTION

To (Defendant's name and address)

**MARVIN RICHARDSON, Director**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES
99 New York Avenue, N.E.
Washington, D.C. 20226

A lawsuit has been filed against you.

Within 21 days after service of this on you or 60 (not counting the days you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a) (2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or the Plaintiff's attorney, whose name and address are:

**Kevin C. Maxwell, Esq.**
**733 West Colonial Dr.**
**Orlando, FL 32804**

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

DATED on _____, 2021.      _____
                                            Signature of Clerk of Deputy Clerk

**Civil Action No. _____**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

      This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____ .

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there,
on *(date)*_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other
*(specify):*_____
_____
_____
.
My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                       *Server's signature*

                      _____
                       *Printed name and title*

                     _____

                     _____
                       *Server's address*

Additional information regarding attempted service, etc.

_____
_____
_____
_____
_____