IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RARE BREED TRIGGERS, LLC, *et al.*,

    Plaintiffs,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,

    Defendants.
_____/

Case No. 6:21-cv-01245-CEM-GJK

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. Boynton, Brian M., Acting Assistant Attorney General, Counsel for Defendants;

    b. Hoppmann, Karin, Acting United States Attorney, Counsel for Defendants;

1

  c. Farby, Lesley, Assistant Branch Director, Counsel for Defendants;

  d. Clendenen, Michael P., Trial Attorney, Civil Division, Federal Programs Branch, U.S. Department of Justice, Counsel for Defendants;

  e. Garland, Merrick, in his official capacity as Attorney General of the United States, Defendant;

  f. U.S Department of Justice, Defendant;

  g. Bureau of Alcohol, Tobacco, Firearms and Explosives, Defendant;

  h. Saier, Craig, in his capacity as Special Agent in Charge of the Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Defendant;

  i. Richardson, Marvin, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Defendant;

  j. Maxwell, Kevin C., Plaintiff and Counsel for Plaintiffs; and

  k. Rare Breed Triggers, LLC, Plaintiff.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

  None known.

4.) the name of each victim (individual or corporate), including every person

who may be entitled to restitution:

    None known.

    5.) Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    -or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

DATED: August 11, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

KARIN HOPPMANN
Acting United States Attorney

LESLEY FARBY
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
DC Bar No. 166009
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
E-mail:   michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of August, 2021, I caused the foregoing document to be served on the following counsel for Plaintiffs by filing with the court's electronic case filing system: Kevin C. Maxwell, Esq.

                                          */s/ Michael P. Clendenen*
                                          MICHAEL P. CLENDENEN