UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RARE BREED TRIGGERS, LLC and KEVIN C. MAXWELL,**

        **Plaintiffs,**

v.                                                 Case No. 6:21-cv-1245-CEM-GJK

**MERRICK GARLAND, CRAIG SAIER, MARVIN RICHARDSON, U.S. DEPARTMENT OF JUSTICE, and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,**

        **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Kevin Maxwell |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Michael Clendenen |
| **DATE/TIME:** **TOTAL TIME:** | August 13, 2021 9:58 AM – 10:13 AM 15 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE CONFERENCE (Motion filed at Doc. 18)**

Case called. Appearances taken.

The Court addresses the motion filed Doc. 18 with both parties.

The Evidentiary Hearing scheduled for Wednesday August 18, 2021 at 2:00 pm will be cancelled and not rescheduled until an amended complaint is filed by the Plaintiff.

Counsel for the Plaintiff has until 2:00 pm on August 27, 2021 to file an Amended Complaint.

Court is adjourned.