

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV  25405*

www.atf.gov

903050:MRC
3311/301071

October 31, 2013

Mr. Michael Stakes
President
Tactical Fire Control, Inc



Dear Mr. Stakes,

This is in reference to your correspondence (including copy of a patent application), with accompanying AR-type fire-control components, received by the Firearms Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  In your cover letter, you asked FTB to examine this "3MR™" trigger assembly (see enclosed photo) and determine its classification.

For your reference in this matter, the National Firearms Act, 26 U.S.C. Section 5845(b), defines "**machinegun**" as—

> *...any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon,* ***any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun,*** *and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*

As indicated, your prototype trigger has three modes: safe mode, a match grade semi-automatic mode, and another match grade semiautomatic mode with a positive reset characteristic.  In support of this product, you point out that it will provide tactical and competition shooters with a "safer, faster, and more reliable trigger group."  It is also intended to provide positive resets between each shot.

Mr. Michael Stakes                                                    Page 2

The FTB examination confirmed that the trigger unit consists of a housing, hammer, trigger, disconnector, selector, springs, and reset lever that are designed to be used in an AR-15 type platform.  Our examination disclosed that when the selector is placed in the vertical position (apex at 12 o'clock), the trigger, disconnector, and hammer function as any AR-semiautomatic type trigger is designed to do.  Further examination also showed that when the selector was placed in the horizontal position (apex at 3 o'clock), the reset lever pivots forward, and the hammer engages/contacts the lever during the cycling of the rifle.  In this position, the hammer contacts the reset lever during cocking, which applies force to the trigger, forces the shooter's finger forward, and allows the trigger to reset rapidly.

In the course of our evaluation, FTB personnel installed the submitted 3MR™ trigger into an AR-15 type rifle housed in the ATF National Firearms Collection for test firing.  During this phase, a function test was performed before live-fire was conducted.  The 3MR™ functioned only semi automatically during both the field test and live-firing.

In conclusion, FTB has determined that the 3MR™ trigger assembly is not a part or combination of parts that will convert a semiautomatic firearm into a machinegun.  Your sample will be returned via the FedEx account number provided in your cover letter.

We thank you for your inquiry and trust the foregoing has been responsive to your evaluation request.

Sincerely yours,

Earl Griffith
Chief, Firearms Technology Branch

Enclosure

Mr. Michael Stakes                                                            Page 3

Tactical Fire Control 3MR™ Trigger





**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV  25405*

www.atf.gov

**AUG 2 8 2018**     907010: RKD
3311/307385

████

Buda, Texas 78610

Dear Sir,

This is in reference to your submission and accompanying correspondence to, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), accompanied by an AR-15 type rifle equipped with what is described as the ████ AR1 trigger system (see enclosed photos). Specifically, you requested an examination and classification of this sample with regard to the amended Gun Control Act of 1968 (GCA) and the National Firearms Act (NFA).

As you know, the National Firearms Act (NFA), 26 U.S.C. § 5845(b), defines the term "**machinegun**" as—

*…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.  The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*

As specified in the GCA, 18 U.S.C. § 921(a)(23), the term "machinegun" has "*the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C. 5845(b)).*

The submitted ████ AR1, is described as a "*trigger-finger reset device*". You further describe the design and function of the device by explaining that "***this trigger system works by mechanically pushing the trigger rapidly forward, resetting the finger and trigger to the forward***

███████████

*positon. **This allows the user to make a decision in which they leave rearward pressure off the trigger to stop the firing sequence, or re-engage rearward pressure on the trigger to continue the firing sequence.***" As a part of this description, you note that all of the components of the ███ ███ AR1 trigger are newly designed and include a bolt, housing, trigger, hammer, sear, springs and pins. FTISB notes that US Patent 9568264 (Flex-fire technology) covers the device, which is described as a technology to provide the potential of increasing both the rate of fire and the precision of fire at higher rates beyond the fundamental design capabilities of pre-existing semi-automatic arms.

Also, your correspondence notes that ATF has previously interpreted the phrase "single function of the trigger" to mean a single movement of the trigger, whether that movement is the pull of the trigger or the release of the trigger and it is your opinion that this device submitted is only a trigger reset device and not a "machinegun" as defined.

The sample examined by FTISB personnel consists of a Colt Competition .223/5.56 caliber AR-15 pattern rifle, serial number CCR012176, which is equipped with the following items:

- Modified bolt carrier.
- Newly constructed hammer assembly.
- Newly constructed fire control housing.
- Newly constructed trigger assembly having steel block mounted on rear of assembly.
- Newly constructed spring loaded sear assembly.
- Miscellaneous retaining axles/screws, plungers/springs.



Modified Bolt Carrier

Spring Loaded Sear

Trigger Assembly

Hammer Assembly

Fire Control Housing

Provided illustration of ███████ AR1 Trigger Device.



This illustration depicts how the parts interact.

No. 66 is the extension of the trigger that rests in the bolt cam.

No. 28 is the portion of the trigger that interacts with the user's finger.

No. 38 is the spring loaded sear.

No. 18 is the hammer.

The written correspondence received from ████████████ with the sample, provided the following statements and pictures offering a description of how the device differed in function from that of a standard unmodified AR-15 pattern rifle [Note: FTISB updated the pictures relevant to FTISB's analysis of the ███████ AR1]:

*"We start with the trigger in the forward position and the hammer in the cocked position, with the bolt in battery."*



*"When the trigger is pulled rearward it also pivots upward into an open space in the bolt.*



*"As the trigger pivots back and up into the open space in the bolt, the sliding sear surface in the trigger separates from the tail of the hammer and the hammer releases and fires a round."*



*"The explosion of the bullet causes the bolt to move in a rearward direction. As the bolt moves rearward it contacts the top of the trigger and forces the tip of the trigger down, pivoting the blade of the trigger to the forward (reset) position."*



*"At this point the trigger is in the forward (un-pulled) position. The bolt continues rearward cocking the hammer, which moves the integrated trigger sear rearward"*. [We note that the shooter maintains a constant rearward pull on the trigger and the internal mechanism automatically forces the individual's finger/trigger forward instead of requiring that the shooter release the trigger.]



*"At the rear of the bolt's stroke the hammer is cocked and the trigger sear is forced forward into a reset position (by spring pressure), locking the hammer in the cocked position."*



*"The bolt returns to battery and the hammer is now cocked against the trigger ready to fire the next round".*

As explained below, a single constant rearward pull will cause the firearm to fire until the trigger is released, the firearm malfunctions, or the firearm exhausts its ammunition supply.



**Submitted Sample Rifle**



**Sample modified bolt carrier showing added contact surface that interfaces with trigger.**



**FTCB exemplar standard bolt carrier.**



**Internal View - Sample fire control mechanism (installed).**



**Sample fire control mechanism with the bolt carrier removed from firearm.**



**Overhead view of fire control mechanism**



**Sample housing with trigger assembly removed.**



**Sample** ▮▮▮▮ **AR1 fire control mechanism installed in AR-15 type firearm.**



As a part of this examination, FTISB conducted initial manual field-testing of the sample. The field test revealed that when the trigger was pulled with sufficient force to release the hammer, and the shooter maintains constant pressure on the trigger, the firearm expelled a projectile, extracted and ejected the casing, loaded another round, and fired. This continued until the trigger was released. A test fire with live ammunition resulted in the firearm shooting automatically more than one shot, without manual reloading, by a single function of the trigger.

Additionally, during the finger activated firing sequences (with the trigger finger retained in a constant position), after firing several cartridges the sear failed to retain the hammer, which simply followed the bolt forward leaving a substantial firing pin mark on the primer of the chambered cartridge without firing the cartridge.

**Photo of FTISB test cartridge removed from sample after hammer follow incident.**



In order to demonstrate the sample fired more than one shot, without manual reloading, with a single function of the trigger, rather than firing a single shot with each function of the trigger, the following procedure was followed.

- A common 8-inch zip-tie was installed around the rear of the grip and the front of the sample's trigger.

- The zip-tie was gradually tightened until the trigger was retracted just enough to release the hammer.

- With the trigger retained in this position, the bolt assembly was retracted and retained in an open position, with the aid of the bolt catch.

- A ten-round ammunition load was placed into the sample's magazine, and the magazine was inserted into the firearm.

- Without touching the trigger (which was being retained in a fixed position by the plastic zip-tie), the bolt catch was depressed allowing the firearms bolt to travel forward and chamber a cartridge. Upon chambering and firing the first cartridge, the weapon cycled and fired five cartridges automatically <u>without the trigger being released.</u> The sear also failed to retain the hammer on the 6th cartridge, but did not strike the primer with sufficient force to fire that cartridge, thereby stopping the firing sequence.

- This same test was repeated several times with the sample firing from three to ten cartridges with a single function of the trigger before a malfunction was encountered or the ammunition load expended.



The previous still image extracted from a video of the FTISB test fire shows cartridge chambering in the yellow box and one of the ejected cartridges in the red box. Note that additional ejected cartridge cases are out of frame and trigger is retained with zip-tie and not in contact with finger.

Federal law defines "machinegun," in relevant part, as "any weapon which shoots, is designed to 1shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger" as well as a "combination of parts designed and intended, for use in converting a weapon into a machinegun." Legislative history for the NFA indicates that the drafters equated a "single function of the trigger" with "single pull of the trigger." National Firearms Act: Hearings Before the Comm. on Ways and Means, House of Representatives, Second Session on H.R. 9066, 73rd Cong., at 40 (1934). Therefore, as you note, ATF has long held that a single function of the trigger is a "single pull" or alternatively, a single release of a trigger. Therefore, a firearm is not a machinegun if a projectile is expelled when the trigger is pulled and a second projectile is expelled when the trigger is released.

As stated above, your own description of the ▮▮▮▮▮▮▮ AR1 trigger system includes the following statements, "*this trigger system works by mechanically pushing the trigger rapidly forward, resetting the finger and trigger to the forward positon. This allows the user to make a decision in which they leave rearward pressure off the trigger to stop the firing sequence, or re-engage rearward pressure on the trigger to continue the firing sequence.*"

Federal courts have noted that automatically means that the weapon "fires repeatedly with a single pull of the trigger." *Staples v. United States*, 511 U.S. 600, 602 n. 1 (1994). "That is, once its trigger is depressed, the weapon will automatically continue to fire until its trigger is released or the ammunition is exhausted." *Id.* Courts have specifically affirmed ATF's interpretation that a single act of the shooter to initiate the firing sequent is a single function of the trigger. *Akins v. United States*, 312 F. App'x 197, 200 (11th Cir. 2009); *Freedom Ordnance Mfg., Inc. v. Brandon*, No. 3:16-cv-00243-RLY-MPB (S.D. Ind. Mar. 27, 2018). *United States v. Fleischli*, 305 F.3d 643, 655 (7th Cir. 2002)(in which electronic switch was the trigger when it served to initiate the firing sequence and the minigun continued to fire until the switch was turned off or the ammunition was exhausted). In the *Freedom Ordnance* case, the United States District Court of Indiana confirmed that ATF was not arbitrary and capricious in the classification of an "electronic reset assist device" as a machinegun even though the firearm's trigger reset before each shot by pushing the shooter's finger forward. *Freedom Ordnance Mfg., Inc*, No. 3:16-cv-00243-RLY-MPB. In these cases, a firearm is a machinegun when an internal mechanism or operation automatically forces the individual's finger forward instead of requiring that the shooter release the trigger.

FTISB testing indicated that continuous rearward pressure after the initial pull of the trigger initiates a "firing sequence" which discharges multiple rounds with a single function of the trigger. A device with a trigger that is mechanically forced forward during a cycle of operation or firing sequence, which results in more than one round being fired with a "single function of a trigger," is a machinegun. This type of operation is distinguishable from firearms that have not been classified as machineguns, including those that fire one round when the trigger is <u>manually</u> pulled and one round when the trigger is <u>manually</u> released.

███████████                                                              Page 13

The ███████████ AR1 is a device which is designed to assist in preventing the hammer from positively resetting (requiring that the shooter release the trigger in order to fire the next round) and causes a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.  This device is a, combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun; thus a "machinegun" as defined in 26 U.S.C. § 5845(b).

Additionally, note that on several occasions during the testing of this device, the hammer was found to have followed the bolt into battery as it chambered a cartridge.  FTISB has also evaluated similar devices, which have prevented the trigger from positively resetting and resulted in such a "hammer-follow" scenario.  A device designed to prevent the hammer from positively resetting could cause a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and would also be classified as a combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun; thus a "**machinegun**" as defined in 26 U.S.C. 5845(b).

Consequently, the submitted sample ███████████ AR1 trigger assembly equipped firearm is a "machinegun" as defined in the NFA, and is subject to all NFA provisions. In addition, the sample ███████████ AR1 trigger assembly parts are a combination of parts designed and intended, for use in converting a weapon into a machinegun, and as such, in and of themselves, would be defined as a "machinegun" and subject to all NFA provisions.

The GCA prohibits the possession or transfer of any machinegun manufactured after May 19, 1986 with the limited exceptions of transfers to or by the government, and possession under the authority of the government. *See* 18 U.S.C. § 922(o).  Based on these exceptions, Type 07 (manufacturer) and Type 08 (importer) Federal firearms licensees to manufacture or import firearms after May 19, 1986 for sale or distribution to the government. Because you are a 07/02 FFL/SOT, ATF will return the ███████████ AR1 trigger device equipped firearm upon receipt of a prepaid common carrier shipping label or FedEx shipping account billing number. Please be advised that the firearm/device will need to be properly marked, and an ATF Form 2 submitted by the close of the following business day that you receive the sample.

We thank you for your inquiry and trust that the foregoing has been responsive.


Sincerely yours,

*[signature]*

Michael R. Curtis
Chief, Firearms Technology Industry Services Branch


cc: Rick Vasquez Firearms LLC





Rick Vasquez Firearms LLC
235 Deer Creek Road
Winchester VA 22602



BY. FATD

Buda, TX 78610
07/02 FFL/SOT

EVAL.
307-385

The ▮▮▮▮▮ AR1 trigger system is being submitted for evaluation as a trigger-finger reset device. This trigger system works by mechanically pushing the trigger rapidly forward, resetting the finger and trigger to the forward position. This allows the user to make a decision in which they leave rearward pressure off the trigger to stop the firing sequence, or re-engage rearward pressure on the trigger to continue the firing sequence. It is our opinion that this device submitted is only a trigger reset device, nevertheless it has been submitted for your classification.

