US008820211B1

(12) **United States Patent** (10) **Patent No.:** **US 8,820,211 B1**

Hawbaker (45) **Date of Patent:** **Sep. 2, 2014**

(54) **SELECTABLE DUAL MODE TRIGGER FOR SEMIAUTOMATIC FIREARMS**

(71) Applicant: **Peter Jonathan Hawbaker**, Fairbanks, AK (US)

(72) Inventor: **Peter Jonathan Hawbaker**, Fairbanks, AK (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/152,894**

(22) Filed: **Jan. 10, 2014**

**Related U.S. Application Data**

(62) Division of application No. 13/714,453, filed on Dec. 14, 2012, now Pat. No. 8,667,881.

(51) **Int. Cl.**
**F41A 19/00** (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **89/139**; 42/69.01

(58) **Field of Classification Search**
USPC ........... 42/69.01–69.03; 89/129.01, 131, 136, 89/139
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,292,492 | A | * | 12/1966 | Sturtevant ...................... 89/128 |
| 4,693,170 | A | * | 9/1987 | Atchisson ...................... 89/149 |
| 6,615,527 | B1 | * | 9/2003 | Martin ........................ 42/69.03 |
| 6,966,138 | B1 | * | 11/2005 | Deckard ...................... 42/69.01 |
| 8,112,928 | B2 | * | 2/2012 | Keough ....................... 42/69.03 |

* cited by examiner

*Primary Examiner* — Gabriel Klein

(57) **ABSTRACT**

One embodiment of a trigger system with an integral selector for semi-automatic firearms. A selector allows the user to choose between two modes and rates of fire. A trigger (**1**) is made to allow passage of the lower portion of a selector cam (**5**) to the exterior of the firearm. A selector lever (**6**) is affixed to the lower end of the selector cam (**5**) on the exterior of the firearms action. Turning the selector lever (**6**) rotates the selector cam (**5**) which tilts a pivotal disconnector (**3**) on its axis, varying the amount of disconnector (**3**) engagement with a hammer (**2**). The variance in the disconnector (**3**) engagement causes the firearm to fire in one of two modes, firing one round with a trigger pull and resetting with trigger release, or firing one round with trigger pull, and firing another round with trigger release. Other embodiments are described.

**4 Claims, 9 Drawing Sheets**



**U.S. Patent**            Sep. 2, 2014            Sheet 1 of 9            US 8,820,211 B1



FIG. 1



FIG. 2



FIG.3



FIG.4

Case 6:21-cv-01245-CEM-GJK   Document 27   Filed 08/16/21   Page 5 of 80 PageID 450



FIG.5



FIG.6

ATF0107



FIG.7

FIG.8



FIG.9

FIG.10



FIG.11

FIG.12



FIG. 13

FIG. 14



FIG. 15

FIG. 16

US 8,820,211 B1

**1**

# SELECTABLE DUAL MODE TRIGGER FOR SEMIAUTOMATIC FIREARMS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of nonprovisional patent application Ser. No. 13/714,453 filed 2012 Dec. 14 by the present inventor.

## BACKGROUND

### Prior Art

The following is a tabulation of some prior art that presently appears relevant:

| U.S. patents | | |
|---|---|---|
| patent No. | Issue Date | Patentee |
| 4,344,351 | Aug. 17, 1982 | McQueen |
| 4,514,923 | May 7, 1985 | Teel |
| 4,685,379 | Aug. 11, 1987 | Troncoso |
| 4,787,288 | Nov. 29, 1988 | Miller |
| 5,074,190 | Dec. 24, 1991 | Troncoso |
| 6,101,918 | Aug. 15, 2000 | Akins |
| 6,966,138 | Nov. 22, 2005 | Deckard |

Semi-automatic firearms have a limited firing rate as compared to automatic weapons. Automatic weapons are also known to be prohibitively expensive and harder to acquire than semi-automatic firearms. As a result many devices have been proposed in the past for increasing the firing rate of semi-automatic firearms. See for example, U.S. Pat. No. 4,344,351 to McQueen; U.S. Pat. No. 4,787,288 to Miller; U.S. Pat. Nos. 4,803,910 and 5,074,190 to Troncoso; U.S. Pat. No. 6,101,918 to Akins; and U.S. Pat. No. 6,966,138 to Deckard.

Some of these solutions attempt to make it easier to "bump fire", or use the firearms recoil to allow user to manipulate trigger faster, but these solutions fail to meet the needs of the industry because of complicated non-intuitive operation or undesirable add on devices. Other solutions attempt to use mechanical means such as crank or slide devices to manipulate trigger quickly, but these solutions are similarly unable to meet the needs of the industry because non-intuitive operation with difficulty maintaining accurate fire. Still other solutions, for example U.S. Pat. No. 6,966,138 to Deckard, seek to convert a standard trigger to fire a shot on both pull and release, but these solutions also fail to meet industry needs because the device needs to be installed and removed to switch between modes of operation, and are not compatible with trigger systems with a forward hammer engagement surface such as AR-15 and AR-10 pattern rifles, one of the most popular rifles in the United States.

Deckard's device also has no means of eliminating the possibility of "hammer follow" in the double-fire mode. In the double fire mode, if the trigger is not manipulated properly, the hammer can follow the bolt assembly forward as it reciprocates resulting in either multiple rounds fired with one function of the trigger or the hammer being in a forward (fired) position with a loaded round in the chamber.

In the double fire mode of Deckard's device, the primary sear surface of the trigger and the disconnector engagement surface are spaced so that if the trigger is improperly manipulated or held in a central position, the hammer will not be held

**2**

in a rearward position. The hammer will follow the bolt assembly forward, resulting in the aforementioned automatic fire or requiring manually reciprocating the bolt assembly to resume firing. This is a serious shortcoming of the device, as it is capable of firing more than one round with a single function of the trigger thus meeting the definition of a machine gun as described in 26 U.S.C. 5845(b), in which a machine gun is defined as a weapon which is able to fire more than one shot with a single function of the trigger. Thus this device would not gain approval by the Bureau of Alcohol, Tobacco, Firearms and Explosives Firearms Technology Branch for civilian sales.

Thus, the need exists for solutions to the above problems with prior art.

## SUMMARY

The present invention is a selectable trigger for semiautomatic firearms, enabling quick and easy transitions between two modes and rates of fire. One mode allows normal semiautomatic operation, in which the firearm fires one round with a pull of the trigger and resets trigger with release of trigger, and another mode which fires a round with a pull of the trigger and fires another round with trigger release, thus doubling rate of fire.

In one embodiment the invention comprises of the following core components: A trigger, a primary disconnector, a secondary disconnector, a hammer, a selector cam, a selector lever, a detent spring and detent ball. These components are connected as follows: The selector cam is positioned under the front of the primary disconnector. The shaft of the selector cam passes through the trigger. The selector lever is fastened to the bottom of the selector cam by a cross pin. A spring and detent ball are located in the selector lever and engage voids in the trigger to keep selector lever in desired position.

When the selector lever is turned, the selector cam engages the primary disconnector, tilting the primary disconnector on its axis, thus varying the amount of engagement of the primary disconnector on the hammer.

With the selector in first position, the firearm will function as most semiautomatic firearms function, a pull of the trigger will fire one round, releasing the trigger will reset the trigger for the next shot. In this mode, the primary disconnector engagement will not release hammer until the engagement surface of trigger or trigger mechanism is in position to retain hammer in a cocked position.

With the selector in the second position, the firearm will fire one round when the trigger is pulled, and fire one round when trigger is released, thus doubling rate of fire. In this mode, the primary disconnector engagement depth is lessened, allowing the hammer to be released before the engagement surface of the trigger or trigger mechanism is in place to retain hammer in a cocked position, thus allowing hammer to fall striking firing pin, firing a round.

The secondary disconnector prevents the hammer from following the bolt assembly forward if the engagement surface of the trigger or the primary disconnector is not in position to retain hammer in a cocked rearward position. If the trigger is either forward or rearward the secondary disconnector will not engage the hammer, but if the trigger is in a central position that would allow the hammer to follow the bolt forward, the secondary disconnector will engage hammer retaining it in a rearward position until the trigger is either pulled or released.

## ADVANTAGES

The present invention advantageously fills the aforementioned deficiencies by providing a selectable dual mode trig-

US 8,820,211 B1

3

ger for semiautomatic firearms which provides the user the ability to quickly and easily transition between two modes of operation, one mode doubling the rate of fire as opposed to a conventional trigger system. The invention requires no installation or removal of devices to transition between modes of operation, a simple flip of a switch is all that is required to transition between modes of operation.

The inventions secondary disconnector is advantageous in that the possibility of hammer follow is eliminated. The secondary disconnector greatly enhances the reliability of the trigger system, as well as prevents more than one round being fired per trigger function, thus meeting BATFE restrictions.

The invention is advantageous in that it is a mechanical device, and does not depend on the recoil of the weapon to function, as some prior art devices do. It will function equally well on firearms chambered for high or low recoil rounds.

The present invention is advantageous over prior art in that its operation in both modes is intuitive, with no unusual manipulations or motions required to operate. The device operates with a pull and a release of the trigger, in the same manner as practically every other firearm. The selector lever is unobtrusive, and does not need normal operation, handling, or function.

The present invention is advantageous in that it is compatible with trigger systems with a forward hammer engagement surface, such as the popular AR-15 and AR-10 pattern rifles or any semi-automatic firearm using or able to be adapted to use such a trigger system.

FIGURES

FIG. 1 shows the individual components of the invention in accordance with the first embodiment in a disassembled state.

FIG. 2 shows various aspects and details of the trigger, selector lever, detent, detent spring and selector cam.

FIG. 3 shows another aspect of the trigger, selector lever, and selector pin, showing the selector lever in the first position, allowing normal semi-automatic operation.

FIG. 4 shows another aspect of the trigger and selector lever with the selector lever in the second position, allowing a dual mode of fire with firearm firing one shot on trigger pull, and firing one shot on trigger release.

FIG. 5 shows various components of the invention in relation to the receiver or trigger housing of a firearm, with the trigger and selector lever protruding exposed allowing manipulation.

FIG. 6 shows another aspect, an underside view, of the trigger showing selector cam bore and recesses for detent engagement.

FIG. 7 shows the dual mode trigger in the forward position with the hammer in the cocked rearward position and the selector lever in the first position for normal semi-automatic operation.

FIG. 8 shows the dual mode trigger in rearward position with the hammer in the forward fired position and the selector lever in the first position for normal semi-automatic operation.

FIG. 9 shows the dual mode trigger in the rearward position with the hammer in rearward position with the hammer being held rearward by the primary disconnector and the selector lever in the first position to allow normal semi-automatic operation.

FIG. 10 shows the dual mode trigger returned to the forward position with the hammer in the cocked rearward position and the selector lever in the first position for normal semi-automatic operation.

4

FIG. 11 shows the dual mode trigger in the forward position with the hammer in the cocked rearward position and the selector lever in the second position to allow a shot to be fired both with trigger pull and trigger release.

FIG. 12 shows the dual mode trigger in the rearward position with the hammer in the forward fired position and the selector lever in the second position to allow a shot to be fired both with trigger pull and trigger release.

FIG. 13 shows the dual mode trigger in the rearward position with the hammer in the rearward position being held rearward by the primary disconnector and the selector lever in the second position to allow a shot to be fired both with trigger pull and trigger release.

FIG. 14 shows the dual mode trigger in the central position with the hammer in the forward fired position having been released by the primary disconnector and the selector lever in the second position to allow a shot to be fired both with trigger pull and trigger release.

FIG. 15 shows the dual mode trigger returned to the forward position with the hammer in the rearward cocked position and the selector lever in the second position to allow a shot to be fired both with trigger pull and trigger release.

FIG. 16 shows the dual mode trigger in the central position with the hammer in the rearward position being held rearward by the secondary disconnector and the selector lever in the second position to allow a shot to be fired both with trigger pull and release.

REFERENCE NUMERALS

1 trigger
2 hammer
3 primary disconnector
4 secondary disconnector
5 selector cam
6 selector lever
7 selector pin
8 selector detent
9 selector detent spring
10 secondary disconnector pin
11 primary disconnector spring
12 secondary disconnector spring
13 selector cam bore
14 hammer engagement surface of trigger
15 trigger engagement surface of hammer
16 hammer engagement surface of primary disconnector
17 primary disconnector engagement surface of hammer
18 hammer engagement surface of secondary disconnector
19 secondary disconnector engagement surface of hammer
20 raised camming surface of selector cam
21 safety selector (prior art)
22 second position selector detent recess
23 first position selector detent recess
24 hammer pin (prior art)
25 trigger and primary disconnector pin (prior art)
26 selector detent bore

DETAILED DESCRIPTION

FIGS. 1-16

Before explaining the disclosed embodiment of the present invention in detail it is to be understood that the invention is not limited in its application to the details of the particular arrangement shown since the invention is capable of other embodiments. Also, the terminology used herein is for the purpose of description and not of limitation.

US 8,820,211 B1

5

The core components of the selectable dual mode trigger are illustrated in FIG. 1. A trigger 1 is manufactured with a selector cam bore 13 in which a selector cam 5 fits, with its shaft protruding from the bottom of the trigger 1.

Affixed to the lower portion of selector cam 5 by means of a selector pin 7 is a selector lever 6. A selector detent 8 and a selector detent spring 9 fit inside the selector lever 6. The trigger 1 has a slot in its top portion to fit a primary disconnector 3, a primary disconnector spring 11, a secondary disconnector 4, and a secondary disconnector spring 12. A secondary disconnector pin 10 is used to retain the secondary disconnector 4 in the trigger 1. A hammer 2 is equipped with engagement surfaces 15, 17, and 19 for the trigger 1, primary disconnector 3, and the secondary disconnector 4 respectively.

