FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2021 AUG 18 PM 2: 15

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

RARE BREED TRIGGERS, LLC, *et al.*,

        Plaintiffs,

        v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,

        Defendants.

_____/

Case No. 6:21-cv-01245-CEM-GJK

## LETTER REGARDING VIDEO EXHIBITS TO ADMINISTRATIVE RECORD

Enclosed please find a drive containing two video files that are part of the administrative record in the above-captioned case.

DATED: August 17, 2021        Respectfully submitted,

1

BRIAN M. BOYNTON
Acting Assistant Attorney General

KARIN HOPPMANN
Acting United States Attorney

LESLEY FARBY
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
DC Bar No. 166009
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
E-mail:     michael.p.clendenen@usdoj.gov

*Counsel for Defendants*