UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RARE BREED TRIGGERS, LLC, a
Florida Limited Liability Company, and
KEVIN C. MAXWELL, an individual,**

    Plaintiffs,                 CASE NO.:6:21-cv-01245-CEM-GJK

v.

**MERRICK GARLAND, in his official
capacity as Attorney General of the United
States; et al.,**

    **Defendants.**

_____/

## PLAINTIFF'S NOTICE OF FILING

Enclosed please find Plaintiffs' Exhibit J, a drive containing eleven video files in rebuttal to the ATF examination report and associated video exhibits reflected in Document #31in the above-style case.

Dated: August 27, 2021

                                                 Respectfully submitted,

                                                 **/s/ Kevin C. Maxwell**
                                                 Kevin C. Maxwell, Esq.
                                                 Florida Bar #0604976
                                                 255 Primera Blvd. Ste 160
                                                 Lake Mary FL 32746
                                                 Tel: 407-480-2179
                                                 kevincmaxwell@gmail.com
                                                 Attorney for Plaintiffs