United States District Court
Middle District of Florida
Orlando Division

**RARE BREED TRIGGERS, LLC, et al.,**
    Plaintiffs,

v.     Case No. 6:21-cv-1245-CEM-GJK

**MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.,**
    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

    The undersigned attorney, Kevin C. Maxwell, Esq., hereby files this Notice of Change of Address and requests all future pleadings, papers and communication be directed to the email addresses, mailing address and telephone number listed below.

**Kevin C. Maxwell, Esquire
The Law Office of Kevin C. Maxwell LLC
255 Primera BLVD. Ste. 160
Lake Mary, FL 32746
(407) 480-2179
kevincmaxwell@gmail.com
kevinmaxwellpl@gmail.com**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing is true and correct and was served on this _7_ day of Sept., 2021.

/s/ *Kevin C. Maxwell*
**KEVIN C. MAXWELL, ESQ.**
Florida Bar No.: 0604976
255 Primera Blvd Ste 160
Lake Mary, Blvd 32746
Tel. (407) 480-2179
kevincmaxwell@gmail.com