**United States District Court**
**Middle District of Florida**
**Orlando Division**

**RARE BREED TRIGGERS, LLC, et al.,**
      Plaintiffs,

v.                                                                     **Case No. 6:21-cv-1245-CEM-GJK**

**MERRICK GARLAND, in his official**
**capacity as Attorney General of the United**
**States, et al.,**
      Defendants.
_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

**COMES NOW** the Plaintiffs, Rare Breed Triggers, LLC and Kevin C. Maxwell, and hereby file this Notice of Supplemental Authority in relation to BATFE's attempt to change the definition of "machinegun" by amending the Code of Federal Regulations 27 CFR § 479.11 after Congress refused to amend 27 U.S.C. § 5854(b).

The attached supplemental authority is the published opinion of Senior Judge Stephens, with the concurrence of Chief Judge Monahan and Judge Deerwester of the United States Navy-Marine Corps Court of Criminal Appeals in the case of the *United States v Ali Alkazahg*, case number 202000087. The Opinion and Order were issued on September 7, 2021and may be found at Navy-Marine Corps Court of Criminal Appeals (NMCCA) U.S. Navy Judge Advocate General's Corps, Opinion Archive.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing is true and correct and was served on this _10_ day of Sept., 2021.

/s/*Kevin C. Maxwell*

**KEVIN C. MAXWELL, ESQ.**
Florida Bar No.: 0604976
255 Primera Blvd Ste 160
Lake Mary, Blvd 32746
Tel. (407) 480-2179
kevincmaxwell@gmail.com