UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RARE BREED TRIGGERS, LLC, a Florida Limited Liability Company, and KEVIN C. MAXWELL, an individual,

    Plaintiffs,

CASE NO.: 6:21-cv-01245-CEM-GJK

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; CRAIG SAIER, in his capacity as Special Agent in Charge of the Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives; MARVIN RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; EARL GRIFFITH, an individual, and DAVID SMITH, an individual,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To (Defendant's name and address)

**David Smith**
**244 Needy Road, #1600,**
**Martinsburg, WV  25405**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kevin C. Maxwell, Esq.**
**255 Primera Blvd Ste 160**
**Lake Mary FL 32746**

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Suzanna Manuel

DATED on  September 15     , 2021.                    _____
                                                      Signature of Clerk of Deputy Clerk

**Civil Action No.** _____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)*_____ .

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there,
on *(date)*_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*_____
_____
_____
_____
.

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

_____
*Printed name and title*

_____

_____
*Server's address*

Additional information regarding attempted service, etc.

_____
_____
_____
_____
_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RARE BREED TRIGGERS, LLC, a Florida Limited Liability Company, and KEVIN C. MAXWELL, an individual,

  Plaintiffs,      CASE NO.: 6:21-cv-01245-CEM-GJK

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; CRAIG SAIER, in his capacity as Special Agent in Charge of the Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives; MARVIN RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; EARL GRIFFITH, an individual, and DAVID SMITH, an individual,

  Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To (Defendant's name and address)

Case No.: 6:21-cv-1245-CEM-GJK

# Earl Griffith
## 244 Needy Road, #1600,
## Martinsburg, WV 25405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kevin C. Maxwell, Esq.**
**255 Primera Blvd Ste 160**
**Lake Mary FL 32746**

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Suzanna Manuel

DATED on ___September 15___, 2021.      _____
                                          Signature of Clerk of Deputy Clerk

**Civil Action No.** _____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

  This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____ .

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there,
on *(date)*_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other
*(specify)*:_____
_____
_____
_____
.

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                        _____
                            *Server's signature*

                        _____
                           *Printed name and title*

                        _____

                        _____
                            *Server's address*

Additional information regarding attempted service, etc.

_____
_____
_____
_____
_____