**Definitions:**   COLT COMPetition  SN: CCR 012176
AR-15

A firearm: 18 U.S.C. § 921(a)(3), the Gun Control Act of 1968 ("GCA") defines the term "firearm" to include "any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive, the frame or receiver of any such weapon…"

A machinegun: 26 U.S.C. § 5845(b), the National Firearms Act, Title II of the GCA ("NFA"), defines "machinegun" to include "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically <u>more than one shot</u>, without manual reloading, <u>by a single function of the trigger</u>. This term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." (The mechanical function of the Wolf Tactical AR1 trigger does not fall within the definition of "machinegun" under the NFA.)

ATF has previously interpreted the phrase "single function of the trigger" to mean a single <u>movement</u> of the trigger, whether that movement is the *pull* of the trigger or the *release* of the trigger. A trigger "functions" by causing the firing sequence to begin. This could be described as the release of a hammer or a striker.

Consequently, if the firearm or device will allow more than one shot to fire when the trigger is pulled or when the trigger is released, then the firearm would have the capability to fire more than one shot by the single function of the trigger. This would make the firearm a machinegun as defined.

The ▮▮▮▮▮ AR1 trigger is specifically designed to only fire a single round on each rearward movement of the trigger. All of the components of the ▮▮▮▮▮ AR1 trigger are newly designed and include a bolt, housing, trigger, hammer, sear, springs and pins. These components interact in a manner which, upon pulling the trigger, the hammer is released from the sear firing a single round. In layman's terms, following is the firing sequence:

████████ AR1 Trigger:

2

We start with the trigger in the forward position and the hammer in the cocked position, with the bolt in battery



(In the rest of the images, not all parts are shown in all images and some are shown as transparent to clarify the interactions)



AR1 Trigger:

3

When the trigger is pulled rearward it also pivots upward into an open space in the bolt



As the trigger pivots back and up into the open space in the bolt, the sliding sear surface in the trigger separates from the tail of the hammer and the hammer releases and fires a round



██████████ AR1 Trigger:

4

The explosion of the bullet causes the bolt to move in a rearward direction. As the bolt moves rearward it contacts the top of the trigger and forces the top of the trigger down, pivoting the blade of the trigger to the forward (reset) position



At this point the trigger is in the forward (unpulled) position. The bolt continues rearward cocking the hammer, which moves the integrated trigger sear rearward



█████████ AR1 Trigger:

5

At the rear of the bolt's stroke the hammer is cocked and the trigger sear is forced forward into a reset position (by spring pressure), locking the hammer in the cocked position



The bolt returns forward to battery and the hammer is now cocked against the trigger ready to fire the next round



███████ AR1 Trigger:

6

This is not an automatic sear, nor a conversion device. An automatic sear or a conversion device depends on a captured hammer that is tripped in some manner. This allows repetitive firing once the trigger is pulled rearward and the trigger remains in the pulled rearward position. The ██████ ███████ AR1 trigger is a trigger finger reset device. The sequence of operation is designed so that when a shooter pulls the trigger and the weapon is fired, the trigger mechanically resets the user's trigger finger back to the original firing position. After the round has been fired, the trigger cannot be pulled during any part of the duration of the stroke of the bolt until the bolt has returned to battery. This ends the firing sequence or allows the user to mentally exert additional rearward pressure on the trigger to restart the firing sequence by pulling the trigger again. The design of the trigger mechanism is such that if the user maintains excessive rearward finger pressure on the trigger, the bolt's ability to return to battery will be impeded. The purpose and design of this device is to aid the user to fire a consecutive shot.

**Conclusion**:

It is our opinion that this is not a device designed or intended to create automatic fire. If you have any questions or need additional information I have authorized Rick Vasquez of Rick Vasquez Firearms LLC to act on my behalf.  Rick Vasquez can be reached at (540) 535-6633. Thank you in advance for your efforts and we look forward to hearing your opinion.

██████ AR1 Trigger:

7



This illustration depicts how the parts interact.

No.66 is the extension of the trigger that rests in the bolt cam.

No. 28 is the portion of the trigger that interacts with the user's finger.

No. 38 is the spring loaded sear.

No. 18 is the hammer.

**From:**       Richard Vasquez
**To:**         Fire Tech
**Subject:**    Re: US Patent Information Evaluation 307385
**Date:**       Monday, November 27, 2017 3:52:40 PM

---

The patent for the general mechanism is:
Flex-Fire technology
US 9568264

This patent was published (approved) Feb 14, 2017.

Sincerely,

Richard Vasquez
Rick Vasquez Firearms, LLC
235 Deer Creek Road
Winchester, VA
Phone: 540.535.6633
Email:  rick@rickvasquezfirearms.com

On Mon, Nov 27, 2017 at 2:38 PM, <Fire.Tech@usdoj.gov> wrote:

> Our office is currently reviewing a submission from ████████ ██ (AR1 trigger) which
> appears to include a patent drawing. Has a patent been applied for on this device and if so,
> what would be the Name and patent number?
>
>
> Thank you, FTISB

790894154587

R7N

Delivered

307 — 385

Thursday 11/08/2018 at 12:36 pm

**DELIVERED**

Signed for by: RROUDS

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| MARTINSBURG, WV US | Buda, TX US |

## Travel History

Local Scan Time

**Thursday , 11/08/2018**

| 12 36 pm | Buda, TX | Delivered |
| 4 26 am | AUSTIN, TX | On FedEx vehicle for delivery |
| 4 14 am | AUSTIN, TX | At local FedEx facility |

**Wednesday , 11/07/2018**

| 10 28 pm | HUTCHINS, TX | Departed FedEx location |
| 12 16 pm | HUTCHINS, TX | Arrived at FedEx location |
| 6 49 am | HUTCHINS, TX | In transit |

**Tuesday , 11/06/2018**

| 5 00 pm | LINDEN, TN | In transit |
| 3 59 am | HAGERSTOWN, MD | Departed FedEx location |
| 1 04 am | HAGERSTOWN, MD | Arrived at FedEx location |
| 12 21 am | WINCHESTER, VA | Left FedEx origin facility |

**Monday , 11/05/2018**

| 9 02 pm | WINCHESTER, VA | Arrived at FedEx location |
| 11 25 am | WINCHESTER, VA | Picked up |

**Thursday , 11/01/2018**

| 11 26 pm | | Return label link emailed to return sender |

ATF0025





Davis
Received
11/5/18

**After printing this label:**
1  Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2  Fold the printed page along the horizontal line.
3  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning** IMPORTANT TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data ... Day Close Button If
required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are ... FedEx Ground. If you are dropping your
packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff available upon request. FedEx will not be responsible for any claim in excess of $100 per package whether the result of loss, damage, delay, non-delivery, misdelivery or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff. In no event shall FedEx Ground be liable for any special, incidental or consequential damages, including without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**From:** Fire.Tech@usdoj.gov 
**Subject:** RE: Submission for testing and classification
**Date:** September 17, 2018 at 7:40 AM
**To:** ▉▉▉▉▉▉▉▉▉▉



**Sir,**

**You can forward the shipping label or FedEx Billing number referencing work order #307385 and note that item should not be shipped until Oct3.**

**Thankyou.**

**From:** Fire Tech
**Sent:** Monday, September 17, 2018 7:53 AM
**To:**
**Subject:** FW: Submission for testing and classification

See below.

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Friday, September 14, 2018 3:57 PM
**To:** Fire Tech <Fire_tech@atf.gov>
**Subject:** Re: Submission for testing and classification

I received a ruling on this submission. Attached is a photo of the letter I received in order to reference the ID #.

Per the last page of the letter, I would like to have the sample firearm and device returned as I have an 07/02 FFL/SOT. I accidentally failed to include a prepaid return shipping label with my submission but as I said, I would like it to be returned to me.

I will be away from my FFL shipping address until Tuesday, Oct 2nd. This would not matter except per the letter, I need to submit an ATF Form 2 by the close of the following business day that I receive the sample, and I will not be able to do that until Oct 3rd.

If this is not a problem I will send a prepaid common carrier shipping label or email a Fedex shipping account billing number.

Thank you kindly,
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV 25405*

www.atf.gov

AUG 2 8 2018

907010: RKD
3311/307385



Buda, Texas 78610

Dear Sir,

This is in reference to your submission and accompanying correspondence to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), accompanied by an AR-15 type rifle equipped with what is described as the ███████████ AR1 trigger system (see enclosed photos). Specifically, you requested an examination and classification of this sample with regard to the amended Gun Control Act of 1968 (GCA) and the National Firearms Act (NFA).

As you know, the National Firearms Act (NFA), 26 U.S.C. § 5845(b), defines the term "machinegun" as—

*...any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*

As specified in the GCA, 18 U.S.C. § 921(a)(23), the term "machinegun" has "*the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C. 5845(b)).*

The submitted ████████ AR1, is described as a *"trigger-finger reset device"*. You further describe the design and function of the device by explaining that *"this trigger system works by mechanically pushing the trigger rapidly forward, resetting the finger and trigger to the forward*

On Aug 4, 2017, at 2:16 PM, Fire.Tech@usdoj.gov wrote:

Firearms and Ammunition Technology Division
Attn: FTISB
244 Needy Road Suite 1600
Martinsburg, West Virginia 25405

-----Original Message-----
From: ████████████████████████
Sent: Friday, August 4, 2017 1:26 PM
To: Fire Tech <Fire_tech@atf.gov>
Subject: Submission for testing and classification

Hello,

I am submitting a complete rifle for testing and classification and I would like to confirm that the following is the correct address.

Firearms and Ammunition Technology Division
244 Needy Road Suite 1600
Martinsburg, West Virginia 25405

When sending a complete rifle to this location, is signature required necessary?

Thank you,

████████████

FFL/SOT 07/02

[OFFICIAL]

https://www.recoilweb.com/recoiltv-gun-room-forced-reset-trigger-164616.html

# RECOILtv: Gun Room – Forced Reset Trigger

By RECOILtv.



Do you want semi-full-auto capabilities in your rifle? How about full-semi-auto capabilities? Not really sure if those are actual phrases, but you get what we are saying. Check out what Rare Breed Triggers is doing to make your rig as close to fully automatic as you can be. Technically still a semi-auto rifle, when a platform adds one of these FRT-15 triggers to its inner workings, your rate of fire increases dramatically. It's the closest thing you can get to a full auto rate of fire, without crossing that proverbial line drawn in the sand by certain government bureaucracies. Follow RECOIL Editor in Chief, Iain Harrison, as he drops one of these bad boys into a lower, and pairs a couple different uppers to see how it performs. Be sure to check this out, and if you are interested, get your hands on one of your own…before a certain organization decides you can't have one!

For more information on the FRT-15, head on over to https://rarebreedtriggers.com/

25th December 2020.

[OFFICIAL]

# New: The Rare Breed Triggers FRT-15 Forced Reset AR-15 Trigger

GEAR NEWS (HTTPS://WWW.THETRUTHABOUTGUNS.COM/CATEGORY/GEAR/)

BY CARL BUSSJAEGER (HTTPS://WWW.THETRUTHABOUTGUNS.COM/AUTHOR/CARL-BUSSJAEGER/) | DEC 29, 2020 |
129 COMMENTS (HTTPS://WWW.THETRUTHABOUTGUNS.COM/NEW-THE-RARE-BREED-TRIGGERS-FRT-15-FORCED-RESET-AR-15-TRIGGER/#COMMENTS)

| FACEBOOK | TWITTER | LINKEDIN | EMAIL (MAILTO:?SUBJECT=NEW: THE |
|---|---|---|---|
| (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? | SHARE (HTTPS://TWITTER.COM/INTENT/TWEET? | (HTTP://WWW.LINKEDIN.COM/SHAREARTICLE? | RARE BREED TRIGGERS FRT-15 |

SHARE (HTTPS://WWW.THETRUTHABOUTGUNS.COM/NEW- TEXT=NEW: THE RARE BREED MINI=TRUE&URL=HTTPS://WWW.THETRUTHABOUTGUNS.COM/NEW- FORCED RESET AR-15 TRIGGER - THE
THE-RARE-BREED-TRIGGERS-FRT-15- TRIGGERS FRT-15 FORCED RESET THE-RARE-BREED-TRIGGERS-FRT-15- TRUTH ABOUT GUNS&BODY=NEW:
FORCED-RESET-AR-15-TRIGGER/) AR-15 TRIGGER - THE TRUTH ABOUT FORCED-RESET-AR-15- THE RARE BREED TRIGGERS FRT-15
GUNS&URL=HTTPS://WWW.THETRUTHABOUTGUNS.COM/NEW- TRIGGER/&TITLE=NEW: FORCED RESET AR-15 TRIGGER - THE
THE-RARE-BREED-TRIGGERS-FRT-15- BREED TRIGGERS FRT-15 FORCED TRUTH ABOUT GUNS
FORCED-RESET-AR-15-TRIGGER/) RESET AR-15 TRIGGER - THE TRUTH HTTPS://WWW.THETRUTHABOUTGUNS.COM/NEW-
ABOUT GUNS&SUMMARY=THE NEW THE-RARE-BREED-TRIGGERS-FRT-15-
RARE BREED TRIGGERS FRT-15 FORCED-RESET-AR-15-TRIGGER/)
TRIGGER FOR THE AR PLATFORM
ALLOWS VERY RAPID SEMI-
AUTOMATIC FIRE FROM AN AR-15
RIFLE. WATCH THE VIDEO ABOVE,
WHICH SHOWS THE TRIGGER IN
ACTION AND EXPLAINS HOW IT
WORKS.  THE TL;DR IS THAT THE FRT-
15'S SEAR FORCES THE TRIGGER TO
RESET WITH EVERY SHOT EVEN IF
YOU KEEP […])

Subscribe now to get th[…]
guns, gear, gun rights, and[…]
delivered straight to y[…]

Required fields a[…]

**Email
Address:**

First Name:

Zip Code:

Subscribe



Select Category

ATF0031

Rare Breed Triggers FRT site-15. Image source; Rare Breed Triggers web

The new Rare Breed Triggers (https://www.rarebreedtriggers.com/) FRT-15 trigger
(https://www.rarebreedtriggers.com/product/frt-15/) for the AR platform allows very rapid *semi-automatic*
fire from an AR-15 rifle. Watch the video above, which shows the trigger in action and explains how it works.



**Rare Breed Triggers FRT - Full Video**
from **RARE BREED TRIGGERS**

10:52

The TL;DR is that the FRT-15's sear *forces* the trigger to reset with every shot even if you keep continuous
pressure on it. It *cannot* be considered anything but semi-automatic. Rare Breed notes that a heavy buffer
and a full-auto bolt carrier group is required for use of the $380 FRT-15.