Alternative views of the trigger 1, the selector lever 6, and the selector cam 5 are shown in FIG. 2. In this view, the top of the selector cam bore 13 is visible on the upper surface of the trigger 1. This view shows a selector detent bore 26 in the top surface of the selector lever 6 in which the selector detent spring 9 and selector detent 8 fit. Three different aspect views of the selector cam 5 show in detail a raised camming surface 20. The raised camming surface 20 interfaces with the primary disconnector 3 when the selector lever 6 is in the second position.

The selector lever 6 is shown in the first position in FIG. 3. In this position, the firearm will function as a normal semi-automatic, firing one shot with trigger pull, and resetting trigger with trigger release. Also visible in FIG. 3 is the selector pin 7.

The selector lever 6 is shown in the second position in FIG. 4. The selector lever 6 rotates 90 degrees to transition between the two modes of fire. In the second position, the firearm will fire one round with trigger pull, and fire one round with trigger release. This mode of operation doubles the rate of fire as compared to normal semi-automatic operation.

In FIG. 5 various components of the selectable dual mode trigger are shown in relation to the firearms receiver or trigger housing. The curved portion of the trigger 1 and the selector lever 6 are exposed allowing manipulation to fire the weapon and to select between two modes of operation. The trigger 1 and the primary disconnector 3 pivot on a trigger and primary disconnector pin 25. The hammer 2 pivots on a hammer pin 24. A safety selector 21 serves as a static contact point for the secondary disconnector 4 during the firing cycle of the selectable dual mode trigger.

The underside of the trigger 1 is shown in FIG. 6. Visible from this perspective are the selector cam bore 13, a first position selector detent recess 23, and a second position selector detent recess 22.

FIG. 7 shows the selectable dual mode trigger cocked ready to fire. The selector lever 6 is placed in the first position to allow normal semi-automatic operation. The trigger 1 is in a forward position. The hammer 2 is retained in a cocked rearward position by the hammer engagement surface of the trigger 14. The primary disconnector is pushed in a forward position by the primary disconnector spring 11. The secondary disconnector 4 is pushed in a forward position by the secondary disconnector spring 12. The secondary disconnector 4 is not contacting the safety selector 21.

FIG. 8 shows the trigger 1 pulled rearward, disengaging the hammer engagement surface of the trigger 14 from the trigger engagement surface of the hammer 15. This allows the hammer 2 to pivot forward, firing a round. The selector lever 6 is in the first position. The selector cam 5 is visible above the trigger 1. The raised camming surface of the selector cam 20

6

is positioned beside the primary disconnector 3. The secondary disconnector 4 is in contact with the safety selector 21 and is pivoted rearward.

FIG. 9 shows the trigger 1 in a rearward position being held there by the users finger immediately after a shot is fired. The selector lever 6 is in the first position. The hammer 2 has been returned to a rearward position by the firearms action, and is retained in that position by the primary disconnector 3. The secondary disconnector 4 is in contact with the safety selector 21 and is in a rearward position.

FIG. 10 shows the trigger 1 released by the operator and returned to a forward position. The hammer 2 has been released by the primary disconnector 3 and is now being held in a cocked rearward position by the hammer engagement surface of the trigger 14. The selector lever 6 is in the first position. The secondary disconnector 4 is in the forward position, no longer in contact with the safety selector 21.

FIGS. 7-10 detail one cycle of the selectable dual mode trigger with the selector lever 6 in the first position. The firearm fired one round when the trigger 1 was pulled rearward by the operator, and the hammer 2 reset in a cocked rearward position when the operator released the trigger 1. This is the normal semi-automatic mode of operation. The hammer 2 is in a cocked position ready to fire another round with the pull of the trigger 1.

FIG. 11 shows the dual mode trigger with the trigger 1 in the forward position. The hammer 2 is in a cocked rearward position retained in that position by the hammer engagement surface of the trigger 14. The selector lever 6 has been rotated 90 degrees and is now in the second position. The selector cam 5 has likewise rotated 90 degrees and the raised camming surface of the selector cam 20 is positioned under the front of the primary disconnector 3. The raised camming surface of the selector cam 20 tilts the primary disconnector 3 rearward about 0.030".

FIG. 12 shows the trigger 1 pulled rearward by the operator. The hammer 2 has rotated forward, firing a round. The selector lever 6 is in the second position. The primary disconnector 3 is tilted rearward about 0.030" in relation to the trigger 1. The secondary disconnector 4 is in contact with the safety selector 21 and is tilted rearward.

FIG. 13 shows the trigger 1 held in a rearward position by the operator immediately after firing a round. The hammer 2 has been returned to a rearward position by the firearms action and is retained in that rearward position by the primary disconnector 3.

FIG. 14 shows the trigger 1 in a central position having been released by the operator. The selector lever 6 is in the second position and the primary disconnector 3 is tilted rearward about 0.030" in relation to the trigger 1. As a result of the primary disconnector 3 being tilted rearward by the raised camming surface of the selector cam 20, the hammer engagement surface of the primary disconnector 16 is rearward about 0.030" and releases the hammer 2 before the hammer engagement surface of the trigger 14 is in position to retain it in a rearward position. As a result, instead of the hammer 2 resetting as it does when the selector lever 6 is in the first position, the hammer 2 rotates forward firing a round. Thus, two rounds are fired in one rearward and forward cycle of the trigger 1 accomplishing a rate of fire double that of standard semi-automatic firearms.

FIG. 15 shows the trigger 1 released by the operator in the forward position. The selector lever 6 is in the second position. The hammer 2 has been returned to a rearward position by the action of the firearm. It is retained in the rearward cocked position by the hammer engagement surface of the trigger 14. One rearward and forward (pull and release) cycle

7

of the trigger **1** has now been completed resulting in the firing of two rounds, one shot on pull, one shot on release.

FIG. **16** illustrates the essential and novel function of the secondary disconnector **4**. When the selector lever **6** is in the second position, the primary disconnector **3** is tilted rearward about 0.030″ in relation to the trigger **1**. In this mode of operation, in which the firearm fires a round both with pull and release of trigger **1**, it is possible that neither the hammer engagement surface of the primary disconnector **16** or the hammer engagement surface of the trigger **14** will be in position to retain the hammer **2** when it is returned rearward by the firearms action. This possibility exists if the trigger **1** is in a central position, neither forward nor rearward completely.

In this scenario, the secondary disconnector **4** will retain the hammer **2** in a rearward position, preventing the hammer **2** from following the action or bolt forward. If the hammer **2** is retained in a rearward position by the secondary disconnector **4**, a complete pull or release of the trigger **1** will release the hammer **2**. If the trigger **1** is pulled to a rearward position, the secondary disconnector **4** will contact the safety selector **21** which tilts the secondary disconnector **4** rearward, causing the hammer engagement surface of the secondary disconnector **18** to disengage with the hammer **2**. The hammer **2** will then move forward slightly before being retained in a rearward position by the primary disconnector **3** as illustrated in FIG. **13**.

If the hammer **2** is retained in a rearward position by the secondary disconnector **4** as illustrated in FIG. **16** and the trigger **1** is released to a forward position by the operator, the secondary disconnector **4** will move rearward in relation to the hammer **2** and the hammer engagement surface of the secondary disconnector **18** will disengage the hammer **2**. The hammer **2** will then rotate forward slightly and be retained in a rearward position by the hammer engagement surface of the trigger **14** as illustrated in FIG. **15**.

In use, the operator chooses which mode of operation he desires to fire the weapon in and rotates the selector lever **6** accordingly. The operator then pulls and releases the trigger **1**. In the first mode the firearm will discharge one round with each complete pull and release of the trigger **1**, in the second mode the firearm will discharge two rounds with each complete pull and release of the trigger **1**.

The trigger **1**, hammer **2**, selector cam **5**, primary disconnector **3**, and secondary disconnector **4** are constructed of hardened firearms grade tool steel. The selector lever **6** can be constructed of various materials including but not limited to aluminum alloys, mild steel, hardened steel, or various composites.

While the invention has been described, disclosed, illustrated, and shown in one embodiment, the scope of the invention is not intended to be, nor should it be deemed to be, limited thereby and such other modifications or embodiments as may be suggested by the teachings herein are particularly reserved especially if they fall within the scope of the claims here appended. Other embodiments could use other means of selectively varying the engagement of the primary disconnector such as a sliding or pivoting selector. The secondary disconnector could use a static point of contact other than the safety selector to accomplish disengagement with the hammer. Means other than a detent ball and spring could be implemented to secure the selector lever in the desired position. The invention can include additional features as desired, such as but not limited to a checkered, grooved or resilient surface on the selector lever.

8

ADVANTAGES

From the description above, a number of advantages of my selectable dual mode trigger for semiautomatic firearms become evident.

(a) The selector lever is unobtrusive and fits close to the receiver or trigger housing of the firearm.

(b) The selector lever allows easy transition between two modes and rates of fire without the addition or deletion of any devices or attachments.

(c) The selectable dual mode trigger can be installed in many firearms, such as AR-15 and AR-10 pattern rifles with no modification to the receiver or other major components of the firearm.

(d) The secondary disconnector retains the hammer in a rearward position if the trigger is in a central position, yet releases the hammer if the trigger is either pulled or released completely, preventing automatic fire or hammer follow malfunctions.

(e) The selectable dual mode trigger is mechanical and functions equally well on high or low recoil firearms, unlike many other devices for increasing rate of fire which are dependent on a firearms recoil to function.

(f) The selectable dual mode trigger is intuitive to use, the operator simply pulls and releases the trigger in both modes of fire, as in virtually every other firearm.

(g) The selectable dual mode trigger functions in both modes while the operator has a firm, natural grasp of the firearm which increases accuracy and control.

(h) Although other devices are add on and external, making them susceptible to damage and contamination with debris, the selectable dual mode trigger's components are contained inside the firearm thus increasing reliability and safety.

(i) The selectable dual mode trigger increases the rate of fire of a semiautomatic firearm without being classified as a machine gun or restricted weapon.

CONCLUSION, RAMIFICATIONS, AND SCOPE

Accordingly, the reader will see that the selectable dual mode trigger can be used to quickly and easily transition between two modes and rates of fire. The selectable dual mode trigger allows rates of fire approaching that of fully automatic firearms without the disadvantages of other proposed devices. Unlike other devices proposed to increase rate of fire, it is unobtrusive and requires no special techniques to operate. The selectable dual mode trigger is compatible with firearms and trigger systems with a forward hammer engagement surface, such as the popular AR-15 type firearms.

Although the description above contains many specificities, these should not be construed as limiting the scope of the embodiments, but providing illustrations of one embodiment. For example, the various components such as the trigger, hammer, disconnectors, selector lever and cam can have different shapes, the trigger can have a separate sear, the secondary disconnector can have alternative means of releasing hammer, etc.

Thus the scope of the embodiments should be determined by the appended claims and their legal equivalents, rather than by the examples given.

I claim:

**1**. An integral movable device for a firearm, which retains a pivotal hammer in a cocked position when a trigger is in a central position, defined between a fully rearward pulled position and a fully forward released position, in which neither a trigger sear surface nor a pivotal disconnector is in position to retain said pivotal hammer upon its return to the

US 8,820,211 B1

9

10

cocked position by an action of the firearm, comprising: a spring-biased secondary disconnector with a hammer engagement surface which engages a corresponding engagement surface on said pivotal hammer, said secondary disconnector having a surface which contacts a component of the firearm to force said secondary disconnector to release the hammer from the cocked position when the trigger is pulled fully rearward, said secondary disconnector holding said pivotal hammer in the cocked position when the firearm's action is in battery until said trigger is pulled fully rearward from the central position, causing said pivotal hammer to be released by said secondary disconnector and engaged by said pivotal disconnector.

**2**. The movable device of claim **1**, wherein said secondary disconnector is attached to the trigger by a pin allowing it to pivot.

**3**. The movable device of claim **1**, wherein the component of the firearm is a static component.

**4**. The movable device of claim **1**, wherein said secondary disconnector further comprises a stop that limits forward travel, forcing said secondary disconnector to release the hammer if the trigger is returned to the fully forward position.

\* \* \* \* \*

US009568264B2

(12) **United States Patent**

Graves

(10) Patent No.: **US 9,568,264 B2**

(45) Date of Patent: **Feb. 14, 2017**

(54) **FLEX-FIRE TECHNOLOGY**

(71) Applicant: **Thomas Allen Graves**, Buda, TX (US)

(72) Inventor: **Thomas Allen Graves**, Buda, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/850,380**

(22) Filed: **Sep. 10, 2015**

(65) **Prior Publication Data**

US 2016/0102933 A1     Apr. 14, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/049,323, filed on Sep. 11, 2014.

(51) **Int. Cl.**
*F41A 19/16* (2006.01)
*F41A 17/46* (2006.01)
*F41A 3/68* (2006.01)

(52) **U.S. Cl.**
CPC .................. *F41A 17/46* (2013.01); *F41A 3/68* (2013.01); *F41A 19/16* (2013.01)

(58) **Field of Classification Search**
CPC ........... F41A 19/06; F41A 19/10; F41A 19/24; F41A 19/32
USPC .......................................... 42/69.02; 89/136
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 571,260 A | 11/1896 | Borchardt | |
| 580,925 A | 4/1897 | Browning | |
| 3,657,959 A | 4/1972 | Kart | |
| 4,127,056 A | 11/1978 | Kart | |
| 4,253,377 A | 3/1981 | Arnett | |
| 4,455,777 A | 6/1984 | Callies | |
| 4,459,774 A | 7/1984 | Ferretti | |
| 4,539,889 A | 9/1985 | Glock | |
| 4,735,009 A | 4/1988 | Jett, Jr. | |
| 4,955,157 A | 9/1990 | Brighton et al. | |
| 5,036,612 A | 8/1991 | Jennings | |
| 7,398,723 B1 | 7/2008 | Blakley | |
| 8,448,366 B2 | 5/2013 | Faifer | |
| 8,701,326 B2 | 4/2014 | Zonshine | |
| 9,021,732 B2 * | 5/2015 | Johnson ................. F41A 19/09 42/69.01 |
| 2011/0289813 A1 | 12/2011 | Serandour | |
| 2014/0366418 A1 | 12/2014 | Stakes | |
| 2015/0184967 A1 | 7/2015 | Whittington | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 18774 | 0/1893 |

OTHER PUBLICATIONS

http://tacconusa.com/ Tac Con 3MR Trigger System.