As I watched the video, when I got to the animated explanation of operation, all I could think was, "My God,
they invented the bump (http://zelmanpartisans.com/?p=4521) *trigger*. ATF heads are going to explode." In a
morbid way, I'm looking forward to seeing what creative lingustic
(https://bearbussjaeger.wordpress.com/2019/04/11/atf-volitional-vs-nonvolitional-movement/) gymnastics
(https://bearbussjaeger.wordpress.com/2019/04/09/semi-auto-vs-full-auto/) they concoct to ban this.

Without having tried the FRT-15 personally, two things strike me about it. First is that using that safely using
FRT-15 is going to take some practice. This isn't for the amateur who's going to drop it in his AR, then leave it
in the gun case for months.

The second point is something I hope rare Breed Triggers considered carefully. The contact area between
sear and hammer appears to be *small* compared to a more convention trigger group. That's a potential point
failure. If that wears too much, the rifle *could* go full auto.

I suspect heat treatment during manufacturing presented interesting challenges for the company. Too hard
and the metal could fracture under stress.. Too soft and it wears too quickly.

If you buy one of these, I suggest inspecting those surfaces periodically.

## From the Web

revcontent



90s 'It' Girls: Where Are They Now?
Gazillions



Local Area Say Bye to Your
Mortgage if You Live Close Local
Area



32-second Stretch Ends Back Pain
& Sciatica (Watch)
Patriot Health Zone

ATF0032

(https://trends.revcontent.com/click.php?
d=Oww64mxYju3F7y2mPpAa1Xo7pq75OWtV0S...

Mortgage Benefits

(https://trends.revcontent.com/click.php?
d=TtTtdZFZGWob3Bknmy15acyF75EikTaB2LiX4CCf94mWoI%2FVhcx9ito2uOxQRsUK%2BjGyiU0Jvox3zczD6pH7c



Owen Hart's Widow Discusses
New Details About His Tragic
Death

Affluent Times

(https://trends.revcontent.com/click.php?
d=sxc342ZZQfPGTug7bmkD8s8GIGWM9I4MZv...



Now We Know What Chip and
Joanna Gaines' Home Looks Like
Inside...

Affluent Times

(https://trends.revcontent.com/click.php?

Experts May Have Proven the
Occurrence of a Famous Biblical
Event

Affluent Times

(https://trends.revcontent.com/click.php?

## Recommended For You



**LEUPOLD'S NEW DELTAPOINT MICRO – THE ULTIMATE COMPACT RED DOT FOR SMALL-FRAMED EDC PISTOLS**

(https://adclick.g.doubleclick.net/pcs/click?
xai=AKAOjssRxbSSiqB3xGWSjKPypyFO861kTpkKloYbhup4ELFiWCMxRUbWSmK0deg3yARw8i36SPZot8dk2KlXMiuSOMwiyHkOJsYw-
86OkkBPpfuJcADqG21HAyeLvip-LLZoTq3BSvAEuLBc-
oA4k58WGpnwiiseEWxsiV876yqbXu03FjaIXZmcyhTu0q8nEGUYs3bYGieSv4qMJd6NauEK31k3outgl-
sn40TsEddbYFeZO5kSmwNr90bcSfYEIwMihLaT8eadoXIsMCKdooL__16AJfPHPV2s&sai=AMfl-YQEjpHFiVs_DZMblEHLSvO-
fKArwEM5cDGSYKuiPD9wAcXF_9RY9awOqqPOeJ0r9iXpP3jvJiVAuOuFPUYIOalf9nQ-EzHnnlp7Nrg8lb-LuYa3d2ZJAET0e68-
e4&sig=Cg0ArKJSzP5LCwGxv-Y8EAE&urlfix=1&adurl=https://www.thetruthaboutguns.com/leupolds-new-deltapoint-micro-the-
ultimate-compact-red-dot-for-small-framed-edc-pistols/)

## COMMENTS

**Andrew Lias** says:

December 29, 2020 at 10:07 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-
reset-ar-15-trigger/#comment-4708597)

Anyone seen the price of 5.56 on Ammoseek lately or gone to a store? Forget that, I'm out.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-
trigger/?replytocom=4708597#respond)**

**Debbie W.** says:

December 29, 2020 at 12:22 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-
forced-reset-ar-15-trigger/#comment-4708727)

Because Gun Control in any shape or form is rooted in racism and genocide that makes it a racist and nazi based agenda. Therefore the 1968 Gun Control Act should be ripped from the books.
Instead of trying to justify his client's product the attorney should be asking Congress to justify what is a racist and nazi based agenda.
Tearing down statues, renaming everything to erase the long, long racist history of the democRat Party while one if the biggest symbols of racism and genocide gets a pass is ludicrous and despicable.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708727#respond)**

> **Andrew Lias** says:
> December 29, 2020 at 16:31 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708975)

If democommies erase history it is okay. more freedoms are not okay.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708975#respond)**

> **anonymous** says:
> December 29, 2020 at 23:46 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709277)

Make no mistake, the ATF will take a huge whopping shit all this product. Gargantuan steamy frothy shit. It will be coming – especially, if this product becomes popular.

The ATF aren't about stopping people that hurt others with guns or otherwise. They are about us. They are here to go after guns. End of story.

> **Jeffrey Hunt** says:
> December 30, 2020 at 10:56 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709662)

Don't forget the Repubocommies.

> **RICH** says:
> December 29, 2020 at 20:01 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709160)

IF THEY'RE GOING TO 'RIP' LAWS OUT OF THE BOOKS THEY NEED TO GO ALL THE WAY BACK TO THE NFA ACT OF 1934 ! ! THAT SEEMS TO BE WHERE THE FEDS STARTED 'CONTROLLING' EVERYONES 2nd AMENDMENT RIGHTS. THE LAWS HAVE GONE STEADILY DOWNHILL SINCE THEN ! AND NOW WE HAVE A GOVERNMENT THAT'S ON THE VERGE OF SOCIALISM !
STAY SAFE PEOPLE…….

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709160#respond)**

> **Alan** says:
> December 29, 2020 at 22:52 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709258)

How about the 1934 legislation, which is seemingly the root of at least a few of today's problems respecting the ownership of firearms and accessories?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709258#respond)**

ATF0034

**Alan** says:

December 29, 2020 at 23:09 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709265)

Debby:

Anyone who denies or tries to hide the racist history of Gun Control in this country is fighting a loosing battle, for the facts are as plain as the nose on my face, which is rather plain.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709265#respond)**

**anonymous** says:

December 29, 2020 at 23:38 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709273)

If the ATF can hand wave bump stocks into machine gun territory, which are NOT machine guns, AT ALL, then what is to stop them from just saying no to this trigger and prosecuting you for it anyways, regardless of the law. They are not following the law in regards to bump stocks. What makes us think they will follow the law with this?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709273#respond)**

**former water walker** says:

December 29, 2020 at 10:13 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708600)

Well how much is the new wonder trigger? Before the dims ban it? Asking for a friend…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708600#respond)**

**Some Random Guy** says:

December 29, 2020 at 10:58 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708646)

$380

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708646#respond)**

**LarryinTX** says:

December 29, 2020 at 14:55 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708898)

Wait! Are you SURE? The $380 trigger costs $380? Who could guess?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708898#respond)**

**MADDMAXX** says:

December 29, 2020 at 14:59 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708905)

ATF0035

Well there was a time when the Hardees $6.00 burger was just $2.89…

> **arc - the annoying one** says:
> December 30, 2020 at 17:29 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709960)
>
> Competition and high quality triggers are one of the gun related items I can justify spending a few hundred dollars on. Going from a less than mil-spec trigger that drags through gravel, to a two stage glass breaker will completely change a rifle from so-so to amazing.
>
> That said, not sure if a novelty trigger is worth $380, might as well just train for speed and accuracy.

> > **Arc - the annoying one** says:
> > December 30, 2020 at 17:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709965)
> >
> > Actually, I just watched the video and I think it's bloody worth every penny of the asking price. Too bad I can't afford one HAHAH

> **Felix** says:
> December 29, 2020 at 14:58 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708901)
>
> I imagine that price has two purpose:
> * Keep the rubes away
> * Pump up their legal fund
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708901#respond)**

> **Craig in IA** says:
> December 29, 2020 at 14:33 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708872)
>
> Probably operates on the same principle as the old BAFT (?) "Activator" that used to be at all the gun shows years back. Always had a video going of chicks in bikinis shooting AKs and ARs from the hip in what appeared to be full auto mode. I traded for a .22 auto years ago that had one on it- didn't work with that little recoil as I recall. Wonder if that thing is still floating around in a box of parts somewhere…
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708872#respond)**

> **Alan** says:
> December 29, 2020 at 23:17 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709268)
>
> Regarding this new trigger mechanism, I was under the impression, perhaps wrongly, that the number f shots hitting the target were more important than the number of shots fired. Correct me if appropriate. Also, regarding the AR-15 type rifle, most magazine capacities top out at 30 rounds, and belt fed machine guns are more suitable for area fire, aren't they?

Case 6:21-cv-01245-CEM-GJK Document 26 Filed 09/16/21 Page 37 of 102 PageID 380

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709268#respond)**

> **Montana Actual** says:
> December 30, 2020 at 03:25 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709413)

Don't overthink it there buddy.

You are tip toeing FUDD territory.

What we saw in 2020 was a fine example of when such weapons could have saved cities, and stopped further tryranical actions... Instead, here we are.... Always trying to "play by the rules" and look good. Free kyle? Give me a squad ready and willing to fire indiscriminately to thrawt criminal activity and kyle would be free, along with the rest of us.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709413#respond)**

> > **David Tobin IV** says:
> > January 1, 2021 at 11:56 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710397)

well you got one stonehead which is I

> **MADDMAXX** says:
> December 30, 2020 at 08:14 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709560)

most magazine capacities top out at 30 rounds,

The key word in your post is MOST... I have a number of 40 round mags for AR, Ak and my Mini 14.. There are also 60 round mags and 100 round drums available for ARs and 75 round drums for AKs...

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709560#respond)**

> > **I Haz A Question** says:
> > December 30, 2020 at 08:46 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709577)

In CA, this wunder-trigger would empty a 10-rd mag in no time. Or be worthless on an AR pistol equipped with a KaliKey to make it CA legal.

It might be nice, tho, on the special AR that's in the back of the safe waiting to come out to play in a WROL.

> > **MADDMAXX** says:
> > December 30, 2020 at 09:13 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709598)

it might be nice, tho, on the special AR that's in the back of the safe waiting to come out to play in a WROL.

I suspect there are a lot of those "special" ARs/AKs lurking about in safes and hidey holes in Patriots homes around the country (well, not mine of course) in preparation for possible/probable future events.... Might even be a few homemade type suppressors out there (not ME) but I'm sure they are out there.. For the record I do NOT condone building,

purchasing or possessing ANY firearm or accessory that might run afoul of current Federal,
State or local laws, rules or regulations… You never know who is watching, stay safe, stay
prepared….

**doesky2** says:
December 30, 2020 at 08:57 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-
forced-reset-ar-15-trigger/#comment-4709588)

I highly suggest a CASH ONLY purchase process while…..
1) wearing an N95 face mask
2) Wearing a tinted face shield
3) Wearing non descriptive clothing
4) wearing gloves
5) Not driving your vehicle to the purchase location
6) using a voice scrambler

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-
trigger/?replytocom=4709588#respond)**

**AR Libertarian** says:
December 29, 2020 at 10:13 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-
reset-ar-15-trigger/#comment-4708601)

"Not a machine gun under the firearms control act."

Yeah, neither was the bump stock.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-
trigger/?replytocom=4708601#respond)**

**Dan Ulbrecht** says:
December 29, 2020 at 10:59 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-
forced-reset-ar-15-trigger/#comment-4708647)

*is
FIFY

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-
trigger/?replytocom=4708647#respond)**

**Mercury** says:
December 30, 2020 at 00:14 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-
forced-reset-ar-15-trigger/#comment-4709291)

Everything, literally everything in existence is a machine gun under the so-called BATFE's so-called
interpretation of the completely invalid NFA and GCA. Belt loops and shoelaces leap to mind as
examples of what mundane objects that drug gang says are machine guns under the supposed
authority of those non-laws….

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-
15-trigger/?replytocom=4709291#respond)**

**Peter Gunn** says:

December 29, 2020 at 10:16 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708603)

This is the next battle over semantics where ATF will do as it pleases.

Just out of curiosity- what happened to yesterday's post about Form 4473 and gun purchases for resale… it appears to be AWOL.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708603#respond)**

    **LKB** says:

    December 29, 2020 at 12:01 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708699)

I'm glad Dan took it down.

As Ralph and I pointed out, Kat whiffed and was dangerously wrong on some points (especially ignoring the Supreme Court opinion in Abramski that squarely contradicted her analysis). I'd hate to have seen a TTAG reader rely on that legal malinformation and get into trouble with the BATFE.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708699#respond)**

        **Peter Gunn** says:

        December 29, 2020 at 12:19 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708722)

Thanks- I was curious as to why it just disappeared.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708722#respond)**

        **Anymouse** says:

        December 29, 2020 at 14:30 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708867)

A retraction would have been nice since those who read it won't assume it's correct.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708867#respond)**

        **Torn** says:

        December 29, 2020 at 15:59 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708956)

Thanks for the update, had sent a e-mail to them and got no reply about the missing story. Nice to know the minor details.

**Michael inAK** says:

December 29, 2020 at 22:18 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709244)

You read what Kat writes? More power to you!

ATF0039

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709244#respond)

**Shire-man** says:
December 29, 2020 at 10:17 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708604)

Connecticut.
Threw up in my mouth a little.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708604#respond)

**enuf** says:
December 29, 2020 at 11:00 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708649)

What's that about?

Rare Breed Firearms claims a PO Box in Austin, Texas.

Rare Breed Triggers claims a physical address in Orlando, Florida. The address is a lawyer's office with a big sign:

DEFENDING
DUI.TRAFFIC TICKETS
FELONY.MISDEMEANOR
JUVENILE & DRUG CASES

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708649#respond)

**John (just stubbed my toe on a case of Yugo M67) in FL** says:
December 29, 2020 at 11:59 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708695)

Welcome to FL.
Where money only moves up!

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708695#respond)

**Phantom30** says:
December 29, 2020 at 10:24 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708612)

Got to Have one. Hope they don't keep sales contact records, like 80% polymer. This will help offset those drop in auto sears the Chinese provided the deep state fools. Also make the Beta C-Mag more sweet.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708612#respond)

**Dan Ulbrecht** says:
December 29, 2020 at 13:27 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708809)

As I recall, Polymer80 would not turn over their sales records to the ATF. It was their payment processing gateway (Authorize.net) and their shipper (I forget) who acquiesced to the BATF's request for the records.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708809#respond)**

**No one of Consequence** says:
December 29, 2020 at 16:30 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708974)

Stamps.com, perhaps?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708974#respond)**

**Jim Warren** says:
December 29, 2020 at 10:25 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708613)

ATF reclassified a plastic stock as a machine gun even though the trigger still needs to be pulled for each round fired, so I don't see this being banned as much of a stretch. And given the SCOTUS refusal to rule in the face of multiple constitutional questions and violations, no chance of redress either.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708613#respond)**

**Juventhal** says:
December 29, 2020 at 11:01 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708651)

I wish, like the U.S. Supreme Court, I could refuse to do my job and still get full salary and benefits.