* cited by examiner

*Primary Examiner* — Reginald Tillman, Jr.

(74) *Attorney, Agent, or Firm* — Timothy D. Bennett; Emerson Thomson Bennett

(57) **ABSTRACT**

A handheld finger activated semi-automatic arm may include a barrel, a trigger, a moveable gun bolt and a trigger reset mechanism. The trigger reset mechanism may use rigid mechanical contact between the trigger and the gun bolt during an earliest portion of the operating cycle. The trigger may be blocked from depression by the gun bolt up to 99% of the operating cycle.

**5 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

US 9,568,264 B2

**1**

**FLEX-FIRE TECHNOLOGY**

This application claims priority to U.S. Ser. No. 62/049,323, entitled FLEX-FIRE TECHNOLOGY, filed Sep. 11, 2014, which is incorporated herein by reference.

I. BACKGROUND

A. Field of the Invention

This invention is related to semi-automatic arms and more specifically is related to reciprocating gun bolt driven trigger and integrated safety mechanisms. This invention is primarily focused upon original product type integrated fire control systems of semi-automatic arms as opposed to any external attachments or auxiliary means. This invention is also primarily focused on striker fired semi-automatic arms as opposed to hammer fired semi-automatic arms.

B. Description of Related Art

In the art associated with modern trigger operated semi-automatic arms, it is desirable to secure rapid and repeated shot placement.

The concept of a semi-automatic arm includes a manually activated trigger that fires once per operating cycle. An operating cycle is comprised of two gun bolt strokes. Each operating cycle requires an independent depression and reset of the trigger.

Low Energy Trigger Reset

A popular finger manipulated trigger operating concept is commonly referred to as "trigger reset." This is the prevailing concept of conventional trigger operated semi-automatic arms. In this concept, a trigger is pulled to fire. After the trigger is pulled it must be released to a position of mechanical reset by spring tension before subsequent trigger operating cycles can be accomplished. A device functioning as a disconnector or an equivalent arrangement of devices is used to hold the striker/firing pin until the trigger is reset. In this case, the energy for trigger depression is supplied by the user and the energy for trigger reset is stored user energy via mechanical spring tension. In general practice, reset spring energy is relatively low in order to provide a light trigger pull.

Medium Energy Trigger Reset

A medium energy trigger reset type fire control system can develop more reset stroke energy than a low energy trigger reset system without necessarily increasing trigger pull weight. In a medium energy trigger reset system some fraction of energy transferred from a moving gun bolt is transmitted ultimately to a trigger. This energy increase of the trigger reset is taken from gun bolt operation energy, not trigger depression energy.

Trigger depression energy may be very low (indicating a light trigger pull) while having a relatively faster and/or stronger trigger reset event than otherwise possible. A characteristic of this system is that if one pulls a trigger forcefully enough it will not reset automatically because gun bolt energy is transmitted through a disconnector and then through the trigger that is separated by a spring of higher resistance than the usual trigger reset spring. If force on the trigger exceeds the resistance of this spring then the trigger will not reset but the disconnector will function regardless.

II. SUMMARY

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key factors or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter.

It is possible by the application of Flex-Fire Technology (FFT) to have a high energy trigger reset system. A high energy trigger reset system implies a trigger that is reset by direct mechanical reaction to a gun bolt without the necessity of a spring system limiting trigger reset energy. Such a system can easily have more trigger reset energy than a finger can apply within a broad range of practical concern. This can assure a more certain reset event under more diverse conditions than is otherwise possible, and also allows for further design flexibilities that were previously unobtainable. The FFT reset system is capable of maximized trigger reset energy and trigger spring weight is independent of trigger reset energy. FFT can provide the basic advantages of true high energy trigger reset technology within the context of a trigger operated semi-automatic arm suited for industry wide applications.

According to some embodiments of this invention, a handheld finger activated semi-automatic arm may comprise: a frame; a chamber face that is supported to the frame and that comprises a barrel; a trigger that is depressible to fire the arm once per operating cycle; a gun bolt that is movable rearward and forward with respect to the frame; and, a trigger reset mechanism comprising rigid mechanical contact between the trigger and the gun bolt during an earliest 50% of the operating cycle. The trigger may be blocked from depression by the rigid mechanical contact between the trigger and the gun bolt up to 99% of the operating cycle.

According to other embodiments of this invention, a handheld finger activated semi-automatic arm may comprise: a frame; a chamber face that is supported to the frame and that comprises a barrel; a trigger that is depressible to fire the arm once per operating cycle; and, a gun bolt that is movable with respect to the frame rearward away from the chamber concurrent with the trigger being positively mechanically reset. The trigger may be blocked from depression until up to 99% of the operating cycle.

According to still other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a safety lock that engages a sear surface on a disconnector to prevent trigger depression.

According to yet other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a striker having an integrated sear surface; a striker biasing member that biases the striker toward a forward position; a disconnector having: a first sear surface in contact with the striker sear surface; a second sear surface; and, a pivot that is rearward of the striker sear surface and forward of the disconnector second sear surface; and, a safety lock that is adjustable between: a locked condition which prevents the trigger from being depressed and an unlocked condition which permits the trigger to be depressed. The safety lock may contact the disconnector second sear surface when the safety lock is in the locked condition. The safety lock may be out of contact with the disconnector second sear surface when the safety lock is in the unlocked condition. The arm may be operable when the safety lock is in the unlocked condition by depressing the trigger to pivot the disconnector about the disconnector pivot, to move the first disconnector sear surface out of contact with the striker sear surface, to enable the striker biasing member to force the striker to fire the arm.

According to other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a striker having an integrated sear surface; and, a

US 9,568,264 B2

3

striker biasing member that biases the striker toward a forward position. When the gun bolt is moving forward, the striker compresses the striker biasing member.

According to still other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a striker having an integrated sear surface at a rearward end; and, a striker biasing member that is positioned above or beside the striker from a lengthwise perspective. The striker and striker biasing member may be charged only as the gun bolt moves forward toward the chamber face.

According to yet other embodiments of this invention, a handheld finger activated semi-automatic arm may comprise: a frame; a chamber face that is supported to the frame and that comprises a barrel; a striker having an integrated sear surface at a rearward end; a striker biasing member that is positioned above or beside the striker from a lengthwise perspective; a gun bolt that is movable rearward and forward with respect to the frame; and, a trigger that is depressible to fire the arm. The striker and striker biasing member may be charged only as the gun bolt moves forward toward the chamber face.

Numerous benefits and advantages of this invention will become apparent to those skilled in the art to which it pertains upon reading and understanding of the following detailed specification.

III. BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangement of parts, embodiments of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof and wherein:

FIG. 1 is a side view, in partial cutaway, showing an arm equipped with embodiments of the Flex-Fire Technology of this invention.

FIG. 2 shows portions of the arm of FIG. 1 separated for clarity.

FIG. 3 shows portions of an arm with components similar to those shown in FIG. 1 but with numerous components removed for clarity. The gun bolt is shown in the full frontward position and the trigger is shown in the non-depressed position.

IV. DETAILED DESCRIPTION

Referring now to the drawings wherein the showings are for purposes of illustrating embodiments of the invention only and not for purposes of limiting the same, and wherein like reference numerals are understood to refer to like components, following is a list of components according to some embodiments of this invention:

**1**: A frame (stationary part)
**2**: A gun bolt (reciprocating type)
**3**: A trigger
**4**: A disconnector (integrated safety sear type)
**5**: A safety lock
**6**: A safety transfer bar
**7**: A safety paddle (engagement device)
**8**: A buffer (elastic bushing type)
**9**: A striker (integrated sear type)
**10**: A striker biasing member which may be a spring (helical compression type)
**11**: A main recoil biasing member which may be a spring (helical compression type)
**12**: A chamber face (barrel and chamber assembly)

4

**13**: A magazine (standard box magazine—details omitted for clarity)
**14**: A disconnector biasing member which may be a spring (helical compression type)
**15**: A safety biasing member which may be a spring (helical compression type)
**16**: Sear surface of disconnector **4**
**17**: Pivot
**18**: Sear surface of striker **9**
**19**: Bottom surface of gun bolt **2**
**20**: Sear surface of disconnector **4**
**21**: Space between gun bolt **2** and trigger **3**
**22**: Top surface of trigger **3**

With reference now to FIGS. **1**, **2** and **3**, Flex-Fire Technology (FFT), is designed to fire common cartridge type ammunition (not shown) from within chamber **12**. The system is operated by hand and trigger **3** is finger activated by depressing trigger **3** in the rearward direction. In order to initiate an operational cycle from the loaded chamber **12**, safety paddle **7** may be depressed towards the chamber **12** by user energy. This depression moves safety transfer bar **6** against biasing member **15** and simultaneously pivots safety lock **5** towards the chamber **12** (clockwise). When the safety lock **5** is depressed to a given extent, it swings clear of sear surface **16** on the disconnector **4**. Once the disconnector **4** and trigger **3** are free to swing upwards (counterclockwise) the FFT is ready to fire a cartridge.

Depression of the trigger **3** by a user will now result in a cartridge being fired and an operational cycle to be completed to the extent of reloading chamber **12** from magazine **13** in preparation for a subsequent depression of the trigger **3**. Reloading details have been omitted for clarity.

Upon depression of the trigger **3**, the trigger **3** and the disconnector **4** will pivot upwards (counterclockwise) about pivot **17** farthest from the chamber **12**. Note in FIG. **3** the space **21** between the top of the trigger **3** and the bottom of the gun bolt **2** that provides room for this pivoting motion when the gun bolt **2** is positioned forward. The disconnector **4** acts against a disconnector biasing member **14** and is pulled downward at any point forward of the trigger pivot **17**. As the disconnector **4** breaks contact with sear surface **18** on striker **9**, striker **9** will react against striker biasing member **10** and fire a cartridge via stored kinetic energy.

Ultimately, as a cartridge is fired and a bullet is propelled away from the gun bolt **2**, subsequent recoil energy pushes the cartridge case away from the chamber **12**—pushing the gun bolt **2** rearwardly in the process. During this movement the cartridge case will travel at least its own original length while in direct contact with the gun bolt **2** and then it will be ejected in the usual manner, which has been omitted for clarity. The ejection function, including the compression of main recoil biasing member **11**, is performed in parallel with overall fire control group reset.

During the earliest rearward movement of the gun bolt **2**, the trigger **3** is forced to reset by interference contact with the gun bolt **2**. Specifically, in one embodiment shown in FIG. **3**, bottom surface **19** of the gun bolt **2** contacts upper surface **22** of the trigger **3** as the gun bolt **2** moves rearward. The gun bolt **2** may then hold down the trigger **3** throughout the remaining rearward movement. During this movement the disconnector **4** is elastically displaced (compressing disconnector biasing member **14**) as striker **9** passes over it. When the gun bolt **2** has reached its most rearward position, the trigger **3** is already reset and held in place by the gun bolt **2**.

As the gun bolt **2** begins to move frontward towards the chamber **12** under force from recoil biasing member **11**,

US 9,568,264 B2

5

disconnector **4** sear surface **20** will catch the sear surface **18** of the striker **9** and begin to react against a striker biasing member **10**. A new cartridge is simultaneously stripped from a magazine **13** and begins to be pushed by the gun bolt **2** towards the chamber **12**. When the gun bolt **2** arrives at its most forward position, a new cartridge will have been loaded in the chamber **12** and the trigger **3** will be clear of interference with the gun bolt **2**. This completes a single operating cycle of two strokes. One complete operating cycle is considered 100% of the operating cycle. Subsequent operating cycles can be initiated by subsequent depressions of the trigger **3**. Note that in some embodiments, such as shown in FIG. **3**, the trigger **3** is blocked from depression by the rigid mechanical contact between the trigger **3** and the gun bolt **2** up to 99% of the operating cycle. The precise percent of the operating cycle can be adjusted to other percentages by a person of skill in the art.

Elaborations

The striker **9** is energized as the gun bolt **2** returns to a most forward position effectively reducing secondary rebound from the chamber face **12**.

The trigger **3** may be positively mechanically reset approximately as early as the first 10% of the operating cycle. This may give the user the longest possible time to sense and/or react to the reset event without increasing the overall time between operating cycles.

Clearances between the interference of the trigger **3** and the gun bolt **2** may be adjusted to allow the trigger **3** to be depressed slightly before the most forward movement of the gun bolt **2**. In rapid fire operation, this allows for lower "running" trigger pull weight and concurrently shorter striker strokes. Earlier trigger **3** depression results in a shorter striker **9** stroke. The striker biasing member **10** compression is proportionate to the length of striker **9** stroke.

The safety system may automatically lock the trigger **3**, the disconnector **4** and the gun bolt **2** simultaneously with a single safety lock **5** upon release of the safety paddle **7** that reacts against safety biasing member **15**. The trigger **3** and the disconnector **4** are locked via hook function of the safety lock **5**.