Man, that would be cool.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708651#respond)**

**I Haz A Question** says:
December 30, 2020 at 08:50 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709580)

You could be a news weather reporter. They're wrong half the time, everybody chuckles because it's expected, and they get their full paychecks.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709580#respond)**

**Red in CO** says:
December 30, 2020 at 19:51 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710084)

To be fair though, when weather forecasters are correct it's a positive thing that actually helps people, unlike when SCOTUS is correct. They've proven themselves to be about as useful as nipples on a steer

**Jay** says:

December 30, 2020 at 20:20 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710101)

Atf didn't change the bumpstocks, trump did. Get it right.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4710101#respond)**

**GPSrulz** says:

December 29, 2020 at 10:28 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708615)

Did they just name their product the FART 15?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708615#respond)**

**enuf** says:

December 29, 2020 at 10:39 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708625)

Yes, yes they did.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708625#respond)**

**Chris Hazelton** says:

December 29, 2020 at 10:33 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708618)

This is where Trump screwed us. The bump stock was clearly not a machine gun, but Trump set the precedent of declaring it so via executive fiat. Now Biden can and will do the same thing in five minutes because Trump set the precedent and the republican party went right along with it without a fight. So no, it's not a machine gun, but it also wont be on the market for long, I'm betting.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708618#respond)**

**forest for the trees** says:

December 29, 2020 at 13:24 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708804)

Why were bumpstocks brought to national attention?

Because a guy used them to shoot 500 people at once. You're lucky bump sticks were all that came from it, and you're also lucky Trump took so long with the process. Hillary was supposed to be president. Think she would of stopped with the stocks?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708804#respond)**

**MADDMAXX** says:

December 29, 2020 at 15:11 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708917)

ATF0042

Because a guy used them to shoot 500 people at once.

Actually he only had one gun equipped with a bump stock and it was never confirmed that rounds from that rifle hit or killed anyone OR that it was ever even fired.. Guy had a shitload of rifles and handguns…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708917#respond)**

**Manse Jolly** says:
December 29, 2020 at 17:51 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709029)

"….Trump set the precedent of declaring it so via executive fiat…."

He did not. The ATF did.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709029#respond)**

**FedUp** says:
December 29, 2020 at 17:55 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709035)

The ATF did it under direct orders from the President.

You WILL determine that this device is a machine gun, despite all your prior analysis which came to the opposite and correct conclusion…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709035#respond)**

**Manse Jolly** says:
December 29, 2020 at 23:53 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709283)

Is there an executive order that can be sourced?

Public record documents?

**John** says:
December 29, 2020 at 19:07 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709110)

So let's not vote for the guy who only gives us 80% of what we want, so that we'll wind up with the guy who gives us 0% of what we want. "GOA, the only Pure 2nd Amendment organization, who gave us Joe Biden for President ".

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709110#respond)**

**Lost Down South** says:
December 29, 2020 at 10:38 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708622)

ATF0043

With the legal description being the auto parts and process, I think the law could quickly / easily be re-written to be "rounds-per-timeframe x."

Jerry Miculek would immediately be arrested as as machine gun.

A friend who live north of here is a member of an outdoor range that has rules stating no more than one shot fired every 2 seconds. Bad for muscle memory training.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708622#respond)**

> **GS650G** says:
>
> December 29, 2020 at 11:45 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708684)

2 seconds is ridiculous. Even the 1 second "rules" are silly.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708684#respond)**

> **uncommon_sense** says:
>
> December 29, 2020 at 11:53 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708690)

Lost Down South,

I believe your idea is correct: fedzilla will simply append their machine gun terminology to include any system which enables an average person with no/minimal training to achieve a rate of fire faster than some arbitrary value, such as 4 rounds per second (or thereabouts).

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708690#respond)**

> > **possum** says:
> >
> > December 29, 2020 at 20:50 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709192)

Hell I can do that with a break open shotgunm. Looks like Heston was right in holding up that flintlock" Not one more inch."

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709192#respond)**

> **enuf** says:
>
> December 29, 2020 at 10:38 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708623)

$380 direct from these folks and I will not be buying one:
https://www.rarebreedtriggers.com/ (https://www.rarebreedtriggers.com/)

The videos on their web page are interesting to watch.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708623#respond)**

> **JUSTPASSINTHRU** says:
>
> December 29, 2020 at 10:55 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708642)

ATF0044

Remember the AutoGlove??

https://www.all4shooters.com/en/shooting/accessories/glove-to-shoot-full-auto/
(https://www.all4shooters.com/en/shooting/accessories/glove-to-shoot-full-auto/)

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708642#respond)**

> **Defens** says:
> December 29, 2020 at 10:58 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708645)

I think the ban on machine guns is unconstitutional, and that we should all be able to drop auto sears in our AR-15s without the need for taxes and registration. That said, I don't think it will be much of a reach for ATF to ban these under current interpretation of the law. The law basically states that a machine gun fires multiple rounds with one movement of the finger. The FRT-15 fires multiple rounds with one movement of the trigger – press and hold back the finger and the trigger mechanism pushes the trigger forward for reset against continuous pressure from the finger. Mechanically, it's not a whole lot different from an auto sear in operation.

I wish RBT luck, and hope they overcome the inevitable legal challenges!

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708645#respond)**

> > **Crunky Pewster** says:
> > December 29, 2020 at 11:07 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708655)

Did you watch the video? Only one round is fired per function of the trigger (i.e. the trigger moves rearward for each shot fired).

Seriously, it's not a difficult concept, based on the wording of the NFA anyway.

Like others have said, that didn't stop the English Comprehension wizards at the ATF from actually reading the law as-written and de facto banning bumpstocks based on their feelz.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708655#respond)**

> **Peter Gunn** says:

ATF0045

December 29, 2020 at 11:07 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708656)

It appears to be a rare breed indeed- one that will find itself extinct post haste.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708656#respond)**

**LarryinTX** says:
December 29, 2020 at 15:06 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708908)

If the trigger must move between shots, it is not full auto, and I don't care who says it is. I have fired full auto, in singles and pairs, probably a couple thousand rounds of 5.56 and .50 BMG. The trigger does not move. That is a technical question, an equivalent legal question would be "how can you ignore the Second Amendment and go after silliness concerning how the action works, when any such question is illegal to the point of being nonsensical?"

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708908#respond)**

**Darkman** says:
December 29, 2020 at 11:06 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708654)

The whole idea is a waste of ammo which is hard enough for many to find now. While this might make a fun range toy. Those who have seen the writing on the wall in terms of the attacks on Our Rights should be solidifying their abilities in making every shot count. One Mission, One shot, Objective completed…Next Mission. Hail the White Feather. Keep Your Powder Dry.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708654#respond)**

**uncommon_sense** says:
December 29, 2020 at 12:01 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708698)

Darkman,

While "fast" rates of fire could often be wasteful/unproductive, there are situations where your survival literally depends on your ability to achieve a "fast" rate of fire. One such situation would be several attackers (armed with firearms) in a fairly tight group suddenly rushing toward you at close range.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708698#respond)**

**Darkman** says:
December 29, 2020 at 12:53 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708770)

Homemade Claymore…Proper Perimeter Preparation Prevents Potential Problems…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708770#respond)**

**Tired of the bs** says:
December 29, 2020 at 14:36 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708875)

ATF0046

That made me laugh. Haven't heard that for a long time.

**LarryinTX** says:
December 29, 2020 at 15:08 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708911)

Always scared the shit out of me that the obvious way to position a Claymore is also suicidal.

**Manse Jolly** says:
December 29, 2020 at 17:56 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709038)

"…One Mission, One shot, Objective completed.."

I'm saving up for a Lahti.

I'll get into the 1000yd club yet!

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709038#respond)**

**Dan W** says:
December 29, 2020 at 11:10 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708661)

I'll get one if I can buy it at an out of town gun shop with cash while wearing a fake mustache over my mask.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708661#respond)**

**Andrew** says:
December 29, 2020 at 11:20 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708667)

Point of order, while the sear surface does seem much smaller than a standard AR trigger (likely to accommodate the thickness of the cassette bottom), excess wear would not cause the gun to go full auto. Without the sear holding onto the trigger and lacking a traditional disconnector, the hammer would simply follow the bolt home. Hammer follow 99% of the time results in nothing more than a dead trigger, as the hammer sliding against the bolt carrier spreads the force out over too long a time span and robs the hammer of the impulse necessary to ignite the primer.

That said, between the precedence of the Akins Accelerator and the bump glove, I don't think this will stay "non-NFA" for very long, and I also don't see it gaining a lot of appeal as there appears to be no way to "turn it off" and revert to a traditional semi-auto trigger pull. This is less DIAS and more Lightning Link territory.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708667#respond)**

**LarryinTX** says:
December 29, 2020 at 15:13 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708919)

I'm with you, what I want is SELECT fire, not full time full auto, like a grease gun or such.

ATF0047

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708919#respond)

**Montana Actual** says:

December 30, 2020 at 03:30 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709415)

What you want is easily achievable 😊

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709415#respond)**

**MADDMAXX** says:

December 30, 2020 at 08:05 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709556)

What you want is easily achievable

My "friend" has a special switch on a secret completed 80% AR lower that lets that receiver fire three rounds rapidly (automatically?) when properly positioned… He's saving it for a "special" occasion… A recent search of the site where my "friend" purchased that trigger set no longer has it available.…

**Morons eternal idiotic questions** says:

December 29, 2020 at 21:15 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709205)

You moron…. there's no need to "turn it off", dip$hit… you simply stop pulling the trigger after one shot….. how fkn dumb are you? Or are you 13 years old?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709205#respond)**

**Dr. J. D.** says:

December 29, 2020 at 11:30 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708675)

They are in Orlando, which leads me to the silly FL law that was passed about "bump stocks" which really covers a lot more than that. Their lawyer must be pretty confident that it is legal in FL. That being said, cash would be the only way to go in this situation. You definitely don't want to be on their customer list when the law comes a calling.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708675#respond)**

**Geoff "I'm getting too old for this shit" PR** says:

December 29, 2020 at 13:07 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708787)

Yes, by claiming it increases the rate of fire, it is in violation of Florida law, and possession is a felony offense…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708787#respond)**

ATF0048

**asdf** says:

December 29, 2020 at 11:40 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708680)

Ugh. The libtard response will be to ban all semi-autos.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708680#respond)**

> **Best Place (Ohio shape)** says:
>
> December 29, 2020 at 13:30 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708812)

Where have you been? They've been calling for that for decades now anyway.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708812#respond)**

> > **LarryinTX** says:
> >
> > December 29, 2020 at 15:15 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708923)

That's the only thing preventing the calls for banning bolt actions.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708923#respond)**

> **Montana Actual** says:
>
> December 30, 2020 at 03:32 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709417)

Really? This shit is a response to their attempts at doing so aggressively for the past 20 years…

The more we make the harder it is for them.

We will not comply.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709417#respond)**

**Prndll** says:

December 29, 2020 at 11:44 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708683)

It should be obvious to everyone now that the facts do not matter. Reality and law do no matter either. They will lie and make up whatever they have to in order to get their way.

It might not be a machine gun by definition but neither was bumpstocks. It will become just another reason to ban AR15's.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708683#respond)**

**TP** says:

ATF0049

December 29, 2020 at 11:57 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708693)

Thud is a must have.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708693#respond)**

    **TP** says:

    December 29, 2020 at 11:59 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708696)

    *This*, crazy auto-correct

    **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708696#respond)**

    **Steve Eisenberg** says:

    December 29, 2020 at 12:02 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708701)

"Br-r-r-r-r-r-rtt!!" = $10-.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708701#respond)**

    **Ttagcensorssuck** says:

    December 29, 2020 at 21:18 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709207)

Where and how? Inquiring minds want to know….

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709207#respond)**

    **Montana Actual** says:

    December 30, 2020 at 03:32 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709418)

    Yep. More like $100.

    **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709418#respond)**

    **David C** says:

    December 29, 2020 at 12:06 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708706)

Anyone who has ever owned a Mac 10 knows finger slap sucks. This sounds like a good recipe for finger slap if it is pushing your finger forward a the the speed of the bolt.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708706#respond)**

    **Montana Actual** says:

December 30, 2020 at 03:33 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709420)

Lol, this is NOT a mac 10. Recoil is manageable.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709420#respond)**

**joe** says:

December 29, 2020 at 12:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708746)

In the video the take-down pin is coming out and the red dot is falling off. what a bunch of retards

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708746#respond)**

**Daniel** says:

December 29, 2020 at 15:09 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708913)

OMG so true! You'd think they would at least check the gun before playing operator

They should call it the Forced Disassembly Trigger – 15 instead of the FART – 15

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708913#respond)**

**This guy lies ^^^^^^^** says:

December 29, 2020 at 21:21 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709210)

Joe schmoe….. who gives a fk what you know cause you're a pos liberal fudd….. go eat some d!cks like your granddaddy did while everyone else's grandparents were winning wars….
You dumb ba$tard…. you probably don't even own a AR…. SO GTFO AND GFY

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709210#respond)**

**Montana Actual** says:

December 30, 2020 at 03:34 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709421)

All these flavors and you chose salty.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709421#respond)**

**MADDMAXX** says:

December 29, 2020 at 12:41 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708750)

In a morbid way, I'm looking forward to seeing what creative lingustic gymnastics they concoct to ban this.

But THEY will come up with a way…

ATF0051

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708750#respond)**

**Shawn** says:

December 29, 2020 at 12:46 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708761)

It's not a matter of if the ATF makes the determination that this is illegal it's a matter of when. But then again it is not a matter of when Biden bans The ownership of semi automatic rifles with mandatory turn in and door to door confiscation with the execution without trial of all gun owners who resist that will then say followed by the declaration that the confiscation and execution of every single gun owner is constitutional by SCOTUS it's a matter of when.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708761#respond)**

**Alan** says:

December 29, 2020 at 23:00 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709262)

Shawn:

It appears that Congress, when suitably encouraged or perhaps annoyed by bureaucratic excess, has the power and the will to use it to tell ATF/BATFE where to get off. Something gun owners should keep firmly in mind.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709262#respond)**

**American Patriot** says:

December 29, 2020 at 13:09 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708788)

I'm sure the ATF will not like this, so they'll either rewrite the definition of an auto weapon or just pull the liberal card & ban it cuz I said so.
If the libs can change the definition of a boy they can change anything, the sad thing is if they do there is nothing anybody can do about it!