When the safety lock **5** is in a locked position, a gun bolt **2** can be in interference with the safety lock **5** and therefore cannot be pulled rearward to cycle a gun bolt **2**. In this case, manual operation of the gun bolt **2** requires the safety paddle **7** to be depressed in order to unlock the gun bolt **2**.

Ramifications

Self-preservation is the ultimate common determinant of human demands and world history has most certainly indicated that the biggest threat to human beings is found within the same species. The need for more and more advantageous means to defend interest and project interest should be well understood by many people of all cultures familiar to international trade and influence. History also indicates that many, if not the majority of those human versus human threats are acted out at close range with various types of combat tools.

Pistols, carbines, and rifles are primary tools of survival within the scope of modern civilization. These tools are among the most desirable close range fighting tools and are totally indispensable within the context of a civilization of free persons. All free people demand an ability to control and apply the most effective means of self-defense possible.

Flex-Fire Technology is devised to provide a free people a practical means to more effectively defend or project interest at close ranges against other highly developed combat tools that may be applied against them.

6

This technology provides the potential of increasing both the rate of fire and the precision of fire at higher rates beyond the fundamental design capabilities of pre-existing semi-automatic arms.

Numerous embodiments have been described herein. It will be apparent to those skilled in the art that the above methods and apparatuses may incorporate changes and modifications without departing from the general scope of this invention. It is intended to include all such modifications and alterations in so far as they come within the scope of the appended claims or the equivalents thereof. Further, the "invention" as that term is used in this document is what is claimed in the claims of this document. The right to claim elements and/or sub-combinations that are disclosed herein as other inventions in other patent documents is hereby unconditionally reserved.

Having thus described the invention, it is now claimed:

**1**. A handheld finger activated semi-automatic arm comprising:

a frame;

a chamber face that is supported to the frame and that comprises a barrel;

a trigger that is depressible to fire the arm once per operating cycle;

a gun bolt that is movable rearward and forward with respect to the frame;

a trigger reset mechanism comprising rigid mechanical contact between the trigger and the gun bolt during an earliest 50% of the operating cycle; and,

wherein the trigger is blocked from depression by the rigid mechanical contact between the trigger and the gun bolt up to 99% of the operating cycle.

**2**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a safety lock that engages a sear surface on a disconnector to prevent trigger depression.

**3**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface;

a striker biasing member that biases the striker toward a forward position;

a disconnector having: a first sear surface in contact with the striker sear surface; a second sear surface; and, a pivot that is rearward of the striker sear surface and forward of the disconnector second sear surface;

a safety lock that is adjustable between: a locked condition which prevents the trigger from being depressed and an unlocked condition which permits the trigger to be depressed;

wherein the safety lock contacts the disconnector second sear surface when the safety lock is in the locked condition;

wherein the safety lock is out of contact with the disconnector second sear surface when the safety lock is in the unlocked condition; and,

wherein the arm is operable when the safety lock is in the unlocked condition by depressing the trigger to pivot the disconnector about the disconnector pivot, to move the first disconnector sear surface out of contact with the striker sear surface, to enable the striker biasing member to force the striker to fire the arm.

**4**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface;

a striker biasing member that biases the striker toward a forward position; and,

US 9,568,264 B2

7

8

wherein when the gun bolt is moving forward the striker compresses the striker biasing member.

**5**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface at a rearward end;

a striker biasing member that is positioned above or beside the striker from a lengthwise perspective; and,

wherein the striker and striker biasing member are charged only as the gun bolt moves forward toward the chamber face.

\* \* \* \* \*

US009816772B2

(12) **United States Patent**
Graves

(10) **Patent No.:** US 9,816,772 B2
(45) **Date of Patent:** Nov. 14, 2017

(54) **FLEX-FIRE TECHNOLOGY**

(71) Applicant: **Thomas Allen Graves**, Buda, TX (US)

(72) Inventor: **Thomas Allen Graves**, Buda, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/421,730**

(22) Filed: **Feb. 1, 2017**

(65) **Prior Publication Data**

US 2017/0138688 A1    May 18, 2017

**Related U.S. Application Data**

(62) Division of application No. 14/850,380, filed on Sep. 10, 2015, now Pat. No. 9,568,264.

(60) Provisional application No. 62/049,323, filed on Sep. 11, 2014.

(51) **Int. Cl.**
*F41A 19/10* (2006.01)
*F41A 17/46* (2006.01)
*F41A 3/68* (2006.01)

(52) **U.S. Cl.**
CPC .............. *F41A 19/10* (2013.01); *F41A 3/68* (2013.01); *F41A 17/46* (2013.01)

(58) **Field of Classification Search**
CPC .................................................... F41A 19/10
USPC ...................................................... 42/70.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 571,260 | A | 11/1896 | Borchardt |
| 580,925 | A | 4/1897 | Browning |
| 3,657,959 | A | 4/1972 | Kart |
| 4,127,056 | A | 11/1978 | Kart |
| 4,253,377 | A | 3/1981 | Arnett |
| 4,455,777 | A | 6/1984 | Callies |
| 4,459,774 | A | 7/1984 | Ferretti |
| 4,539,889 | A | 9/1985 | Glock |
| 4,735,009 | A | 4/1988 | Jett, Jr. |
| 4,955,157 | A | 9/1990 | Brighton et al. |
| 5,036,612 | A | 8/1991 | Jennings |
| 7,398,723 | B1 | 7/2008 | Blakley |
| 8,448,366 | B2 | 5/2013 | Faifer |
| 8,701,326 | B2 | 4/2014 | Zonshine |
| 9,021,732 | B2 | 5/2015 | Johnson |
| 2011/0289813 | A1 | 12/2011 | Serandour |
| 2014/0366418 | A1 | 12/2014 | Stakes |
| 2015/0184967 | A1 | 7/2015 | Whittington |

FOREIGN PATENT DOCUMENTS

GB             18774      0/1893

OTHER PUBLICATIONS

http://tacconusa.com/ Tac Con 3MR Trigger System.

*Primary Examiner* — Reginald Tillman, Jr.

(74) *Attorney, Agent, or Firm* — Timothy D. Bennett; Emerson Thomson Bennett

(57) **ABSTRACT**

A handheld finger activated semi-automatic arm may include a barrel, a trigger, a moveable gun bolt and a trigger reset mechanism. The trigger reset mechanism may use rigid mechanical contact between the trigger and the gun bolt during an earliest portion of the operating cycle. The trigger may be blocked from depression by the gun bolt up to 99% of the operating cycle.

**5 Claims, 3 Drawing Sheets**





FIG.1



FIG. 2



FIG. 3

US 9,816,772 B2

1

**FLEX-FIRE TECHNOLOGY**

This application is a divisional of U.S. Ser. No. 14/850,
380, entitled FLEX-FIRE TECHNOLOGY, filed Sep. 10,
2015, now U.S. Pat. No. 9,568,264, which claims priority to
U.S. Ser. No. 62/049,323, entitled FLEX-FIRE TECHNOL-
OGY, filed Sep. 11, 2014, both of which are incorporated
herein by reference.

I. BACKGROUND

A. Field of the Invention
This invention is related to semi-automatic arms and more
specifically is related to reciprocating gun bolt driven trigger
and integrated safety mechanisms. This invention is primar-
ily focused upon original product type integrated fire control
systems of semi-automatic arms as opposed to any external
attachments or auxiliary means. This invention is also pri-
marily focused on striker fired semi-automatic arms as
opposed to hammer fired semi-automatic arms.
B. Description of Related Art
In the art associated with modern trigger operated semi-
automatic arms, it is desirable to secure rapid and repeated
shot placement.
The concept of a semi-automatic arm includes a manually
activated trigger that fires once per operating cycle. An
operating cycle is comprised of two gun bolt strokes. Each
operating cycle requires an independent depression and reset
of the trigger.
Low Energy Trigger Reset
A popular finger manipulated trigger operating concept is
commonly referred to as "trigger reset." This is the prevail-
ing concept of conventional trigger operated semi-automatic
arms. In this concept, a trigger is pulled to fire. After the
trigger is pulled it must be released to a position of mechani-
cal reset by spring tension before subsequent trigger oper-
ating cycles can be accomplished. A device functioning as a
disconnector or an equivalent arrangement of devices is used
to hold the striker/firing pin until the trigger is reset. In this
case, the energy for trigger depression is supplied by the user
and the energy for trigger reset is stored user energy via
mechanical spring tension. In general practice, reset spring
energy is relatively low in order to provide a light trigger
pull.
Medium Energy Trigger Reset
A medium energy trigger reset type fire control system
can develop more reset stroke energy than a low energy
trigger reset system without necessarily increasing trigger
pull weight. In a medium energy trigger reset system some
fraction of energy transferred from a moving gun bolt is
transmitted ultimately to a trigger. This energy increase of
the trigger reset is taken from gun bolt operation energy, not
trigger depression energy.
Trigger depression energy may be very low (indicating a
light trigger pull) while having a relatively faster and/or
stronger trigger reset event than otherwise possible. A char-
acteristic of this system is that if one pulls a trigger force-
fully enough it will not reset automatically because gun bolt
energy is transmitted through a disconnector and then
through the trigger that is separated by a spring of higher
resistance than the usual trigger reset spring. If force on the
trigger exceeds the resistance of this spring then the trigger
will not reset but the disconnector will function regardless.

II. SUMMARY

This Summary is provided to introduce a selection of
concepts in a simplified form that are further described

2

below in the Detailed Description. This Summary is not
intended to identify key factors or essential features of the
claimed subject matter, nor is it intended to be used to limit
the scope of the claimed subject matter.
It is possible that the application of Flex-Fire Technology
(FFT) to have a high energy trigger reset system. A high
energy trigger reset system implies a trigger that is reset by
direct mechanical reaction to a gun bolt without the neces-
sity of a spring system limiting trigger reset energy. Such a
system can easily have more trigger reset energy than a
finger can apply within a broad range of practical concern.
This can assure a more certain reset event under more
diverse conditions than is otherwise possible, and also
allows for further design flexibilities that were previously
unobtainable. The FFT reset system is capable of maximized
trigger reset energy and trigger spring weight is independent
of trigger reset energy. FFT can provide the basic advantages
of true high energy trigger reset technology within the
context of a trigger operated semi-automatic arm suited for
industry wide applications.
According to some embodiments of this invention, a
handheld finger activated semi-automatic arm may com-
prise: a frame; a chamber face that is supported to the frame
and that comprises a barrel; a trigger that is depressible to
fire the arm once per operating cycle; a gun bolt that is
movable rearward and forward with respect to the frame;
and, a trigger reset mechanism comprising rigid mechanical
contact between the trigger and the gun bolt during an
earliest 50% of the operating cycle. The trigger may be
blocked from depression by the rigid mechanical contact
between the trigger and the gun bolt up to 99% of the
operating cycle.
According to other embodiments of this invention, a
handheld finger activated semi-automatic arm may com-
prise: a frame; a chamber face that is supported to the frame
and that comprises a barrel; a trigger that is depressible to
fire the arm once per operating cycle; and, a gun bolt that is
movable with respect to the frame rearward away from the
chamber concurrent with the trigger being positively
mechanically reset. The trigger may be blocked from depres-
sion until up to 99% of the operating cycle.
According to still other embodiments of this invention, a
handheld finger activated semi-automatic arm may also
comprise: a safety lock that engages a sear surface on a
disconnector to prevent trigger depression.
According to yet other embodiments of this invention, a
handheld finger activated semi-automatic arm may also
comprise: a striker having an integrated sear surface; a
striker biasing member that biases the striker toward a
forward position; a disconnector having: a first sear surface
in contact with the striker sear surface; a second sear surface;
and, a pivot that is rearward of the striker sear surface and
forward of the disconnector second sear surface; and, a
safety lock that is adjustable between: a locked condition
which prevents the trigger from being depressed and an
unlocked condition which permits the trigger to be
depressed. The safety lock may contact the disconnector
second sear surface when the safety lock is in the locked
condition. The safety lock may be out of contact with the
disconnector second sear surface when the safety lock is in
the unlocked condition. The arm may be operable when the
safety lock is in the unlocked condition by depressing the
trigger to pivot the disconnector about the disconnector
pivot, to move the first disconnector sear surface out of
contact with the striker sear surface, to enable the striker
biasing member to force the striker to fire the arm.

US 9,816,772 B2

3

According to other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a striker having an integrated sear surface; and, a striker biasing member that biases the striker toward a forward position. When the gun bolt is moving forward, the striker compresses the striker biasing member.

According to still other embodiments of this invention, a handheld finger activated semi-automatic arm may also comprise: a striker having an integrated sear surface at a rearward end; and, a striker biasing member that is positioned above or beside the striker from a lengthwise perspective. The striker and striker biasing member may be charged only as the gun bolt moves forward toward the chamber face.

According to yet other embodiments of this invention, a handheld finger activated semi-automatic arm may comprise: a frame; a chamber face that is supported to the frame and that comprises a barrel; a striker having an integrated sear surface at a rearward end; a striker biasing member that is positioned above or beside the striker from a lengthwise perspective; a gun bolt that is movable rearward and forward with respect to the frame; and, a trigger that is depressible to fire the arm. The striker and striker biasing member may be charged only as the gun bolt moves forward toward the chamber face.

Numerous benefits and advantages of this invention will become apparent to those skilled in the art to which it pertains upon reading and understanding of the following detailed specification.

III. BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangement of parts, embodiments of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof and wherein:

FIG. 1 is a side view, in partial cutaway, showing an arm equipped with embodiments of the Flex-Fire Technology of this invention.

FIG. 2 shows portions of the arm of FIG. 1 separated for clarity.

FIG. 3 shows portions of an arm with components similar to those shown in FIG. 1 but with numerous components removed for clarity. The gun bolt is shown in the full frontward position and the trigger is shown in the non-depressed position.