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708788#respond)**

**Anymouse** says:

December 29, 2020 at 14:49 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708894)

I'll order one and be happy to be a named plaintiff in a FPC lawsuit, which reminds me that I need to make my annual $1K donation. It seems like an improvement of the rubberband trick. I have lots of buddies that would probably like to try it out. If I don't like it, I'll put it up on Armslist.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708894#respond)**

**Roger J** says:

December 29, 2020 at 13:21 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708800)

ATF0052

Does this qualify as a binary trigger (which ironically) are banned in Florida?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708800#respond)**

> (http://www.thetruthaboutguns.com) **Dan Zimmerman (http://www.thetruthaboutguns.com)** says:
>
> December 29, 2020 at 14:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708877)
>
> No. A binary fires when pressed and again when released. This trigger only fires when pressed.
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708877#respond)**

> **possum** says:
>
> December 29, 2020 at 14:19 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708855)

This design couldn't have come at a better time, if yah catch my drift. $350 ain't bad either. Now one for the AK please.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708855#respond)**

> **MLee** says:
>
> December 29, 2020 at 15:13 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708920)
>
> I have an Arsenal SAM7R. I took the Circle 10 double hook out because it SUCKED! I put a Tapco single hook in that was custom tuned to a SAM7R by the good folks at Rifle Dynamics. Having done that, I think it would be petty hard to do for an AK.
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708920#respond)**

> **Berry Lemonjello** says:
>
> December 29, 2020 at 14:41 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708885)

I'd buy one if I didn't love my dogs as much as I do.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708885#respond)**

> **MLee** says:
>
> December 29, 2020 at 15:09 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708914)

It's a fun switch! While it may be functional, full auto is utterly worthless as far as practicality and efficiency. Sure it would be super neato if you have the gobs of expendable ammo and you want to go to the range and have everyone come look at you and exclaim that you're going to jail and yadda yadda. I don't have to get wordy here as everyone can close their eyes and imagine going to the range and letting loose with what appears as full-auto fire, especially with a drum magazine. Don't forget to show up to the range in a bright yellow or red Corvette also.

ATF0053

That said, I'm in no means against someone's attempt for their slice of the American pie. If the good folks at **Rare Breed** can get it, all I can say is "go get it boys"

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708914#respond)**

> **Hugh Glass** says:
> January 1, 2021 at 19:28 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710771)
>
> Who goes to the range.
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4710771#respond)**

> > **Archangel** says:
> > January 2, 2021 at 15:35 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711538)
> >
> > It's pretty simple, if you don't want rapid fire, just pull and release the trigger normally
> >
> > Unless you're uncoordinated and pull the trigger and hold it pressed after each shot?
> >
> > **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711538#respond)**

> **Ross** says:
> December 29, 2020 at 15:14 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708921)

The problem I see with this trigger is as follows:

Safe, giggles

Not

Safe, semi, giggles (as is the franklin i.e)

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708921#respond)**

> **Dog of War** says:
> December 29, 2020 at 15:27 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708937)

I wonder; is anyone making brand new full-auto bolt carriers? Or do we have to hunt down an old surplus model to use this trigger?

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708937#respond)**

> **Anymouse** says:
> December 29, 2020 at 16:15 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708964)

They're easy to get. The only difference is the back ledge isn't machined back as far, so it'll catch on am auto sear or this trigger mechanism. I also wonder if this will help Ceiner-type .22 bolt conversions. They can experience bolt bounce in rapid fire, which causes a stoppage.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708964#respond)

**VicRattlehead** says:

December 29, 2020 at 17:06 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4708993)

I wonder how difficult it is to fire off just one round at a time, or is it even possible? Does a quick 'touch and release' of the trigger result in an inadvertent double-tap every time?
I could very much be interested if it's not difficult to pop off single rounds without accidentally going 'full semi-auto' constantly. 😊

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4708993#respond)

**Hannibal** says:

December 29, 2020 at 17:49 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709026)

" It cannot be considered anything but semi-automatic…"

It can and will. Buyers can expect a letter and visit from the ATF within a couple years.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709026#respond)

**Ttag boot lickers** says:

December 29, 2020 at 21:35 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709222)

Nah…. they won't be banned….
Unless it's done UNCONSTITUTIONALLY…..
FUNNY TO WATCH ALL THE LITTLE SHEEP HERE DEFEND THE ATF AND THEIR ILLEGAL INTERPRETATIONS…. ALL WHILE ACTING ALL MOLON LABE IN PREVIOUS COMMENTS…. LOL…. YOU PEOPLE ARE THE EPITOME OF BOOT LICKING RETARDS….

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709222#respond)

**Montana Actual** says:

December 30, 2020 at 03:36 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709425)

Bruh, chill the fuck out. Drink a beer and stop being an asshole.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709425#respond)

**Montana Actual** says:

December 30, 2020 at 03:35 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709423)

Come and take them.

Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709423#respond)

ATF0055

Case 6:21-cv-01245-CEM-GJK Document 26 Filed 09/16/21 Page 56 of 102 PageID 399

**GunnyGene** says:

December 29, 2020 at 17:54 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709031)

They way things are shaping up for 2021, there's really no need to invest in this or any other semi full auto gadget. There will be plenty of the real thing lying around on the ground for free.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709031#respond)**

> **The checker** says:
>
> December 29, 2020 at 21:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709223)
>
> We've been dreaming for that day for what…. going on 50 years now.?
> Let's get this party started!!!!!
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709223#respond)**

**Ben Bow** says:

December 29, 2020 at 19:48 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709151)

show me the ATF approval letter, cause I got a copy of the letter, from the 1990's, saying that same thing is a MG

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709151#respond)**

> **Binder** says:
>
> December 29, 2020 at 21:18 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709208)
>
> This is cleaner than the version from 2015, but continual fire with a constant pressure has already been addressed
>
> • On April 13, 2015, ATF issued a classification letter regarding a device characterized as a "positive reset trigger," designed to be used on a semiautomatic AR-style rifle. The device consisted of a support/stock, secondary trigger, secondary trigger link, pivot toggle, shuttle link, and shuttle. ATF determined that, after a single pull of the trigger, the device utilized recoil energy generated from firing a projectile to fire a subsequent projectile. ATF noted that "a 'single function of the trigger' is a single pull," and that the device utilized a "single function of the trigger" because the shooter need not release the trigger to fire a subsequent projectile, and instead "can maintain constant pressure through a single function of the trigger.'
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709208#respond)**

ATF0056

**Debbie does ME** says:

December 29, 2020 at 21:31 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709217)

Shut up moron….. just because you idiots are too gd stupid to invent something that works this good doesn't mean it won't SELL LIKE HOTCAKES…..
So…. when the ATF comes to take your 80% receiver i'll be laughing my a$$off while squeezing off 900 RPM

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709217#respond)**

**Montana Actual** says:

December 30, 2020 at 03:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709426)

Holy shit a real live dog killer!

Shame.

Shame.

Shame…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709426#respond)**

(https://www.youtube.com/channel/UC91xeReCj1COcSl4eXbzI1w) **Poormans Machinegun (https://www.youtube.com/channel/UC91xeReCj1COcSl4eXbzI1w)** says:

December 30, 2020 at 12:36 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4709716)

Ingenious concept!

CONS:
Trigger was not submitted to ATF for determination of legality.
Just trusting "his" attorney for legality.
ATF used creative verbiage to reclassify bump stocks as machine guns, I suspect this will be the same outcome.
$400

PROS:
Seems to function better than traditional bump fire, binary triggers.
$600 stimulus payment on the way!

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4709716#respond)**

**Eric** says:

January 2, 2021 at 23:22 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711899)

LOL, I went through the same analysis and came up with the same conclusion.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711899#respond)**

**Small cal** says:

ATF0057

January 1, 2021 at 16:29 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710585)

I love reading all the comments re: this latest wonder trigger. I foolishly bought the Franklin binary some years ago. It now resides in a junk drawer as I could not make it function reliably even after multiple buffer/spring changes. I assisted with the installation of the RB FRT-15 from start to finish and took it for a ride. The only adjustment made was to a H-4 buffer which did slow the cycle a bit, but made it totally reliable. SBR's seem to behave a bit differently than the 16" rifles. The "single pull single shot " is a completely choose able function. One has to time the trigger with the bolt follow though in order to achieve an acceptable and manageable rate of fire. An adjustable gas block would be a good investment. The test rifle now has an rpm of abt 400, or about the same as a Thompson.- easily sped up with tuning the buffer and spring. How much time and money and ammunition do you have?- neat toy, but semi automatic by any definition, BUT- remember- it is not a free country, and it's run by people who don't know the difference between an AR-14 and an AR-15 (sic)

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4710585#respond)**

> **Shadow** says:
>
> January 2, 2021 at 15:42 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711541)
>
> The Franklin binary works just fine on an AR pistol – using their supplied spring and standard buffer – depending on how short your barrel, you might need to adjust the gas block
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711541#respond)**

> **Eric** says:
>
> January 2, 2021 at 23:21 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711898)
>
> I have two Franklin binary triggers. One on my Springfield Saint SBR (5.56) and another on my DB15 (300blk out). I've never had an issue with either of them.
>
> **Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711898#respond)**

**Danno** says:

January 1, 2021 at 17:23 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4710630)

I'm no rocket surgeon – but when you build an AR pistol, you add buffer weight to slow down the BCG because the gas pressure at the gas block is far higher because it's closer to the breech and doesn't have the expansion of a carbine barrel location. IMO adding 2.4 ounces (a stack of 10 quarters of weight) to a buffer tube that's already 3 ounces is BS. And only serves to slow the BCG way down. The smoke and mirrors is finding someone who can pull the trigger really fast for those who will believe it's actually faster. Not too much harder to do since they've lightened their trigger from the stock AR-15 trigger pull of 7-8 lbs down to 5lbs. This trigger at $380 is a joke.

I have an SSA-E adjusted to a total all in @2lbs – titanium BCG, and an H2 buffer on an AR-15 pistol. It's fast as sh1t. Spend the money on an SSA-E

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4710630#respond)**

**Ian Gallagher** says:

January 2, 2021 at 20:18 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711792)

For everyone who keeps saying this will be banned by the NFA, do you guys not remember the Tac-con 3mr? This is basically a better version of that. If I remember right, that thing came out in like 2013 and its STILL around. This certainly isn't the first trigger of it's kind.

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711792#respond)**

**SheFlungDung** says:
January 2, 2021 at 23:19 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4711895)

I wish this were legal at the state level.

This attorney seems kind of deceptive with his statements. Says he's an attorney who's worked in the industry for 40yrs, but he's only been an attorney for less than 20yrs. Was he a janitor, was he an IT person, was he in HR? He hammers the issue that the FRT isn't a full auto or "machine gun", duh. But it appears that FRT likely violates Florida's "bump stock" law. Florida's bump stock laws is so ambiguous that it appears to regulate (make illegal) binary triggers and the FRT.

The attorney should've stuck with his guns and kept saying legally federally….not a machine gun because at 10:34 he says it's a fully legal drop in trigger (without qualification), but Florida's bump stock statute (below) seems to disagrees with that assertion.

790.222   Bump-fire stocks prohibited.—A person may not import into this state or transfer, distribute, sell, keep for sale, offer for sale, possess, or give to another person a bump-fire stock. A person who violates this section commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084. As used in this section, the term "bump-fire stock" means a conversion kit, a tool, an accessory, or a device used to alter the rate of fire of a firearm to mimic automatic weapon fire or which is used to increase the rate of fire to a faster rate than is possible for a person to fire such semiautomatic firearm unassisted by a kit, a tool, an accessory, or a device.

All that said…I'll take 3!

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4711895#respond)**

**JudgeGarry** says:
January 3, 2021 at 07:37 (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/#comment-4712053)

This is nothing more of a logical extension/evolution of the TacCon "assisted reset" trigger. Without actually shooting one I don't think I'm qualified to make a call either way as to the relative ease or desire that Rare Breed will come under the scrutiny and crosshairs of the DemocRat control freaks.
However, it'd be hard to imagine with a device that toes the line of legality so incredibly close, that Rare Breed went to market without obtaining a determination letter from the "gods" at BATF…

**Reply (https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/?replytocom=4712053#respond)**

## WRITE A COMMENT

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

POST COMMENT

(https://www.thetruthaboutguns.com)

©COPYRIGHT 2021, THETRUTHABOUTGUNS.COM
ALL RIGHTS RESERVED.

## Resources & Links

ABOUT US (HTTPS://WWW.THETRUTHABOUTGUNS.COM/ABOUT/)

ADVERTISE (HTTPS://WWW.THETRUTHABOUTGUNS.COM/ADVERTISE-ON-TTAG/)

CONTACT US (HTTPS://WWW.THETRUTHABOUTGUNS.COM/CONTACT-US/)

DO NOT SELL MY PERSONAL INFORMATION
(HTTPS://WWW.THETRUTHABOUTGUNS.COM/DO-NOT-SELL-MY-PERSONAL-
INFORMATION/)

CORRECTIONS POLICY
(HTTPS://WWW.THETRUTHABOUTGUNS.COM/CORRECTIONS-POLICY/)

PRIVACY POLICY (HTTPS://WWW.THETRUTHABOUTGUNS.COM/TTAG-PRIVACY-
POLICY/)

RSS FEED (HTTP://WWW.THETRUTHABOUTGUNS.COM/FEED/)

WRITE FOR US (HTTPS://WWW.THETRUTHABOUTGUNS.COM/WRITE-FOR-US/)

f (https://www.facebook.com/thetruthaboutguns/)    🐦 (https://twitter.com/guntruth)
📷 (https://www.instagram.com/guntruth/)



Search



GUN REVIEWS ▾    GEAR REVIEWS ▾    COLUMNS ▾    AUTHORS ▾    GUNSAMERICA    SHOT SHOW 2020

SUBSCRIBE NOW    CURRENT EVENTS    INDUSTRY NEWS

# Rare Breed Showcasing Non-NFA FRT-15 Forced Reset Trigger

*by* MAX SLOWIK *on* DECEMBER 29, 2020



Related Tags: [Accessories](#), [AR-15](#), [Buzz](#), [Industry News](#), [triggers](#)



*This fast trigger does not require a tax stamp. (Photo: Rare Breed)*

            ✉

ATF0062

[Rare Breed Firearms](#) and [Rare Breed Triggers](#) are showing off their new trigger for AR-pattern firearms, the FRT-15, or Forced Reset Trigger. The FRT-15 uses energy from the bolt to reset the trigger forward, allowing rapid, but not automatic fire.