IV. DETAILED DESCRIPTION

Referring now to the drawings wherein the showings are for purposes of illustrating embodiments of the invention only and not for purposes of limiting the same, and wherein like reference numerals are understood to refer to like components, following is a list of components according to some embodiments of this invention:

**1**: A frame (stationary part)
**2**: A gun bolt (reciprocating type)
**3**: A trigger
**4**: A disconnector (integrated safety sear type)
**5**: A safety lock
**6**: A safety transfer bar
**7**: A safety paddle (engagement device)
**8**: A buffer (elastic bushing type)
**9**: A striker (integrated sear type)
**10**: A striker biasing member which may be a spring (helical compression type)

4

**11**: A main recoil biasing member which may be a spring (helical compression type)
**12**: A chamber face (barrel and chamber assembly)
**13**: A magazine (standard box magazine—details omitted for clarity)
**14**: A disconnector biasing member which may be a spring (helical compression type)
**15**: A safety biasing member which may be a spring (helical compression type)
**16**: Sear surface of disconnector **4**
**17**: Pivot
**18**: Sear surface of striker **9**
**19**: Bottom surface of gun bolt **2**
**20**: Sear surface of disconnector **4**
**21**: Space between gun bolt **2** and trigger **3**
**22**: Top surface of trigger **3**

With reference now to FIGS. **1**, **2** and **3**, Flex-Fire Technology (FFT), is designed to fire common cartridge type ammunition (not shown) from within chamber **12**. The system is operated by hand and trigger **3** is finger activated by depressing trigger **3** in the rearward direction. In order to initiate an operational cycle from the loaded chamber **12**, safety paddle **7** may be depressed towards the chamber **12** by user energy. This depression moves safety transfer bar **6** against biasing member **15** and simultaneously pivots safety lock **5** towards the chamber **12** (clockwise). When the safety lock **5** is depressed to a given extent, it swings clear of sear surface **16** on the disconnector **4**. Once the disconnector **4** and trigger **3** are free to swing upwards (counterclockwise) the FFT is ready to fire a cartridge.

Depression of the trigger **3** by a user will now result in a cartridge being fired and an operational cycle to be completed to the extent of reloading chamber **12** from magazine **13** in preparation for a subsequent depression of the trigger **3**. Reloading details have been omitted for clarity.

Upon depression of the trigger **3**, the trigger **3** and the disconnector **4** will pivot upwards (counterclockwise) about pivot **17** farthest from the chamber **12**. Note in FIG. **3** the space **21** between the top of the trigger **3** and the bottom of the gun bolt **2** that provides room for this pivoting motion when the gun bolt **2** is positioned forward. The disconnector **4** acts against a disconnector biasing member **14** and is pulled downward at any point forward of the trigger pivot **17**. As the disconnector **4** breaks contact with sear surface **18** on striker **9**, striker **9** will react against striker biasing member **10** and fire a cartridge via stored kinetic energy.

Ultimately, as a cartridge is fired and a bullet is propelled away from the gun bolt **2**, subsequent recoil energy pushes the cartridge case away from the chamber **12**—pushing the gun bolt **2** rearward in the process. During this movement the cartridge case will travel at least its own original length while in direct contact with the gun bolt **2** and then it will be ejected in the usual manner, which has been omitted for clarity. The ejection function, including the compression of main recoil biasing member **11**, is performed in parallel with overall fire control group reset.

During the earliest rearward movement of the gun bolt **2**, the trigger **3** is forced to reset by interference contact with the gun bolt **2**. Specifically, in one embodiment shown in FIG. **3**, bottom surface **19** of the gun bolt **2** contacts upper surface **22** of the trigger **3** as the gun bolt **2** moves rearward. The gun bolt **2** may then hold down the trigger **3** throughout the remaining rearward movement. During this movement the disconnector **4** is elastically displaced (compressing disconnector biasing member **14**) as striker **9** passes over it.

US 9,816,772 B2

5

When the gun bolt **2** has reached its most rearward position, the trigger **3** is already reset and held in place by the gun bolt **2**.

As the gun bolt **2** begins to move frontward towards the chamber **12** under force from recoil biasing member **11**, disconnector **4** sear surface **20** will catch the sear surface **18** of the striker **9** and begin to react against a striker biasing member **10**. A new cartridge is simultaneously stripped from a magazine **13** and begins to be pushed by the gun bolt **2** towards the chamber **12**. When the gun bolt **2** arrives at its most forward position, a new cartridge will have been loaded in the chamber **12** and the trigger **3** will be clear of interference with the gun bolt **2**. This completes a single operating cycle of two strokes. One complete operating cycle is considered 100% of the operating cycle. Subsequent operating cycles can be initiated by subsequent depressions of the trigger **3**. Note that in some embodiments, such as shown in FIG. **3**, the trigger **3** is blocked from depression by the rigid mechanical contact between the trigger **3** and the gun bolt **2** up to 99% of the operating cycle. The precise percent of the operating cycle can be adjusted to other percentages by a person of skill in the art.

Elaborations

The striker **9** is energized as the gun bolt **2** returns to a most forward position effectively reducing secondary rebound from the chamber face **12**.

The trigger **3** may be positively mechanically reset approximately as early as the first 10% of the operating cycle. This may give the user the longest possible time to sense and/or react to the reset event without increasing the overall time between operating cycles.

Clearances between the interference of the trigger **3** and the gun bolt **2** may be adjusted to allow the trigger **3** to be depressed slightly before the most forward movement of the gun bolt **2**. In rapid fire operation, this allows for lower "running" trigger pull weight and concurrently shorter striker strokes. Earlier trigger **3** depression results in a shorter striker **9** stroke. The striker biasing member **10** compression is proportionate to the length of striker **9** stroke.

The safety system may automatically lock the trigger **3**, the disconnector **4** and the gun bolt **2** simultaneously with a single safety lock **5** upon release of the safety paddle **7** that reacts against safety biasing member **15**. The trigger **3** and the disconnector **4** are locked via hook function of the safety lock **5**.

When the safety lock **5** is in a locked position, a gun bolt **2** can be in interference with the safety lock **5** and therefore cannot be pulled rearward to cycle a gun bolt **2**. In this case, manual operation of the gun bolt **2** requires the safety paddle **7** to be depressed in order to unlock the gun bolt **2**.

Ramifications

Self-preservation is the ultimate common determinant of human demands and world history has most certainly indicated that the biggest threat to human beings is found within the same species. The need for more and more advantageous means to defend interest and project interest should be well understood by many people of all cultures familiar to international trade and influence. History also indicates that many, if not the majority of those human versus human threats are acted out at close range with various types of combat tools.

Pistols, carbines, and rifles are primary tools of survival within the scope of modern civilization. These tools are among the most desirable close range fighting tools and are totally indispensable within the context of a civilization of free persons. All free people demand an ability to control and apply the most effective means of self-defense possible.

6

Flex-Fire Technology is devised to provide a free people a practical means to more effectively defend or project interest at close ranges against other highly developed combat tools that may be applied against them.

This technology provides the potential of increasing both the rate of fire and the precision of fire at higher rates beyond the fundamental design capabilities of pre-existing semi-automatic arms.

Numerous embodiments have been described herein. It will be apparent to those skilled in the art that the above methods and apparatuses may incorporate changes and modifications without departing from the general scope of this invention. It is intended to include all such modifications and alterations in so far as they come within the scope of the appended claims or the equivalents thereof. Further, the "invention" as that term is used in this document is what is claimed in the claims of this document. The right to claim elements and/or sub-combinations that are disclosed herein as other inventions in other patent documents is hereby unconditionally reserved.

I claim:

**1**. A handheld finger activated semi-automatic arm comprising:

a frame;

a chamber face that is supported to the frame and that comprises a barrel;

a trigger that is depressible to fire the arm once per operating cycle;

a gun bolt that is movable with respect to the frame rearward away from the chamber concurrent with the trigger being positively mechanically reset; and,

wherein the trigger is blocked from depression until up to 99% of the operating cycle.

**2**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a safety lock that engages a sear surface on a disconnector to prevent trigger depression.

**3**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface;

a striker biasing member that biases the striker toward a forward position;

a disconnector having: a first sear surface in contact with the striker sear surface; a second sear surface; and, a pivot that is rearward of the striker sear surface and forward of the disconnector second sear surface;

a safety lock that is adjustable between: a locked condition which prevents the trigger from being depressed and an unlocked condition which permits the trigger to be depressed;

wherein the safety lock contacts the disconnector second sear surface when the safety lock is in the locked condition;

wherein the safety lock is out of contact with the disconnector second sear surface when the safety lock is in the unlocked condition; and,

wherein the arm is operable when the safety lock is in the unlocked condition by depressing the trigger to pivot the disconnector about the disconnector pivot, to move the first disconnector sear surface out of contact with the striker sear surface, to enable the striker biasing member to force the striker to fire the arm.

**4**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface;

a striker biasing member that biases the striker toward a forward position; and,

US 9,816,772 B2

7

wherein when the gun bolt is moving forward the striker compresses the striker biasing member.

**5**. The handheld finger activated semi-automatic arm of claim **1** further comprising:

a striker having an integrated sear surface at a rearward end;

a striker biasing member that is positioned above or beside the striker from a lengthwise perspective; and,

wherein the striker and striker biasing member are charged only as the gun bolt moves forward toward the chamber face.

\* \* \* \* \*

US009939221B2

(12) **United States Patent**
Graves

(10) Patent No.: **US 9,939,221 B2**
(45) Date of Patent: **Apr. 10, 2018**

(54) **FLEX-FIRE G2 TECHNOLOGY**

(71) Applicant: **Thomas Allen Graves**, Buda, TX (US)

(72) Inventor: **Thomas Allen Graves**, Buda, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/811,212**

(22) Filed: **Nov. 13, 2017**

(65) **Prior Publication Data**

US 2018/0066911 A1     Mar. 8, 2018

**Related U.S. Application Data**

(60) Continuation-in-part of application No. 15/421,730, filed on Feb. 1, 2017, now Pat. No. 9,816,772, which is a division of application No. 14/850,380, filed on Sep. 10, 2015, now Pat. No. 9,568,264.

(60) Provisional application No. 62/049,323, filed on Sep. 11, 2014.

(51) **Int. Cl.**
  *F41A 19/16*     (2006.01)
  *F41A 17/46*     (2006.01)
  *F41A 3/68*     (2006.01)

(52) **U.S. Cl.**
  CPC ................ *F41A 17/46* (2013.01); *F41A 3/68* (2013.01); *F41A 19/16* (2013.01)

(58) **Field of Classification Search**
  CPC .......... F41A 19/10; F41A 19/16; F41A 19/17; F41A 19/24
  USPC ............................................ 42/69.01, 69.02
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 571,260 A | 11/1896 | Borchardt | |
| 580,925 A | 4/1897 | Browning | |
| 2,618,878 A | * 11/1952 | Mulno | F41A 3/68 42/16 |
| 3,631,620 A | * 1/1972 | Ohira | F41A 3/22 42/16 |
| 3,657,959 A | 4/1972 | Kart | |
| 4,127,056 A | 11/1978 | Kart | |
| 4,253,377 A | 3/1981 | Arnett | |
| 4,455,777 A | 6/1984 | Callies | |
| 4,459,774 A | 7/1984 | Ferretti | |
| 4,539,889 A | 9/1985 | Glock | |
| 4,735,009 A | 4/1988 | Jett, Jr. | |
| 4,955,157 A | 9/1990 | Brighton et al. | |
| 5,036,612 A | 8/1991 | Jennings | |
| 7,398,723 B1 | 7/2008 | Blakley | |
| 8,448,366 B2 | 5/2013 | Faifer | |
| 8,701,326 B2 | 4/2014 | Zonshine | |
| 9,021,732 B2 | 5/2015 | Johnson | |
| 2011/0289813 A1 | 12/2011 | Serandour | |
| 2014/0366418 A1 | 12/2014 | Stakes | |
| 2015/0184967 A1 | 7/2015 | Whittington | |
| 2017/0089654 A1 | * 3/2017 | Findlay | F41A 3/66 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 18774 | 11/1893 |

OTHER PUBLICATIONS

http://tacconusa.com/ Tac Con 3MR Trigger System.

* cited by examiner

*Primary Examiner* — Reginald Tillman, Jr.

(74) *Attorney, Agent, or Firm* — Timothy D. Bennett; Emerson Thomson Bennett

(57)     **ABSTRACT**

A trigger activated arm may use engagement of an integrated gun bolt cam with an integrated trigger cam to reposition the trigger as the gun bolt reciprocates. The gun bolt trigger engagement may be used to reset the trigger.

**20 Claims, 5 Drawing Sheets**



ATF0134



FIG.1



FIG. 2



FIG. 3





FIG. 6

US 9,939,221 B2

| 1 | 2 |

# FLEX-FIRE G2 TECHNOLOGY

This application is a Continuation-in-Part of U.S. Pat. No. 9,816,772 entitled FLEX-FIRE TECHNOLOGY, which is a divisional of U.S. Pat. No. 9,568,264 entitled FLEX-FIRE TECHNOLOGY, which claims priority to provisional patent application U.S. Ser. No. 62/049,323, entitled FLEX-FIRE TECHNOLOGY, all of which are incorporated herein by reference.

## I. BACKGROUND

A. Field of the Invention

My present subject is high energy trigger reset methods and apparatus that include hammer fired, gun bolt driven automatic trigger reset technology that is herein referred to as FLEX-FIRE G2 TECHNOLOGY. The following is a specification of my invention, including attached drawings. This specification is intended to be understood by a person skilled in the mechanical arts inclusive of modern semi-automatic arms.

B. Description of Related Art

In the art of trigger activated small arms it may be increasingly desirable to be capable of more rapidly repeatable, and more accurate shot placement, or in any way to decrease repeatable operating cycle duration within mechanical practicality.