According to Rare Breed the FRT-15 is not subject to regulation under the National Firearms Act, or NFA, since it requires the shooter to pull the trigger for every round fired.

And they do fire quickly. From these introductory videos it's clear that this is a speedy system, using the mechanical advantage to give the shooter Jerry Miculek-style powers.

Whether or not fast shooting is practical is a matter of debate, but it is fun and a real head-turner at the range. Plus these triggers are a whole lot cheaper and more plentiful compared to actual automatic arms, which are expensive and extremely tightly regulated.

At $380, the Rare Breed FRT-15 isn't inexpensive but in-line with other premium and boutique trigger systems. The FRT-15 is a drop in cassette-style trigger, although Rare Breed suggests gunsmith installation.



**Rare Breed Triggers FRT - Action**
from **RARE BREED TRIGGERS**

01:36

Not included with, but required components include an H3 or similar heavy buffer or comparable recoil assembly and a full-auto-rated bolt carrier group. Designed for AR-pattern firearms, the FRT-15 may not work with other guns that use AR trigger systems, owing to how it interacts with the bolt carrier.

The FRT-15 has a 7075-T6 aluminum housing with a gold anodized finish with wire EDM-cut steel fire control parts. ...sion- and wear-resistance and added lubricity. The trigger

pull is rated at a pretty standard 5 pounds.

Theirs is not the first trigger of this kind. Other companies have produced trigger systems that tap the action of the host firearm to assist the trigger's reset without falling under the umbrella of the NFA, such as the Tac-Con trigger system.

Similarly, other companies have manufactured binary trigger systems which are not regulated as NFA items, so in spirit, these triggers also aren't NFA-regulated.

The FRT-15 reset mechanism probably takes a little practice to use, and there's a chance that the forced reset may be uncomfortable for people with sensitive or "calibrated" trigger fingers, but it sure looks like a whole lot of fun, assuming you have the ammo to feed it.

For more information about the FRT-15 visit Rare Breed Triggers online.

***Buy and Sell on GunsAmerica! All Local Sales are FREE!***

## Related Posts:

- Rare Breed and Spike's Spartan AR is a Functioning…
- Franklin Armory to Introduce Non-NFA 11.5-Inch…
- NEW: NON-NFA Shockwave now 20 Gauge— Mossberg's…
- The Magic to Franklin Armory's Reformation, A…
- A Non-NFA 14″ Shotgun? The Mossberg Shockwave 12 Ga.…

**About the author:** Max Slowik is a writer with over a dozen years of experience and is a lifelong shooter. He has unwavering support for the Second Amendment and the human right to self-defense. His ambition is to follow Thomas Paine, as a journalist by profession and a propagandist by inclination.

Next post: Ban Gun Sales to Adults Under 21 Because Brain Isn't Fully Developed, Argues Neuroscientist
Previous post: Texas Homeowner Uses Rifle to Defend Kids from Three Home Intruders

{ 53 comments… add one }

Needtoknow
JANUARY 4, 2021 7:21 PM

ATF0064

This trigger pack requires a m16/m4 machine gun bolt carrier to function; possession of any m16/m4 machine gun bolt carrier, or trigger and hammer assembly component and the possession of an AR15 rifle or pistol is possession of an unregistered machine gun and a federal felony. Regardless if the m16/m4 parts are installed or not.

This type of posession charge will put you in the grey bar hotel for up to 10 years or on a long leash as an ATF informant to setup your friends, family, and other idiots who think their special op's material and really need a jam-o-matic.

REPLY        LINK

> **JL**
> JANUARY 5, 2021, 2:31 PM
>
> You could not be more wrong about the M16 bolt-carrier group (BCG). Almost EVERY SINGLE AR-15 style rifle sold on the market today has a full-auto, M16 BCG installed. It is also 100% LEGAL to own a full-auto AR trigger system. The issue with an AR is the third hole, and whether or not that is drilled out of an unregistered lower receiver.
>
> Stop spreading misinformation please.
>
> REPLY        LINK

---

**TravisS**
JANUARY 3, 2021, 7:25 PM

As much fun as this thing looks, it will probably go the way of the bump stock in time.

REPLY        LINK

---

**Eric Holder**
JANUARY 2, 2021, 11:26 AM

I love standing in line. I love getting lots of automated messages prior to having my phone call connected to something that is using oxygen. I love the "new normal". I am putting all my personal information on Facebook including my SS number and all credit card and banking information along with all my passwords. I am depending on the United States Government to protect me and direct me to the correct bathroom if they feel I need to use one. I swear and pledge to be a good American and will not think for myself. I will write down what I am told. I am a "law abiding gun owner".

Sorry just distracted with all the FA guns I am delivering to Mexican Cartels, it is a bitch removing all the DOJ labels the glue is really strong.

ATF0065

## Ac gunner
JANUARY 2, 2021, 12:36 AM

Honestly if ur a gun guy and are scared of buying this because ur worried about what the antigun crowd will say then ur a disgrace to the gun community, go put ur face diaper back on and shutup, and to the idiot that said this is a waste of ammo then load ur 5 rd mags and shoot 4 rds because 5 is wasting ammo…. FOOL

REPLY     LINK

> ### OceanDragon
> JANUARY 2, 2021, 3:14 PM
>
> You're absolutely right. I like the term "face diaper" since it catches all the "shit" that an infected person exhales. Thanks
>
> REPLY     LINK

> ### Elapid King
> JANUARY 2, 2021, 6:15 PM
>
> I ordered one yesterday. Thing is going to be AWESOME in my AR with fightlite upper.
> Instant SAW, without paying more than the median home costs.
>
> REPLY     LINK

## JK
JANUARY 1, 2021, 10:56 PM

The US government only works when it exists to protect our god given unalienable rights. When it fails to do that, then we have no need for them in the current state… Period!

REPLY     LINK

## TINVOWOOT
JANUARY 1, 2021, 7:28 PM

The ATF is going to ban this trigger faster than it can shoot.

REPLY     LINK

  

#### Bob Clark
JANUARY 3, 2021, 2:42 PM

Yep. It's already "out of stock".

REPLY     LINK

---

#### Ed
JANUARY 1, 2021, 3:55 PM

Good luck finding bullets to feed that thing!

REPLY     LINK

---

#### David Ball
JANUARY 1, 2021, 3:22 PM

Can anyone explain why 90% of shooting related videos have to have extremely loud, obnoxious music that ruins the entire experience? Is there anything wrong with simply not having music or have it play unobtrusively and quietly in the background?

REPLY     LINK

> #### Kane
> JANUARY 1, 2021, 5:38 PM
>
> It's probably an attempt to raise adrenalin with an audio and visual experience something like certain segments of a Martin Scorsese film.
>
> REPLY     LINK

> #### Michael Tuck
> JANUARY 2, 2021, 5:24 AM
>
> THANKYOU SIR…
>
> EVEN SOME MOZART MAYBE
>
> REPLY     LINK

  

**RONALD PALOZOLA**

JANUARY 2, 2021, 11:12 AM

I AGREE WITH YOU 100%

REPLY　　LINK

---

Rick

JANUARY 1, 2021, 3:09 PM

This is not a new concept. There was a similar modification for 1911 pistols over 50 years ago.

Want to stop all the non-sense, repeal the NFA. When the NFA was enacted there was no such thing as a Brady background check. Now that there is what is the purpose of the NFA? It's supposed to be a tax, that's the loophole congress used to enact it. A tax is supposed to generate revenue. NFA has never generated revenue, it has always cost more to administer it than was collected. They lose millions of dollars every year trying to administer it.

It's used as an add-on charge when used by criminals…..which no longer matters as the presence of any firearm in a crime now has the same additional penalty.

It's time for the NFA to go away.

REPLY　　LINK

> **Rattlerjake**
>
> JANUARY 1, 2021, 11:45 PM
>
> Even as a tax, the NFA is illegal, and has always been so.
>
> REPLY　　LINK

---

Norm Fishler

JANUARY 1, 2021, 2:19 PM

That's good old American ingenuity at work.

REPLY　　LINK

---

   

ATF0068

JANUARY 1, 2021, 2:06 PM

They need to have one for FALs.

REPLY        LINK

---

MItrigger

JANUARY 1, 2021, 1:24 PM

Another unnecessary, ammo wasting piece of crap to waste your money on. But a good promo for gun grabbers to glamorize and ramp up gun confiscation.

REPLY        LINK

> **Walleye**
>
> JANUARY 2, 2021, 2:25 PM
>
> Go back to fiddling with your flintlock MItrigger.
>
> REPLY        LINK

> **Max**
>
> JANUARY 3, 2021, 1:17 PM
>
> Leave demonizing guns and their accessories to the loonytoon leftists, and let's stand together as a 2A Brothers & Sisters
>
> REPLY        LINK

---

Robert Adams

JANUARY 1, 2021, 12:11 PM

Mostly just bad timing,but then again, when will there ever be a good time to reason with anti gunners. Sure, I suppose it could be used by a criminal to pin down law enforcement. Could it cut down more people in a crowd(which we are not gathering in these days) than "normal" semi auto fire? Maybe.... I could see it being relative as a means of dispersing a riotous group(blocking your passage or attacking your vehicle) What it definitely can't do is turn a law abiding citizen into a lawless felon;
only the ATF and ignorant politicians can do that.

REPLY        LINK

Leigh

JANUARY 1, 2021, 12:01 PM

So…another trigger that will be banned in Florida?

REPLY     LINK

> RSConsulting
>
> JANUARY 4, 2021, 8:43 AM
>
> LOL – Right? That statute is so intentionally vague – I'm not sure if it's actually been used.
>
> 790.222: As used in this section, the term "bump-fire stock" means a conversion kit, a tool, an accessory, or a device used to alter the rate of fire of a firearm to mimic automatic weapon fire or which is used to increase the rate of fire to a faster rate than is possible for a person to fire such semiautomatic firearm unassisted by a kit, a tool, an accessory, or a device.
>
> Jerry Miculek's finger is illegal in Florida too in that case.
>
> I wonder if this thing utilizes the "3rd position" on the selector? My Franklins do this – and it's always FUN to flick my MPX into binary. I have "over-run" the bolt with it though. It seems like this device, relying on the bolt to do the reset, would eliminate that issue. They are similarly priced (and similarly UNAVAILABLE). Though I do have 2 NIB Franklins on my shelf with nothing I really feel like putting them into.
>
> Also – being a solid drop-in – they won't run into "broken pin issues" when you use them in piston/fast bolt guns like the MPX/MCX – though I'm not sure they'll run in an unmodified bolt (and I'm not sure if the SA bolt in the sigs are the same as the FA bolts)…
>
> REPLY     LINK
>
> > MpxQuestion
> >
> > JANUARY 4, 2021, 10:24 PM
> >
> > Would this even work in an mpx? Im sure the single fire would work just fine, but, and i am a newbie on the matter, would it reset itself after a single round in an mpx? Im not sure the bcg behavior is the same.
> >
> > REPLY     LINK

R MCauley

  

ATF0070

With the current shortage and price of ammo, who could afford to piss away rounds like that ? But it looks like fun.

REPLY          LINK

---

DHernandez

JANUARY 1, 2021, 10:56 AM

No that does not make the weapon an NFA item. FA bolt carriers are not NFA. On putting in a truly select-fire trigger and then, of course a FA bolt to make that trigger work, would case an NFA issue. But the FA BCG, in and of itself, is not controlled. This trigger is not classified as a select-fire trigger because it has to be pulled for each shot to fire.

REPLY          LINK

---

Terry Hurd

JANUARY 1, 2021, 10:45 AM

How about Rare Breed trigger for AK47s ?

REPLY          LINK

> Elapid King
>
> JANUARY 2, 2021, 6:18 PM
>
> There's talk about such. The problem is whether this can withstand ATF "interpretations" of law. My guess would be no.
>
> REPLY          LINK

> Jake
>
> JANUARY 3, 2021, 9:50 AM
>
> The ALG from Geissele is supposedly an exceptional trigger for the AK.
>
> REPLY          LINK

> > RSConsulting
> >
> > JANUARY 4, 2021, 8:51 AM
> >
> > But not a binary-style trigger like this (or the franklin).

  

ATF0071

There are binary fire systems for AK platforms. I've stayed away from them because, unlike the Franklin AR one – you have to HOLD the trigger, strip the mag, and empty the chamber in an AK if you don't want to fire the second shot. AR style triggers, you move the selector to semi/safe and not send the 2nd round downrange.

AK style FCG's are a completely different design from AR's. The ALG trigger is a nice replacement for a crappy factory trigger, but won't replicate the fire rate of this device.

REPLY    LINK

**Bill**
JANUARY 1, 2021, 10:39 AM

…should have made the music LOUDER…

REPLY    LINK

**AmericanVet**
JANUARY 1, 2021, 10:32 AM

If you watch their promotion video of their General Council discussing the legality of this, he is very cautious to repeatedly state "in my legal OPINION". His opinion is not worth the breath it takes to state it. It is true that their trigger does a reset and requires the trigger be manipulated again for repeated shots, but that is exactly what the Bump Stocks do and look what happened to them. BATFE can rule that these are machine guns at anytime they please, just like they did with the Bump Stocks. We all know that the SCOTUS is neutered and will not take up any 2A cases to defend our Constitutional and God given rights.

REPLY    LINK

**Big Al 45**
JANUARY 1, 2021, 11:55 AM

I would point out that your opinion carries as much weight and sway as his.
Kinda makes your post rather moot, eh?

REPLY    LINK

**Doc Loch**
JANUARY 1, 2021, 3:19 PM

ATF0072

Very True. But what everyone needs to realize and stop denying, is that the government that we live under, and have for at minimum of one century, is tyrannical according to the founders of said country.

Tyrants do not allow things that they don't like. So it has nothing to do with "is it LEGAL or not" All despots, tyrants, dictators and every other evil form of government, make the laws and change them for the benefit or their agendas, NOT for your safety! This is the lie that so many still believe. That laws enacted by government are FOR YOUR GOOD.

Those who worry about which gun law is legal or not are still worrying about a scratch when they have a terminal cancer. "THE RIGHT OF THE PEOPLE…SHALL NOT BE INFRINGED." Look up the word infringed in a Webster's 1898 dictionary (when the word was used as it was meant). No tyrants care nothing for what is wrong nor right they make the law FIT what they want it to fit. And do care at all if they themselves break the law. The question is: Why should any person obey when they know it is morally wrong to do so and. If one doesn't know how to tell what is morally right or not, they must get some help.