The concept of a semi-automatic arm includes a manually activated trigger that fires once per operating cycle. In the case of a small arm with a reciprocating gun bolt an operating cycle is comprised of two strokes of the gun bolt. One stroke is rearward, one stroke is forward. Each operating cycle requires an independent depression of the trigger to initiate, and also requires a reset of the trigger per operating cycle to initiate a subsequent operating cycle.

In my technical writing that is dated Sep. 11, 2014, with revisions thereof ultimately entitled FLEX-FIRE TECHNOLOGY of U.S. Pat. No. 9,568,264, I've introduced a gun bolt driven direct mechanical reset of a trigger. This technology accomplishes digital precision of trigger reset function at any given gun bolt reciprocation rate, and therefore has provided a fundamental basis for futuristic high-speed semi-automatic fire control/operating systems.

Flex-Fire technology proper, in this context, is a technical term referring to high energy trigger reset technology. Basically, this implies that a trigger depression followed by a high energy automatic trigger reset, are accomplished per unit firing cycle. The use of "high" energy in the descriptor is given to indicate a trigger reset force that exceeds the typical force of manual activation, and therefore could be considered a positive displacement trigger reset.

Trigger activated semi-automatic arms that utilize technological claims of U.S. Pat. No. 9,568,264 include a high energy trigger reset method and apparatus having a striker type ignition system.

## II. SUMMARY

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key factors or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter.

According to some embodiments of this invention, a trigger activated arm may include a frame; a barrel that is supported to the frame; a trigger that has an integrated cam surface and is depressible to fire the arm; and, a gun bolt that has an integrated cam surface and reciprocates with respect to the frame. As the gun bolt reciprocates, the gun bolt integrated cam surface may engage the trigger integrated cam surface to reposition the trigger.

According to other embodiments of this invention, a method may include the steps of: (A) providing a trigger activated arm having a frame; a barrel that is supported to the frame; a trigger that has an integrated cam surface and is depressible to fire the arm; and, a gun bolt that has an integrated cam surface and reciprocates with respect to the frame; and, (B) providing the trigger activated arm to be operable to reposition the trigger as the gun bolt reciprocates and the gun bolt integrated cam surface engages the trigger integrated cam surface.

According to other embodiments of this invention, a trigger reset mechanism may use an integrated cam surface on a gun bolt that engages an integrated cam surface on a trigger to reset the trigger into a pre-depressed position as the gun bolt reciprocates.

According to still other embodiments of this invention, mechanical contact between a trigger and a gun bolt may prevent depression of a trigger during any part of the operating cycle except when in battery or within 15% of forward gun bolt stroke.

According to other embodiments of this invention, mechanical contact between a trigger and a gun bolt may prevent depression of a trigger during any part of the operating cycle except when in battery or within 10% of forward gun bolt stroke.

According to still other embodiments of this invention, mechanical contact between a trigger and a gun bolt may prevent depression of a trigger during any part of the operating cycle except when in battery or within 5% of forward gun bolt stroke.

Numerous benefits and advantages of this invention will become apparent to those skilled in the art to which it pertains upon reading and understanding of the following detailed specification.

## III. BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangement of parts, embodiments of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof and wherein:

FIG. 1 is a side view, in partial cutaway, showing an arm equipped with embodiments of the Flex-Fire Technology of this invention.

FIG. 2 shows portions of the arm of FIG. 1 separated for clarity.

FIG. 3 shows portions of an arm with components similar to those shown in FIG. 1 but with numerous components removed for clarity. The gun bolt is shown in the full frontward position and the trigger is shown in the non-depressed position.

FIG. 4 is a side view, in partial cutaway, showing portions of an arm equipped with embodiments of the Flex-Fire G2 Technology of this invention with the hammer in an uncocked position.

FIG. 5 is a view similar to that shown in FIG. 4 but with the hammer in a cocked position.

FIG. 6 is a top view of the arm shown in FIG. 4.

## IV. DETAILED DESCRIPTION

Referring now to the drawings wherein the showings are for purposes of illustrating embodiments of the invention

US 9,939,221 B2

3

only and not for purposes of limiting the same, and wherein like reference numerals are understood to refer to like components, following is a list of components according to some embodiments of this invention:

**1**: A frame (stationary part)
**2**: A gun bolt (reciprocating type)
**3**: A trigger
**4**: A disconnector (integrated safety sear type)
**5**: A safety lock
**6**: A safety transfer bar
**7**: A safety paddle (engagement device)
**8**: A buffer (elastic bushing type)
**9**: A striker (integrated sear type)
**10**: A striker biasing member which may be a spring (helical compression type)
**11**: A main recoil biasing member which may be a spring (helical compression type)
**12**: A chamber face (barrel and chamber assembly)
**13**: A magazine (standard box magazine—details omitted for clarity)
**14**: A disconnector biasing member which may be a spring (helical compression type)
**15**: A safety biasing member which may be a spring (helical compression type)
**16**: Sear surface of trigger **3**
**17**: Pivot
**18**: Sear surface of striker **9**
**19**: Bottom surface of gun bolt **2**
**20**: Sear surface of disconnector **4**
**21**: Space between gun bolt **2** and trigger **3**
**22**: Top surface of trigger **3**

With reference now to FIGS. **1**, **2** and **3**, Flex-Fire Technology (FFT), is designed to fire common cartridge type ammunition (not shown) from within chamber **12**. The system is operated by hand and trigger **3** is finger activated by depressing trigger **3** in the rearward direction. In order to initiate an operational cycle from the loaded chamber **12**, safety paddle **7** may be depressed towards the chamber **12** by user energy. This depression moves safety transfer bar **6** against biasing member **15** and simultaneously pivots safety lock **5** towards the chamber **12** (clockwise). When the safety lock **5** is depressed to a given extent, it swings clear of sear surface **16** on the trigger **3**. Once the trigger **3** and disconnector **4** are free to swing upwards (counterclockwise) around pivot **17**, the FFT is ready to fire a cartridge.

Depression of the trigger **3** by a user will now result in a cartridge being fired and an operational cycle to be completed to the extent of reloading chamber **12** from magazine **13** in preparation for a subsequent depression of the trigger **3**. Reloading details have been omitted for clarity.

Upon depression of the trigger **3**, the trigger **3** and the disconnector **4** will pivot upwards (counterclockwise) about pivot **17** farthest from the chamber **12**. Note in FIG. **3** the space **21** between the top of the trigger **3** and the bottom of the gun bolt **2** that provides room for this pivoting motion when the gun bolt **2** is positioned forward. The disconnector **4** acts against a disconnector biasing member **14** and is pulled downward at any point forward of the trigger pivot **17**. As the disconnector **4** breaks contact with sear surface **18** on striker **9**, striker **9** will react against striker biasing member **10** and fire a cartridge via stored kinetic energy.

Ultimately, as a cartridge is fired and a bullet is propelled away from the gun bolt **2**, subsequent recoil energy pushes the cartridge case away from the chamber **12**—pushing the gun bolt **2** rearwardly in the process. During this movement the cartridge case will travel at least its own original length while in direct contact with the gun bolt **2** and then it will be

4

ejected in the usual manner, which has been omitted for clarity. The ejection function, including the compression of main recoil biasing member **11**, is performed in parallel with overall fire control group reset.

During the earliest rearward movement of the gun bolt **2**, the trigger **3** is forced to reset by interference contact with the gun bolt **2**. Specifically, in one embodiment shown in FIG. **3**, bottom surface **19** of the gun bolt **2** contacts upper surface **22** of the trigger **3** as the gun bolt **2** moves rearward. The gun bolt **2** may then hold down the trigger **3** throughout the remaining rearward movement. During this movement the disconnector **4** is elastically displaced (compressing disconnector biasing member **14**) as striker **9** passes over it. When the gun bolt **2** has reached its most rearward position, the trigger **3** is already reset and held in place by the gun bolt **2**.

As the gun bolt **2** begins to move frontward towards the chamber **12** under force from recoil biasing member **11**, disconnector **4** sear surface **20** will catch the sear surface **18** of the striker **9** and begin to react against a striker biasing member **10**. A new cartridge is simultaneously stripped from a magazine **13** and begins to be pushed by the gun bolt **2** towards the chamber **12**. When the gun bolt **2** arrives at its most forward position, a new cartridge will have been loaded in the chamber **12** and the trigger **3** will be clear of interference with the gun bolt **2**. This completes a single operating cycle of two strokes. One complete operating cycle is considered 100% of the operating cycle. Subsequent operating cycles can be initiated by subsequent depressions of the trigger **3**. Note that in some embodiments, such as shown in FIG. **3**, the trigger **3** is blocked from depression by the rigid mechanical contact between the trigger **3** and the gun bolt **2** up to 99% of the operating cycle. The precise percent of the operating cycle can be adjusted to other percentages by a person of skill in the art.

Elaborations Concerning Flex-Fire Technology

The striker **9** is energized as the gun bolt **2** returns to a most forward position effectively reducing secondary rebound from the chamber face **12**.

The trigger **3** may be positively mechanically reset approximately as early as the first 10% of the operating cycle. This may give the user the longest possible time to sense and/or react to the reset event without increasing the overall time between operating cycles.

Clearances between the interference of the trigger **3** and the gun bolt **2** may be adjusted to allow the trigger **3** to be depressed slightly before the most forward movement of the gun bolt **2**. In rapid fire operation, this allows for lower "running" trigger pull weight and concurrently shorter striker strokes. Earlier trigger **3** depression results in a shorter striker **9** stroke. The striker biasing member **10** compression is proportionate to the length of striker **9** stroke.

The safety system may automatically lock the trigger **3** and the disconnector **4** simultaneously with a single safety lock **5** upon the rearward release of the safety paddle **7** that reacts against safety biasing member **15**. The trigger **3** is locked from depression via hook function of the safety lock **5** applied against the sear surface **16**.

Ramifications Concerning Flex-Fire Technology

Self-preservation is the ultimate common determinant of human demands and world history has most certainly indicated that the biggest threat to human beings is found within the same species. The need for more and more advantageous means to defend interest and project interest should be well understood by many people of all cultures familiar to international trade and influence. History also indicates that

US 9,939,221 B2

5

many, if not the majority of those human versus human threats are acted out at close range with various types of combat tools.

Pistols, carbines, and rifles are primary tools of survival within the scope of modern civilization. These tools are among the most desirable close range fighting tools and are totally indispensable within the context of a civilization of free persons. All free people demand an ability to control and apply the most effective means of self-defense possible.

Flex-Fire Technology is devised to provide a free people a practical means to more effectively defend or project interest at close ranges against other highly developed combat tools that may be applied against them.

This technology provides the potential of increasing both the rate of fire and the precision of fire at higher rates beyond the fundamental design capabilities of pre-existing semi-automatic arms.

With reference now to FIGS. 4, 5 and 6, a method of high energy trigger reset that features a depressable trigger in battery, or in firing position, and that also includes a gun bolt driven mechanical reset of a hammer type ignition system may be realized within my Flex-Fire G2 Technology.

My invention becomes embodied within a basic mechanical arrangement of both stationary and moving parts similar to those within known practice. Following is a list of components according to some embodiments of this invention:

**100:** gun bolt
**200:** firing pin
**300:** hammer
**400:** trigger
**500:** disconnector
**600:** cylinder type spring assembly
**700:** spring
**800:** spring
**900:** hammer/hammer spring pivot
**101:** spring
**110:** gun bolt notch/ramp; gun bolt integrated cam surface
**120:** trigger ramp; trigger integrated cam surface
**130:** hammer sear surface
**140:** disconnector sear surface/notch
**150:** hammer re-cocking ramp
**160:** spring
**170:** pivot(s)

Referring now to FIGS. 4-6, my invention is an overall methodology that consists of manually or remotely depressing a trigger 400 towards the rear that will cause an ignition within the chamber/barrel that is not shown for the sake of simplicity but may be similar to that shown in FIG. 1. According to some embodiments, at any given point of an operational cycle concurrent to, or after ignition, the trigger 400 may be repositioned when the gun bolt's integrated cam surface 110 engages the trigger's integrated cam surface 120. According to other embodiments, at any given point of an operational cycle concurrent to, or after ignition, the trigger 400 may be caused to nearly so, or to fully accomplish a high energy reset to the forward/pre-depressed position, and may become depress-able again at or near the moment that a subsequent ignition event is possible within the chamber/barrel assembly that is not shown for the sake of simplicity. Specifically, the trigger reset mechanism in some embodiments may prevent depression of the trigger during any part of the operating cycle except when in battery or within 15% of the forward bolt stroke. This would give more than 0.250 inch of ignition lead to a 2 inch stroke gun bolt system, which is predictably nominal for certain applications. In other embodiments, the trigger reset mechanism

6

may prevent depression of the trigger during any part of the operating cycle except when in battery or within 10% of the forward bolt stroke. In yet other embodiments, the trigger reset mechanism may prevent depression of the trigger during any part of the operating cycle except when in battery or within 5% of the forward bolt stroke. The specific percentage will depend on the particular application as understood by a person of skill in the art.

Another variation of my invention utilizes a hammer type ignition system that includes a high energy reset function that is realized by depressing a trigger 400 rearward against its own spring 700 pressure to cause a disconnector 500 to be pushed rearward against its own spring 800 pressure, releasing the contact between a hammer sear surface 130 and a disconnector sear surface/notch 140, resulting in a hammer 300 being held against its own spring 600 pressure, to release upward and forward rotationally (counterclockwise as shown) around a pivot 170 while retained by spring 900, from the position shown in FIG. 5 to the position shown in FIG. 4, resulting in a forcible strike against the rear of a firing pin 200. The use of "high" energy is provided to indicate a force that exceeds the typical force of manual activation, and therefore could be considered a positive displacement trigger reset. Striking the firing pin 200 against its own spring 160 pressure drives the firing pin 200 forward, causing an ignition within the chamber/barrel that is not shown for the sake of simplicity but may be similar to that shown in FIG. 1. At this point the integrated trigger cam surface 120 is not engaged with the integrated gun bolt cam surface 110.