It MAY be true for a short time after a government is established, that they will set up a law for societal good, but it certainly is NOT true now for us in the USSA. The constitution (the legal construct) has been broken by the government, so many times it cannot be counted. The Bill of Rights which was supposed to keep said government from doing such things has not a single element that has not been blatantly broken (read that as: OUR GOVERNMENT IS ILLEGAL AND A CRIMINAL AND WE HAVE NOT DONE ANYTHING TO BRING IT TO JUSTICE).

Now go ahead and vote! That's our recourse, right? How's that working out for us? We FINALLY have to admit that voting is completely corrupt in a corrupt USSA. Unless of course a person is one of those irresponsible citizens that has not watched all the evidence presented and simply believed the propaganda saying there is no evidence of vote fraud. There's no hope for this person anyway. Every one else needs to overcome their normalcy bias and consciously admit that there is no just rule of law in this country and then act as their conscience tells them as a responsible human being.

REPLY      LINK

---

John Hafliger

JANUARY 1, 2021, 9:47 AM

Don't get me wrong, it looks like a lot of fun! But, and this is a big but, I am not too sure that you can show this video to convince people that an AR is not an assault rifle…this is the kind of thing that will get my guns taken away!

REPLY      LINK

Big Al 45

Why is it that people such as you STILL haven't figured out that NO AMOUNT of 'convincing' is ever gonna be enough to stop those who are anti gun?????

They don't care what the real facts are, they just don't want you to have guns!!!!!!!

And it wouldn't stop with AR's, they just don't want us to have guns!!!!!

REPLY      LINK

### John Hafliger
JANUARY 1, 2021, 10:17 PM

Big al, I'm not talking about convincing the antigunners. I'm talking about convincing ignorant voters. I am not opposed to the trigger, but the propaganda potential of this video is off the charts.

REPLY      LINK

### michael smith
JANUARY 1, 2021, 6:05 PM

John, Some day soon your going to have to give your rights up or fight for them. I know I have thought many times about this since the election, and I am going to stand. I can't live life with out liberty.

As for the new contraption, you can use a heavy rubber band with out having to by a new carrier etc. and you can do it for free. Look at Y-tube, there are still one or two that show how to do it from the shoulder instead of the belt and get more than enough rds. accurately enough to confuse the enemy.

REPLY      LINK

### Ian T VanVranken
JANUARY 1, 2021, 8:24 AM

I think my trigger finger is pretty calibrated to something like this from years of playing paintball with a response trigger. Basically a piston that resets the trigger that taps off the gas from shooting, they can run pretty quick with some practice

REPLY      LINK

### Bad Penguin
JANUARY 1, 2021, 7:11 AM

I'd recommend that that heavy buffer be anti tilt.

ATF0074

Star

JANUARY 1, 2021, 5:27 AM

Only for ARs? What about a Sig Sauer MCX Rattler?

REPLY      LINK

> ### RSConsulting
>
> JANUARY 4, 2021, 4:36 PM
>
> Depends on if the bolt in the MCX is the same as in their select fire version.
>
> Shoot – now you're going to make me go look…
>
> OK (since we can't post pics here) – the BCG in my MCX is WAY SHORTER than the regular AR/M4 bolt carrier. The requirement for a FA BCG is the difference in the "cutout" on the underside of the bolt, that is used to trip the (secondary) sear in a select fire AR platform.
>
> Since the Sig MC/MP platforms are gas piston (vs direct impingement) with an integral spring assembly (versus the "tail" that goes into the buffer tube), and is much shorter (and lacks the "lug" on an AR/M4 BCG that resets this trigger group) – I'm gonna give that a HARD NO IMHO. There are also SIGNIFICANT DIFFERENCES between the MCX FA bolt carrier – and you likely cannot even find one.
>
> For a system that's supposed to be modular – SIg REALLY SCREWED US on parts availability. I'm looking to get rid of my MCX – because I cannot find a conversion kit to 5.56 (which would make it more affordable to shoot).
>
> A Franklin Binary WILL WORK (works on my MPX) – but you need to replace the roll pins with solid steel pins – because the faster/harder action of the bolt breaks trigger pins (ask me how I know).
>
> But a call/email to Rare Breed should answer the question more definitely. I'm 99.9% sure the answer is going to be NO.
>
> OTOH – Who wants to waste EXPENSIVE 300BL in select-fire mode anyways? Still looking for a buyer for mine.
>
> REPLY      LINK

BUURGA

JANUARY 1, 2021, 3:45 AM

  uto fire. What moron thought this was a good idea?

ATF0075

REPLY    LINK

## Rouge1

JANUARY 1, 2021, 9:56 AM

You cucks all sound alike.

REPLY    LINK

### Leigh

JANUARY 1, 2021, 12:00 PM

Rouge1....as in makeup? or the color red?

REPLY    LINK

## Big Jim

JANUARY 1, 2021, 10:45 AM

A Real American tired of bullshit laws and bootlickers like yourself BUURGA.

REPLY    LINK

## Byron

JANUARY 1, 2021, 3:05 AM

Here's my question. Did I not understand that dropping a full auto bolt into my AR-15 and using this trigger makes the weapon a machine gun under US Code?
Thanks!!

REPLY    LINK

### Dan J

JANUARY 1, 2021, 9:44 AM

It depends on what day of the week it is.

REPLY    LINK

Good question, but the article said "no", as the trigger STILL requires one pull per shot. So the answer is "no", which is not to say that it will not come under scrutiny and then suppression by our new overlords.

REPLY     LINK

### Chuck
JANUARY 1, 2021, 12:18 PM

Nope, this trigger is 100% perfectly legal to install and use. It still requires a finger to pull the trigger for each and every shot fired, therefore it is still a semi-auto weapon. And don't listen to Buurga, as it sounds like he's just another libocrat!

REPLY     LINK

### JC
JANUARY 1, 2021, 3:22 PM

No.

REPLY     LINK

## LEAVE A COMMENT

Name *

Email *

Website

Comment

SUBMIT



 



| | |
|---|---|
| **From:** | Lopez, Robert T. |
| **To:** | Smith, David, A; Hoffman, Daniel L. |
| **Subject:** | RE: FRT-15 - Rare Breed Triggers |
| **Date:** | Thursday, April 1, 2021 10:58:10 AM |

Thanks! ▮▮▮ agent is out this week, but we may try to complete a ▮▮ purchase next week for your determination depending on their availablity. Then we can write a lead for the Tampa FD.

---

**From:** Smith, David, A ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, April 1, 2021 10:55 AM
**To:** Hoffman, Daniel L. ▮▮▮▮▮▮▮▮▮▮; Lopez, Robert T. ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: FRT-15 - Rare Breed Triggers

Ron,

Attached is the original US Patent #10514223, and the evaluation letter#307385 on at least the 1st generation of this device by the inventor.
This device was classified as a combination of parts designed and intended to convert a weapon into a machinegun, and therefore a "machinegun" under the NFA.

RS

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

**From:** Hoffman, Daniel L. <▮▮▮▮▮▮▮▮▮▮>
**Sent:** Thursday, April 1, 2021 10:47 AM
**To:** Lopez, Robert T. <▮▮▮▮▮▮▮▮▮▮>
**Cc:** Smith, David, A <▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: FRT-15 - Rare Breed Triggers

Rob,

We don't have any to actually classify or the ability to procure one. David Smith was also working on this, I believe he found a patent or report that may be helpful.

In my opinion, these are going to be classified as MGs once examined.

Sent from my iPhone

> On Apr 1, 2021, at 10:42 AM, Lopez, Robert T. <███████████> wrote:
>
> Good morning,
>
> Have you guys received the FRT-15 Rare Breed Trigger yet for determination? We received a few tips from citizens so far. If so, we can move forward and write a lead.
>
> -Rob
>
> **Rob Lopez**
>
> Intelligence Research Specialist
> ATF Internet Investigations Center
> ███████████
> Desk: ███████
> Cell: (███████
> Office Main Number: (202) 648-7720

**From:** Hoffman, Daniel L. <███████████>
**Sent:** Wednesday, January 13, 2021 5:13 PM
**To:** Lopez, Robert T. ███████████>
**Subject:** Re: FRT-15 - Rare Breed Triggers

 No idea

Sent from my iPhone

> On Jan 13, 2021, at 3:15 PM, Lopez, Robert T. <███████████> wrote:
>
> Do you know if a case has been open?

**From:** Hoffman, Daniel L. <████████████████>
**Sent:** Wednesday, January 13, 2021 3:09 PM
**To:** Lopez, Robert T. <R████████████████>
**Subject:** Re: FRT-15 - Rare Breed Triggers

Rob,
It will likely be a machinegun, but we need one for classification.

Sent from my iPhone

> On Jan 13, 2021, at 2:57 PM, Lopez, Robert T.
> <████████████████> wrote:
>
> Daniel,
>
> Will these triggers be classified as an NFA item? I found a
> thread on them on 4Chan.org.
>
> -Rob
>
> **Rob Lopez**
>
> Intelligence Research Specialist
> ATF Internet Investigations Center
> ████████████████
> Desk: ████████████
> Cell: ████████████
> Office Main Number: (202) 648-7720

**From:** Barlow Jr., James L. <████████████████>
**Sent:** Wednesday, January 13, 2021 2:42 PM
**To:** Hoffman, Daniel L. <████████████████>
**Cc:** Lopez, Robert T. <████████████████>
**Subject:** FW: FRT-15 - Rare Breed Triggers

I believe Daniel has.

**From:** Lopez, Robert T. <██████████████>
**Sent:** Wednesday, January 13, 2021 2:41 PM
**To:** Barlow Jr., James L. <██████████████>
**Subject:** FRT-15 - Rare Breed Triggers

Good afternoon,

Have you guys looks at the Rare Breed FRT-15?

https://www.youtube.com/watch?v=Cuougs2GmGA

### Rob Lopez

Intelligence Research Specialist
ATF Internet Investigations Center
████████████████
Desk: ███████████
Cell: ██████████
Office Main Number: (202) 648-7720

**From:** Eisenbise, Eve E.
**To:** Smith, David, A
**Subject:** FW: New Trigger Determination
**Date:** Thursday, May 13, 2021 9:32:05 AM
**Attachments:** image001.png
image002.png
image004.png

---

David,
Were you doing, or did you do, a field referral on this trigger?  (Rare Breed)

Eve

---

**From:** Fire Tech <Fire_tech@atf.gov>
**Sent:** Thursday, May 13, 2021 9:12 AM
**To:** Eisenbise, Eve E. ▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: New Trigger Determination

Smith was doing up a field referral for that company last time I heard.

---

**From:** Eisenbise, Eve E. <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Thursday, May 13, 2021 9:11 AM
**To:** Fire Tech <Fire_tech@atf.gov>
**Subject:** RE: New Trigger Determination

I don't think we have.  I would have to know who (name of person or company) to research it.
We have nothing in IQ (our case and correspondence management system) under "Rare Breed".

If there are any other names (company or persons) that I can research on please let me know.

*Eve E. Eisenbise*
*Acting Chief, Firearms Technology Industry Services Branch*
ATF, Firearms & Ammunition Technology Division
244 Needy RD, Martinsburg, WV 25405
OFFICE:  (304)616-4300  FAX:  (304)616-4301



NOTICE: This e-mail message and any attached files are **intended solely for the use of the addressee(s) named above** in connection with official business. This communication may contain Sensitive But Unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

**From:** Fire Tech <Fire_tech@atf.gov>
**Sent:** Thursday, May 13, 2021 7:35 AM
**To:** Eisenbise, Eve E. <▮▮▮▮▮▮▮▮▮v>
**Subject:** FW: New Trigger Determination

Do you know if we ever did the field referral on these and got one if yet?

Thanks,
Becky

---

**From:** Caballero Nelson, Richelle S. ████████████████████████
**Sent:** Wednesday, May 12, 2021 6:41 PM
**To:** Baker, Dalton P. <████████████████>; Carter, Eugene F. <████████████████>
**Cc:** Fire Tech <Fire_tech@atf.gov>
**Subject:** New Trigger Determination

https://www.rarebreedtriggers.com/

Have you come across these yet or has there been any determination(s) done on this?





# Out Of Stock

Join the waitlist to be emailed when this product becomes available

| Email address | JOIN WAITLIST |

Specs

- 1/4" Wide Hammer, Trigger, and Locking Bar
- 7075-T6 Aluminum Housing
- Precision Wire EDM Cut
- Black Nitrite QPQ Finish
- Includes Anti Walk Pins
- 5lb Trigger Pull

US Pat. 10514223
*Full-Auto Bolt Carrier Required.
*Heavy Buffer (H2, H3 or T3 BUFFER) Recommended.
*We strongly recommend a qualified gunsmith install this trigger.



15:22
◀ Mail

🔒 rarebreedtriggers.com

US Pat. 10514223
*Full-Auto Bolt Carrier Required.
*Heavy Buffer (H2, H3 or T3 BUFFER) Recommended.
*We strongly recommend a qualified gunsmith install this trigger.

*In the majority of setups, the FRT-15 is plug-n-play with a heavy buffer.  Tuning may be required.



Subscribe To Our Newsletter

| Email Address | SUBSCRIBE |
| --- | --- |

Follow Us

 

customerservice@rarebreedtriggers.com

733 W Colonial Dr.
Orlando, FL 32804

Terms & Conditions | Privacy Policy | Waiver & Release



Richelle S. Caballero Nelson | Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
San Francisco Field Division | Sacramento Field Office
1325 J Street, Suite 1520
Sacramento, CA 95814

c.

Federal Licensing System

Window

FLS Records Search

FLS Records Search    For Official Use Only

User ID  RLWHETSEL

Record Search Header   Record Search Detail   Search Parameters   Search Results

**Search Name**

Search Type
Applicant  Trade Name  Responsible Person  History  Soundex

**First Name**    **Middle Name**    **EIN / SSN**    Region  District  County  License Type  Expiration Code  Sequence Number

**Street**
%733%W%COLONIAL %

**City**    **State**  **Zip**    Voice Phone
ORLANDO%    FL

**Disposition Code**    Include Pending  Status    Application Type

**Birth Date**    **Pending Date**    **Perfected Date**    Inspection Date    Expiration Date    Renewal Date

Execute Search    Firearms Audit Log Search

FYI
⚠ No records found for requested selection criteria
OK

ATF0089

RM-40350: Query caused no records to be retrieved.

Record: 1/1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Rarebreed Firearms FRT-15 | Investigation Number:<br>163080-21-0006 | Report Number:<br>1 |
| --- | --- | --- |

**SUMMARY OF EVENT:**

**OTHER:** On May 28, 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) M. Nuttall opened a case relating to the possible illegal sales of Machine Guns on the website www.rarebreedtriggers.com.