The hammer 300 striking the firing pin 200 will fire a primer of a cartridge within a chamber/barrel that is not shown for the sake of simplicity but may be similar to that shown in FIG. 1. Upon firing, the gun bolt 100 will be driven by recoil rearward against its own spring pressure 101. As the gun bolt 100 is moved rearward by the force of recoil, the integrated trigger cam surface 120 will engage with the integrated gun bolt cam surface 110. This engagement (or interference) will act as a cam action causing the trigger 400 to reposition. In some embodiments, this engagement will automatically reset the trigger to the pre-depressed position. Following this, the hammer 300 will then be re-cocked by the hammer re-cocking ramp 150 (a form which may be integrated into the design of the gun bolt 100) as the gun bolt 100 continues to move rearward. Upon completion of a rearward bolt stroke, the gun bolt 100 direction reverses and a forward stroke of the gun bolt 100 is driven with its own spring pressure 101. As the forward motion moves the gun bolt into battery, or firing position, the integrated trigger cam surface 120 and integrated gun bolt cam surface 110 are freed from engagement/interference, and the trigger 400 may be pulled again to initiate a subsequent operating cycle. This operating cycle may be repeated indefinitely. The trigger 400 may be reset within the first few percent of rearward gun bolt stroke, but may be locked and incapable of being pulled again until the last few percent of the forward bolt stroke within each independent operating cycle.

In this particular arrangement, with the trigger 400 being automatically reset during initial rearward reaction to the mass of a projectile moving forward, the operator perception of mechanical motion is effectively minimized. When that factor is combined with the trigger 400 being locked until the last 15% or less of forward gun bolt travel, the result may be maximized recovery or finger dwell duration, between operating cycles, that may allow for maximized controllability, comfort, and dependability.

US 9,939,221 B2

7

Elaborations concerning Flex-Fire 2 Technology

It will become obvious with comprehensive consideration that my invention's basic methodology of positive displacement/high energy trigger reset per unit operating cycle combined with unlocking a trigger at or near being in battery can be accomplished in numerous variations by practical mechanisms. Mechanical contact between the trigger and the gun bolt may be used to prevent depression of the trigger until such depression is desired.

This invention provides an effective, and technologically advantageous means capable of exceeding many features, and capabilities of existing fire control/operating system methodologies whether they are low energy trigger reset, medium energy trigger reset, select-fire, binary trigger, bump-fire, slide-fire, or full-auto only type technologies. I do not limit my invention's applications to any particular ammunition cycling mechanisms, whether hammer fired apparatus, or striker fired apparatus, or otherwise.

No form of my invention may be construed as an "automatic firearm" or machine gun in any technical or lawful manner within American engineering nomenclature or constitutionally established context. The US BATFE defines a machine gun in a very strict technical sense. The US National Firearms Act defines a machine gun as "Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot without manual reloading, by a single function of the trigger". This definition is taken to imply a historically well-established concept. This concept effectively limits access to a firearm that may continue to fire automatically in a dead operator's hand or with a single accidental, or incidental trigger depression. In general a trigger may be moved towards, and from the operator, completing an entire trigger operating cycle. There are two distinct trigger functions and a small arm must fire more than one shot per trigger function, or two shots per trigger operating cycle to meet the lawfully accepted definition of an "automatic firearm", or a machine gun. My invention is technically a semi-automatic type operating system that strictly and with digital precision provides a single shot per operating cycle, and this in no way qualifies my Invention as a machine gun, and therefore is not included as a NFA restricted weapon, nor does it necessarily constitute a BATFE controlled firearm of any type.

Ramifications Concerning Flex-Fire 2 Technology

Flex-Fire 2 Technology provides small arms having the potentials of increased rates of fire, precision at higher rates of fire, and user comfort, beyond the capabilities of pre-existing fire control/operating systems.

Numerous embodiments have been described herein. It will be apparent to those skilled in the art that the above methods and apparatuses may incorporate changes and modifications without departing from the general scope of this invention. It is intended to include all such modifications and alterations in so far as they come within the scope of the appended claims or the equivalents thereof. Further, the "invention" as that term is used in this document is what is claimed in the claims of this document. The right to claim elements and/or sub-combinations that are disclosed herein as other inventions in other patent documents is hereby unconditionally reserved.

I claim:

**1**. A trigger activated arm comprising:
a frame;
a barrel that is supported to the frame;
a trigger that: (1) has an integrated cam surface; and, (2) is depressible to fire the arm; and,

8

a gun bolt that: (1) has an integrated cam surface; and, (2) reciprocates with respect to the frame;
wherein as the gun bolt reciprocates, the gun bolt integrated cam surface engages the trigger integrated cam surface to reposition the trigger.

**2**. The trigger activated arm of claim **1** wherein the gun bolt integrated cam surface engages the trigger integrated cam surface to reset the trigger into a pre-depressed position.

**3**. The trigger activated arm of claim **2** wherein a high energy reset force that exceeds the typical force of manual activation is used to reset the trigger.

**4**. The trigger activated arm of claim **1** wherein:
the trigger is depressible to fire the arm once per operating cycle;
the gun bolt reciprocates in a rearward stroke and forward stroke; and,
mechanical contact between the trigger and the gun bolt prevents depression of the trigger during any part of the operating cycle except when in battery or within 15% of the forward gun bolt stroke.

**5**. The trigger activated arm of claim **1** wherein the arm is a semi-automatic arm.

**6**. The trigger activated arm of claim **1** comprising a hammer that activates a firing pin to fire the arm.

**7**. The trigger activated arm of claim **1** comprising a striker that fires the arm.

**8**. A method comprising the steps of:
(A) providing a trigger activated arm comprising:
a frame;
a barrel that is supported to the frame;
a trigger that: (1) has an integrated cam surface; and, (2) is depressible to fire the arm; and,
a gun bolt that: (1) has an integrated cam surface; and, (2) reciprocates with respect to the frame; and,
(B) providing the trigger activated arm to be operable to reposition the trigger as the gun bolt reciprocates and the gun bolt integrated cam surface engages the trigger integrated cam surface.

**9**. The method of claim **8** wherein step (B) comprises the step of:
providing the trigger activated arm to be operable to reset the trigger into a pre-depressed position as the gun bolt reciprocates and the gun bolt integrated cam surface engages the trigger integrated cam surface.

**10**. The method of claim **8** wherein step (B) comprises the step of:
providing the trigger activated arm to use a high energy reset force that exceeds the typical force of manual activation to reset the trigger.

**11**. The method of claim **8** wherein:
step (A) comprises the step of:
providing the trigger to be depressible to fire the arm once per operating cycle; and,
providing the gun bolt to reciprocate in a rearward stroke and forward stroke; and,
step (B) comprises the step of: providing the trigger activated arm to be operable using mechanical contact between the trigger and the gun bolt to prevent depression of the trigger during any part of the operating cycle except when in battery or within 15% of the forward gun bolt stroke.

**12**. The method of claim **11** wherein step (B) comprises the step of:
providing the trigger activated arm to be operable using mechanical contact between the trigger and the gun bolt to prevent depression of the trigger during any part of

US 9,939,221 B2

9

the operating cycle except when in battery or within 5% of the forward gun bolt stroke.

**13**. The method of claim **8** wherein step (A) comprises the step of:

provide the trigger activated arm to be a semi-automatic arm.

**14**. The method of claim **8** wherein step (A) comprises the step of:

providing the trigger activated arm to comprise a hammer that activates a firing pin to fire the arm.

**15**. The method of claim **8** wherein step (A) comprises the step of:

providing the trigger activated arm to comprise a striker that fires the arm.

**16**. A trigger reset mechanism for use with a trigger activated arm having: a frame; a barrel that is supported to the frame; a trigger that is depressible to fire the arm; and, a gun bolt that reciprocates with respect to the frame; the trigger reset mechanism comprising:

10

an integrated cam surface on the gun bolt that engages an integrated cam surface on the trigger to reset the trigger into a pre-depressed position as the gun bolt reciprocates.

**17**. The trigger reset mechanism of claim **16** wherein the trigger reset mechanism uses a high energy reset force that exceeds the typical force of manual activation.

**18**. The trigger reset mechanism of claim **16** wherein mechanical contact between the trigger and the gun bolt prevents depression of the trigger during any part of an operating cycle except when in battery or within 15% of a forward gun bolt stroke.

**19**. The trigger reset mechanism of claim **16** wherein the trigger is automatically reset once per operating cycle.

**20**. The trigger reset mechanism of claim **16** wherein the trigger is reset during an earliest 50% of an operating cycle.

*     *     *     *     *



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Firearms Technology Industry Services Branch*

*Martinsburg, WV*

www.atf.gov

DEC 0 7 2017

907010:DLH
3311/307369



Dear Mr. ▮▮▮▮

This refers to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), which accompanied your submitted sample of an AR-type firearm with modified fire control components you state are designed as a "trigger reset device." Specifically, you requested an examination and classification of this sample with regard to the amended Gun Control Act of 1968 (GCA) and the National Firearms Act (NFA).

As background, the GCA, 18 U.S.C. § 921(a)(3), defines the term **"firearm"** to include "*…any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive…[and]…the frame or receiver of any such weapon…"*

The GCA, 18 U.S.C. § 921(a)(23), defines the term **"machinegun"** as…

*"The term "machinegun" has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C. 5845(b))."*

Further, the NFA, 26 U.S.C. § 5845(a), defines the term **"firearm"** to include …*(6) a machinegun.*

Additionally, the NFA, 26 U.S.C. § 5845(b), defines **"machinegun"** to mean:

*…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, <u>or combination of parts designed and intended, for use in converting a weapon into a machinegun</u>, and any combination of parts from which a*

-2-

████████

*machinegun can be assembled if such parts are in the possession or under the control of a person.*

The submitted device is described by you as a "trigger reset device." You further describe the design and function of the device as *"designed to aid a shooter's ability to successfully reset the trigger, allowing the shooter to again pull the trigger rearward for quick follow up shots."*

The physical characteristics and identity of the submitted sample are provided below:

### Submitted Sample:





The submitted sample examined by FTISB personnel consists of a homemade .223-5.56 caliber AR-type rifle, serial number 51212, which is equipped with the following items (see photographs):

- A modified AR-type semiautomatic trigger.
- A modified AR-type semiautomatic hammer.

- A modified AR-type semiautomatic disconnector.
- A modified three-position AR-15 type selector lever.
- A "trigger reset lever."
- A "trigger reset lever stop."
- A "trigger reset lever stop spring."
- Top and bottom bolt carrier inserts.



The written correspondence received with the sample states you do not believe this combination of parts which you have designed should be classified as a **"machinegun"** because they function, in your opinion, the same way as a bump-fire or slide-fire device. You state: *"The parts I am submitting merely reset the trigger so it is ready for the next pull and do not result in the firearm shooting automatically more than one shot by a single function of the trigger."*

For your information, a bump-fire type device generally operates when attached to an un-modified semiautomatic, AR-type firearm in the following manner:

When operated, a shooter must apply forward pressure to the forward handguard/fore-end of the AR-type rifle with the support hand. This brings the receiver assembly forward to a point at which the trigger can be pulled by the firing hand, which remains stationary. If sufficient forward pressure is not applied to the handguard with the support hand, the rifle can only be fired in a conventional semiautomatic manner with the firing hand. Forward pressure, *supplied by the shooter*, is necessary to perform "bump-fire" because the reciprocation of the receiver assembly is necessary to reset the trigger and fire subsequent rounds.

The FTISB examination of "bump-fire" type devices indicate that if, as a shot is fired and the shooter provides a sufficient amount of pressure to the handguard/gripping surface to counter the recoil, an AR-type rifle assembly will come forward until the trigger re-contacts the shooter's stationary firing-hand trigger finger, allowing a subsequent shot to be fired.

████████

In this manner, the shooter pulls the upper assembly forward to fire each shot, such that the firearm cannot shoot automatically more than one shot, without manual reloading, by a single function of the trigger. The analysis as to whether a shooter releases the trigger and consciously pulls the trigger a second time is unnecessary in such cases because the firearm is not functioning "automatically." Our examination of the submitted sample found that it did not function in this manner; rather, the firearm included an automatic function.

Examination of the submitted sample and fire control components revealed an obvious similarity between an AR-15 type "drop-in auto-sear" (DIAS) and the submitted trigger reset lever, trigger reset lever stop, and trigger reset lever stop spring (see photograph below). ATF has previously classified the DIAS as a part designed and intended, solely and exclusively for use in converting a weapon into a machinegun. Thus, the DIAS is a machinegun. Both the DIAS and the "trigger reset device" utilize a lever which is tripped when the bolt carrier returns forward after a round is discharged. They differ, however, in that a DIAS holds the hammer rearward until it is tripped by the bolt carrier; whereas your trigger reset lever forces the semiautomatic disconnector to release the hammer when it is tripped by the bolt carrier.



**AR-15 drop-in auto-sear (top) compared to "trigger reset device" (bottom)**

When the selector switch on the submitted sample is placed into the third position (3 o'clock), and the trigger is pulled and the weapon is *slowly cycled,* the return of the bolt carrier forward pushes the trigger reset lever down, forcing the shooter's finger forward while pulling the semiautomatic disconnector away from the rear hammer notch. When performed slowly, the cycling of the weapon pushes the shooters finger forward enough to engage the trigger sear surface on the bottom hammer notch.