**NARRATIVE:**

1.　On April 01, 2021, ATF Intelligence Research Specialist (IRS) R. Lopez informed SA Nuttall about a website believed to be out of Tampa, Florida that was selling an item believed to be a machine gun. The item was a trigger that was being marketed as a "Forced Reset Trigger." This trigger manipulated the firearm to continuously expel a projectile with a single pull of the trigger. IRS Lopez and SA Nuttall discussed possible options and contacted ATF's Firearms Technology Criminal Branch (FTCB) to see if they had intercepted these triggers. FTCB had not come across the triggers but stated based off YouTube videos and patent designs it appeared to fall within the definition of a machine gun.

2.　IRS Lopez was able to positively identify the owner of the website as ██████████████ : ██████████████ , Texas.

3.　On April 16, 2021, SA Nuttall sent the Houston Grime Gun Intelligence Group (CGIC) the lead in regards to www.rarebreedtriggers.com ██████████████████████████ . The Houston CGIC stated they would wait until a determination was made by Firearms Technology Criminal Branch (FTCB). The IIC stated they would ████████████████ and have FTCB make a determination on the firearm.

4.　Due to the enormous popularity of the FRT-15 trigger, the website has been sold out since April. ATF IRS R. Lopez made contact with FTCB and was informed that if an FRT-15 trigger was purchased in original manufacturer packaging, it could be purchased from a 3rd party website.

5.　On May 24, 2021, SA Nuttall, ██████████████████ , purchased an FRT-15 trigger from ████████████████████████████ .

6.　On June 2, 2021, SA S. Deloach retrieved the FRT-15 trigger ████ ████████████ and shipped it to FTCB via FedEx for determination.

**7.**　This case is ongoing.

| Prepared by:<br>Michael T. Nuttall | Title:<br>Special Agent, Internet Investigations Center (IIC) | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Robert L. Melton | Title:<br>Branch Chief, Internet Investigations Center (IIC) | Signature: | Date: |
| Second level reviewer (optional):<br>　L. . | Title:<br>Operational Intelligence Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| | |
|---|---|
| **From:** | Deloach, Selwyn T. |
| **To:** | Smith, David, A |
| **Subject:** | RE: FRT-15 - Rare Breed Triggers |
| **Date:** | Thursday, June 3, 2021 11:21:29 AM |

| | |
|---|---|
| **TRACKING NUMBER** | 773892196853 |
| **FROM** | U.S. Department of Justice |
| | 99 New York Avenue NE |
| | Mail Stop 90K-250 |
| | Washington, DC, US, 20226 |
| **TO** | ATF Firearms Technology Division |
| | FEO David Smith |
| | 244 Needy Road |
| | # 1600 |
| | MARTINSBURG, WV, US, 25405 |
| **PACKAGING TYPE** | FedEx Box |
| **ORIGIN** | Washington, DC, 20226 |
| **DESTINATION** | MARTINSBURG, WV, US, 25405 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **STANDARD TRANSIT** | Thu, 06/03/2021 by 10:30am |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

**Selwyn DeLoach**
**Special Agent**
**U.S. Department of Justice**
**ATF Internet Investigations**
**Cell:** ███████████

**From:** Smith, David, A ██████████████ >
**Sent:** Wednesday, June 2, 2021 7:03 PM
**To:** Lopez, Robert T. ██████████████ ; Snyder, Guy J. ██████████████ >
**Cc:** Nuttall, Michael T. ██████████████ ; Deloach, Selwyn T. ██████████████
**Subject:** RE: FRT-15 - Rare Breed Triggers

Thank you for the information.
If you have a tracking number for Mr. Snyder we would appreciate it.
This will make sure we pick it up from FedEx.

RS

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

**From:** Lopez, Robert T. <███████████████>
**Sent:** Wednesday, June 2, 2021 3:03 PM
**To:** Smith, David, A <██████████████>
**Cc:** Nuttall, Michael T. <██████████████████>; Deloach, Selwyn T. <███████████████████>
**Subject:** RE: FRT-15 - Rare Breed Triggers

Good afternoon,

We received the trigger and are sending out to you via FedEx today so you should have it tomorrow.

-Rob


**Rob Lopez**

Intelligence Research Specialist
ATF Internet Investigations Center
███████████████████████
Desk: █████████████
Cell: (██████████
Office Main Number: (202) 648-7720

---

**From:** Lopez, Robert T.
**Sent:** Friday, May 28, 2021 10:38 AM
**To:** Nuttall, Michael T. <███████████████████>
**Subject:** FW: FRT-15 - Rare Breed Triggers

**From:** Smith, David, A <████████████████>
**Sent:** Wednesday, May 26, 2021 9:06 AM
**To:** Lopez, Robert T. <████████████>
**Cc:** Hoffman, Daniel L. <████████████████>
**Subject:** RE: FRT-15 - Rare Breed Triggers

Thank you for the update.

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

**From:** Lopez, Robert T. ████████████
**Sent:** Wednesday, May 26, 2021 8:38 AM
**To:** Smith, David, A <████████████
**Cc:** Barlow Jr., James L. <████████████>
**Subject:** RE: FRT-15 - Rare Breed Triggers

For some reason, ████████████████ were not able to get their transaction to go through on the Rare Breed site.

The trigger we purchased from another site should be delivered ████████████ on Friday.

**From:** Smith, David, A <████████████>
**Sent:** Tuesday, May 25, 2021 10:19 AM
**To:** Lopez, Robert T. ████████████
**Subject:** RE: FRT-15 - Rare Breed Triggers

Mr. Lopez,

It would be best to have 2 triggers, just to make sure there have been no design changes or modifications made to the one from the 2nd party site.

RS

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

**From:** Lopez, Robert T. <█████████████████>
**Sent:** Tuesday, May 25, 2021 10:06 AM
**To:** Smith, David, A <█████████████>
**Cc:** Hoffman, Daniel L. <████████████████>; Nuttall, Michael T. <███████████████>
**Subject:** RE: FRT-15 - Rare Breed Triggers

Good morning,

████ ordered the trigger from a 2nd party site (brand new still in original packaging) yesterday but got a notification that Rare Breed now has the trigger in stock. Is it best to have 2 triggers including the 1 from the Rare Breed site for determination or does the 1 trigger from the 2nd Party site suffice?

---

**From:** Smith, David, A █████████████
**Sent:** Monday, May 24, 2021 1:56 PM
**To:** Lopez, Robert T. █████████████
**Cc:** Hoffman, Daniel L. ████████████████
**Subject:** RE: FRT-15 - Rare Breed Triggers

Thank you.

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s)

named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

**From:** Lopez, Robert T. ██████████████
**Sent:** Monday, May 24, 2021 1:47 PM
**To:** Smith, David, A <█████████████
**Cc:** Hoffman, Daniel L. <████████████████
**Subject:** Re: FRT-15 - Rare Breed Triggers

We are working on it right now and I'll keep you posted.

Sent from my iPhone

> On May 24, 2021, at 1:40 PM, Smith, David, A <███████████████> wrote:

> Mr. Lopez,

> I was checking up on the Rare Breed Firearms FRT15 trigger buy.  If we are still having problems getting it directly from Rare Breed, there are a lot of them currently for sale on GunBroker.com.

> https://www.gunbroker.com/All/search?Keywords=rare%20breed%20trigger

> RS

> *David A. Smith*

> **Firearms Enforcement Officer (FEO)**
> **Firearms & Ammunition Technology Division (FATD)**
> **Bureau of Alcohol, Tobacco, Firearms & Explosives**
> 244 Needy Road
> Martinsburg, WV 25405

> WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

**From:** Lopez, Robert T. <████████████████

**Sent:** Monday, April 12, 2021 9:06 AM
**To:** Smith, David, A < ███████████████ >
**Subject:** Re: FRT-15 - Rare Breed Triggers

We are on the waitlist to make a purchase.

Sent from my iPhone

> On Apr 12, 2021, at 8:35 AM, Smith, David, A < ███████████████ > wrote:
>
> Rob,
>
> Biggest thing is we need a physical sample to make an actual classification.
>
> RS
>
> *David A. Smith*
>
> **Firearms Enforcement Officer (FEO)**
> **Firearms & Ammunition Technology Division (FATD)**
> **Bureau of Alcohol, Tobacco, Firearms & Explosives**
> 244 Needy Road
> Martinsburg, WV 25405
>
> WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.
>
> ---
>
> **From:** Lopez, Robert T. < ███████████████ >
> **Sent:** Friday, April 9, 2021 10:56 AM
> **To:** Smith, David, A <D███████████████ >; Hoffman, Daniel L. <D███████████████ >
> **Subject:** RE: FRT-15 - Rare Breed Triggers
>
> There is currently a waitlist to get this trigger, so we may write a referral to the Houston FD.
>
> Is there anything you want us to include in the report? I will most likely use a lot of the language from the examination back in 2018. I will also include that based on your review from the blueprints, pictures and video, FATD believes it appears to be a machinegun BUT FATD will physically need to examine the

trigger to make an official determination.

Let me know.

Thanks,
    Rob

---

**From:** Lopez, Robert T.
**Sent:** Thursday, April 1, 2021 10:58 AM
**To:** Smith, David, A <███████████████ Hoffman, Daniel L. ███████████████ >
**Subject:** RE: FRT-15 - Rare Breed Triggers

Thanks! ██████ ████ is out this week, but we may try to ██████████ ██ ████ next week for your determination depending on their availablity. Then we can write a lead for the Tampa FD.

---

**From:** Smith, David, A <██████████████ >
**Sent:** Thursday, April 1, 2021 10:55 AM
**To:** Hoffman, Daniel L. <█████████████████ >; Lopez, Robert T. <███████████████ >
**Subject:** RE: FRT-15 - Rare Breed Triggers

Ron,

Attached is the original US Patent #10514223, and the evaluation letter #307385 on at least the 1st generation of this device by the inventor. This device was classified as a combination of parts designed and intended to convert a weapon into a machinegun, and therefore a "machinegun" under the NFA.

RS

*David A. Smith*

**Firearms Enforcement Officer (FEO)**
**Firearms & Ammunition Technology Division (FATD)**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
244 Needy Road
Martinsburg, WV 25405

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail

message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

**From:** Hoffman, Daniel L. <​██████████████​>
**Sent:** Thursday, April 1, 2021 10:47 AM
**To:** Lopez, Robert T. <​█████████████​>
**Cc:** Smith, David, A <​████████████​>
**Subject:** Re: FRT-15 - Rare Breed Triggers

Rob,

We don't have any to actually classify or the ability to procure one. David Smith was also working on this, I believe he found a patent or report that may be helpful.

In my opinion, these are going to be classified as MGs once examined.

Sent from my iPhone

> On Apr 1, 2021, at 10:42 AM, Lopez, Robert T.
> <​███████████​> wrote:
>
> Good morning,
>
> Have you guys received the FRT-15 Rare Breed Trigger yet for determination? We received a few tips from citizens so far. If so, we can move forward and write a lead.
>
> -Rob
>
>
> **Rob Lopez**
> Intelligence Research Specialist
> ATF Internet Investigations Center
> ████████████████
> Desk: (████████
> Cell: ███████
> Office Main Number: (202) 648-7720

---

**From:** Hoffman, Daniel L. ████████████ >

**Sent:** Wednesday, January 13, 2021 5:13 PM
**To:** Lopez, Robert T. <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: FRT-15 - Rare Breed Triggers

 No idea

Sent from my iPhone

> On Jan 13, 2021, at 3:15 PM, Lopez, Robert T.
> <▮▮▮▮▮▮▮▮▮▮▮▮v> wrote:

> Do you know if a case has been open?

---

**From:** Hoffman, Daniel L.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, January 13, 2021 3:09 PM
**To:** Lopez, Robert T. ▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: FRT-15 - Rare Breed Triggers


Rob,
It will likely be a machinegun, but we need one for
classification.

Sent from my iPhone

> On Jan 13, 2021, at 2:57 PM, Lopez,
> Robert T. ▮▮▮▮▮▮▮▮▮▮▮▮ >
> wrote:

> Daniel,

> Will these triggers be classified as an
> NFA item? I found a thread on them
> on 4Chan.org.

> -Rob


**Rob Lopez**

Intelligence Research Specialist
ATF Internet Investigations Center
▮▮▮▮▮▮▮▮▮▮▮▮▮

Desk: ███████████
Cell: ███████████
Office Main Number: (202) 648-7720

---

**From:** Barlow Jr., James L.
███████████ >
**Sent:** Wednesday, January 13, 2021 2:42 PM
**To:** Hoffman, Daniel L.
███████████ >
**Cc:** Lopez, Robert T.
< ███████████ >
**Subject:** FW: FRT-15 - Rare Breed Triggers

I believe Daniel has.

---

**From:** Lopez, Robert T.
< ███████████ >
**Sent:** Wednesday, January 13, 2021 2:41 PM
**To:** Barlow Jr., James L.
< ███████████ >
**Subject:** FRT-15 - Rare Breed Triggers

Good afternoon,

Have you guys looks at the Rare Breed FRT-15?

https://www.youtube.com/watch?v=Cuougs2GmGA

**Rob Lopez**
Intelligence Research Specialist
ATF Internet Investigations Center
███████████
Desk: ███████████
Cell: ███████████
Office Main Number: (202) 648-7720

# Electronic Articles of Organization For
# Florida Limited Liability Company

**L20000120229**
**FILED 8:00 AM**
**May 04, 2020**
**Sec. Of State**
cmwood

## Article I

The name of the Limited Liability Company is:

RARE BREED TRIGGERS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

733 WEST COLONIAL DRIVE
ORLANDO, FL.   32804

The mailing address of the Limited Liability Company is:

733 WEST COLONIAL DRIVE
ORLANDO, FL.   32804

## Article III

The name and Florida street address of the registered agent is:

KEVIN C MAXWELL
733 WEST COLONIAL DR.
ORLANDO, FL.   32804

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   KEVIN C. MAXWELL

# Article IV

The name and address of person(s) authorized to manage LLC:

L20000120229
FILED 8:00 AM
May 04, 2020
Sec. Of State
cmwood

Title:  MGR
COLE  LELEUX
733 WEST COLONIAL DRIVE
ORLANDO, FL.  32804

Title:  MGR
LAWRENCE  DEMONICO
733 WEST COLONIAL DR.
ORLANDO, FL.  32804

Title:  MGR
MICHAEL  REGISTER
733 WEST COLONIAL DRIVE
ORLANDO, FL.  32804

Title:  MGR
KEVIN C MAXWELL
733 WEST COLONIAL DRIVE
ORLANDO, FL.  32804

# Article V

The effective date for this Limited Liability Company shall be:

04/28/2020

Signature of member or an authorized representative

Electronic Signature: KEVIN C. MAXWELL

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.