However, function testing the submitted sample by releasing the bolt carrier at full speed prevents the trigger from engaging the hammer notch and results in automatic (machinegun) operation. Once the hammer is pushed to the rear when the rifle recoils, the hammer is *briefly* retained by the disconnector until the trigger reset lever *pushes* the trigger downwards, subsequently forcing the operator's trigger finger forward and disengaging the disconnector.

-5-

████████████

This is a vital difference between the submitted sample and typical semiautomatic operation. In semiautomatic operation, a shooter must release the trigger to "reset" the firearm for a subsequent shot. The functioning of the submitted sample negates this need and performs this function automatically, forcing the finger to move forward and subsequently releases the hammer, allowing it to again be retained by the trigger sear surface for a subsequent shot to be fired. A second shot is then fired because the shooter has retained a single, constant pull that again releases the hammer once the trigger reset lever stops pushing downward. Actual test firing with live ammunition confirmed this automatic operation; that is, the weapon shoots automatically more than one shot, without manual reloading, by a single function of the trigger.

The hammer and trigger sear surface are shown below on an unmodified semiautomatic AR-type firearm for reference:



The disconnector engaging and holding the hammer on an unmodified semiautomatic AR-type firearm as shown below for reference:



-6-

In the submitted sample, the trigger reset lever, which is pinned to the trigger, is forcefully pushed down by the bottom bolt carrier insert when the bolt carrier returns to the forward in-battery position. As the trigger reset lever is attached to the rear of the trigger, the trigger is forced forward, even as rearward pressure is maintained. This forward movement of the trigger disengages the disconnector from the rear hammer notch. With rearward pressure maintained, the trigger sear surface does not engage the hammer "trigger notch" and the hammer is released forward, continuing the firing cycle. The sample will continue to operate automatically until the ammunition supply is exhausted or a malfunction occurs.







The submitted trigger reset device is specifically designed, with the use of the trigger reset lever, to move the shooter's finger and force the disconnector to release the hammer. Throughout this process, the shooter has never released the trigger itself, instead applying a single, constant pull. When the trigger reset lever downward pressure is released, the shooter's constant trigger pull again releases the hammer and causes a second round to fire.

A single pull of the trigger by the shooter therefore starts a firing sequence in which semiautomatic operation is made automatic by the trigger reset device. ATF has long held that a single pull of the trigger is the same as a "single function" of the trigger. Similarly, a single release of the trigger is a single function of the trigger. In this way, certain "binary" triggers increase the rate of fire but are not machineguns because they fire only a single shot when the trigger is pulled, and a single shot when the trigger is released.

The submitted trigger reset device is designed to utilize the trigger reset lever to automatically continue the firing sequence and causes a firearm to shoot automatically by the automatic resetting of the firearm hammer. With constant pressure or a single pull of the firearm trigger, the host AR-type firearm shoots automatically more than one shot, without manual reloading, by a single function of the trigger. Such an item or device is classified as a combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun; thus a "**machinegun**" as defined in 26 U.S.C. § 5845(b).

In order to ensure that the submitted sample was actually firing more than one shot, without manual reloading, with a single function of the trigger, rather than firing a single shot with each function of the trigger, the following procedure was followed:

- A common 8-inch plastic zip-tie was installed around the rear of the grip and the front of the sample's trigger.

- The zip-tie was gradually tightened until the trigger was retracted just enough to allow the hammer to fall.

- With the trigger retained in this position, the bolt assembly was retracted and retained in an open position, with the aid of the bolt catch.

- A five-round ammunition load was placed into the sample's magazine and the magazine was inserted into the firearm.

- Without touching the trigger (which was being retained in a fixed position by the plastic zip-tie), the bolt catch was depressed allowing the firearm's bolt to travel forward and chamber a cartridge. Upon chambering the cartridge, the weapon fired the entire five-round ammunition load automatically <u>without the trigger being repeatedly pulled and released.</u>

- This same test was repeated several times with a five-round ammunition load and once with a fifteen-round ammunition load. In all instances, the submitted sample discharged its entire ammunition load upon initiating the firing sequence by depressing the bolt release, thus allowing the bolt assembly to move forward and both chamber and fire cartridges repeatedly.

FTISB testing with the trigger of the submitted sample pictured on the previous page, retained in the static position shown with a plastic zip-tie, revealed that the submitted fire control components will allow a semiautomatic AR-15 type firearm to fire automatically more than one shot, without manual reloading, by a single function of the trigger.

As stated above, Federal law defines "**machinegun**," in relevant part, as "*any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger*" as well as a "*combination of parts designed and intended, for use in converting a weapon into a machinegun.*"  Legislative history for the NFA indicates that the drafters equated a "single function of the trigger" with "single pull of the trigger."  National Firearms Act:  Hearings Before the Comm. on Ways and Means, House of Representatives, Second Session on H.R. 9066, 73rd Cong., at 40 (1934). Therefore, ATF has long held that a single function of the trigger is a "single pull" or alternatively, a single release of a trigger.  Therefore, a firearm is not a machinegun if a projectile is expelled when the trigger is pulled and a second projectile is expelled when the trigger is released.

FTISB has also evaluated similar devices which have prevented the trigger from positively resetting and resulted in a "hammer-follow" scenario. A device designed to prevent the hammer from positively resetting could cause a firearm to shoot automatically more than one shot,

███████████

without manual reloading, by a single function of the trigger, and would also be classified as a combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun; thus a "**machinegun**" as defined in 26 U.S.C. § 5845(b).

Please be aware that if a device is designed to assist in preventing the hammer from positively resetting or which utilizes *a spring, electric motor or non-manual source of energy which assists in the automatic resetting of the hammer and causes a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger*, such an item or device would be classified as a combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun; thus a "machinegun" as defined in 26 U.S.C. § 5845(b).

Further, the incorporation of a positive disconnecting or trigger resetting feature alone, does not preclude or remove such a weapon or device from the definition of a "**machinegun**" as defined in the NFA, 26 U.S.C. § 5845(b). Also, the absence of "hammer-follow" in an AR-type firearm does not exclude such a firearm from being classified as a machinegun. FTISB machinegun classifications are based on the evaluation of the item as submitted and whether the item converts a weapon to shoot automatically, regardless of how reliably it shoots automatically more than one shot, without manual reloading, by a single function of the trigger.

Consequently, the submitted sample is a "**machinegun**" as defined in the NFA.  It is also a "**firearm**" as defined in the NFA, and is subject to all NFA provisions.

Further, since May 19, 1986, the GCA permits only properly licensed manufacturers and importers to register new machineguns; private, unlicensed individuals may not do so (See 18 U.S.C. § 922(o)).

An unregistered machinegun is a contraband firearm and possession of such a weapon is unlawful.  The submitted firearm is not registered in accordance with the provisions of the NFA and it cannot be returned to you.

Instead, FTISB is obliged to request forfeiture of the unregistered sample you have submitted.

We trust that the foregoing has been responsive to your request.  If we can be of any further assistance, you may contact us at any time.

Sincerely yours,

Michael R. Curtis
Chief, Firearms Technology Industry Services Branch

# 2021-595-DAS IQ#317066

by Smith, David, A





ATF0156





ATF0158



ATF0159





RARE BREED DESIGN
MDL. CRUSADER
CAL. MULTI
TRIGGERS

US PAT. 10514222



ATF0162

ATF0163



ATF0164



ATF0165







ATF0168



ATF0169



ATF0170



ATF0171



ATF0172



ATF0173

ATF0174



ATF0175



ATF0176



ATF0177

# RARE BREED

## -TRIGGERS-

# FRT - 15

**DROP-IN TRIGGER FOR THE STANDARD AR-15 PLATFORM**

♦ 1/4" WIDE HAMMER, TRIGGER, AND LOCKING BAR
♦ 7075-T6 ALUMINUM HOUSING
♦ PRECISION WIRE EDM CUT
♦ BLACK NITRITE QPQ FINISH
♦ INCLUDES ANTI-WALK PINS

*HEAVY BUFFER RECOMMENDED

* SEE INSIDE FOR LEGAL DISCLAIMER

ATF0178

Election: Please contact RBT if you have any questions. However, if for any reason the conditions set forth in this agreement are unacceptable to you, THEN DO NOT PURCHASE THIS PRODUCT. If you have already purchased an RBT FRT, and you do not agree to the terms set herein, then we encourage you to destroy, transfer or contact YOUR RETAILER to determine their return policy.

**THIS IS A WAIVER AND RELEASE OF LIABILITY. YOU AGREE TO THIS ENTIRE DOCUMENT. YOU AGREE TO ALL OF THE PROVISIONS HEREIN AND UNDERSTAND THAT YOU HAVE GIVEN UP SUBSTANTIAL RIGHTS BY AGREEING TO ALL OF THE PROVISIONS. BY PURCHASING, AND CONTINUING TO RETAIN THESE PRODUCTS, YOU ARE INDICATING YOUR VOLUNTARY AGREEMENT TO THE PROVISIONS OF THIS WAIVER AND RELEASE OF LIABILITY.**

We want to do everything we can to help you be safe with your new FRT. **UNDERSTAND THE OPERATION OF** any FIREARM equipped with an FRT **BEFORE USING IT. WARNING! THIS PRODUCT IS DESIGNED FOR USE BY HIGHLY TRAINED PERSONNEL. WARNING!**

**IMPROPER UNDERSTANDING OF HOW THE FRT OPERATES MAY LEAD TO UNINTENTIONAL OR NEGLIGENT DISCHARGE OF THE FIREARM SO EQUIPPED AND MAY LEAD TO INJURY OR EVEN DEATH.**

ATF0179

## WAIVER AND RELEASE

**Firearms, by their very nature, can be lethal. The RARE BREED TRIGGERS LLC's (RBT) Forced Reset Trigger (FRT) may inadvertently cause INJURY or DEATH if misused. Improper use, misuse, or untrained use of the FRT may lead to PROPERTY DAMAGE, PERSONAL INJURY TO SELF OR OTHERS, OR DEATH.**

**WARNING: NEVER RELY ON MECHANICAL FEATURES. IT IS YOUR RESPONSIBILITY TO ENSURE SAFE HANDLING OF ANY FIREARM INCLUDING ANY FIREARM EQUIPPED WITH AN FRT.**

**WARNING: IT IS THE BUYER'S RESPONSIBILITY TO ENSURE THAT THEY ARE IN COMPLIANCE WITH ALL APPLICABLE LAWS AT ALL TIMES WHILE USING THIS PRODUCT. SOME STATES MAY NOT ALLOW CIVILIANS TO USE THE FRT.**

**ACKNOWLEDGMENT AND ASSUMPTION OF RISK:** The FRT has the ability to cycle rapidly. By purchasing and/or using the RBT FRT, YOU have acknowledged and assume the PERSONAL RESPONSIBILITY and INHERENT RISK, including without limitation, of LIABILITY, INJURY, LOSS, DAMAGE, or DEATH as a result of improper use, misuse, installation, and/or abuse of the FRT.

**WAIVER OF RIGHTS:** By purchasing and/or using the RBT FRT, you waive and release any claim for damages, indemnity, or reimbursement against RBT for any claims, fines, or damages imposed upon you for use of the FRT.

ATF0180

In addition, you agree to release RBT (including its independent contractors, affiliated entities, parent companies, subsidiaries, present and former employees, owners, officers, members, managers, partners, contractors, insurers, shareholders, and directors) from any and all claims, actions, damages, liabilities, losses, costs and expenses (including, without limitation, attorney fees) for death, injury, loss or damage of property in any way arising out of the purchase and use of the RBT FRT. By purchasing and/or using the RBT FRT you agree to limit liability to actual damages arising from gross negligence or willful misconduct of RBT. In no event shall RBT be liable for any special, incidental, punitive, or consequential damages or other indirect damages.

INDEMNIFICATION: By purchasing or using the RBT FRT, you agree to accept responsibility for your use of the product and any consequence or fine imposed upon you by any government entity or third party and to indemnify and hold harmless RBT for any claims made resulting from your use of the FRT.

TRANSFER OF PRODUCT: If you should sell, lease, gift, or let someone borrow or use, or in any way transfer the FRT to any other individual (recipient/assign), you agree, as a condition of acquiring this product, to accept the responsibility of insuring the recipient is fully aware and agrees to the conditions set forth herein. Failure to assign this product to a recipient or third party without first providing acknowledgement and acceptance by the recipient of the conditions set herein will be grounds for liability on the part of you as the original buyer.

ATF0181

on the part of you as the original buyer.

**BINDING EFFECT:** By the purchase or use of the RBT FRT, you agree this waiver shall be binding upon you as well as your next of kin, personal representatives, heirs, beneficiaries, and assigns and shall inure to the benefit of RBT and successors and assigns of RBT.

**SEVERABILITY:** If any provisions of this Wavier and Release is for any reason declared to be invalid or unenforceable, the validity and enforceability of the remaining provisions will not be affected. The invalid or unenforceable provison will be deemed modified to the extent necessary to render it valid and enforceable.

**GOVERNING LAW:** This Waiver and Release shall be governed in all respects by the laws of the State of Florida without regard to conflict of law principles. Any action or claim shall be brought in Orange County, Florida.

**DISPUTE RESOLUTION: ARBITRATION** To the extent permitted by applicable law, any controversy or claim arising out of or relating to the product, its design, functionality, or materials and this contract, or breach thereof, will be settled by binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. Under this arbitration provision, you give up the right to resolve any controversy or claim arising out of or relating to the product, including its design, functionality, materials, or this contract by a judge and/or a jury. You also agree not to participate as a class representative or class member in any class action litigation, any class arbitration or any consolidation of individual arbitrations. The parties specifically agree to the binding nature of the arbitration.

ATF0182