UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**RARE BREED TRIGGERS, LLC and KEVIN C. MAXWELL,**

        **Plaintiffs,**

v.                                      Case No. 6:21-cv-1245-CEM-GJK

**MERRICK GARLAND, CRAIG SAIER, MARVIN RICHARDSON, U.S. DEPARTMENT OF JUSTICE, and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,**

        **Defendants.**

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
|---|---|---|---|
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Kevin Maxwell |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Michael Clendenen |
| **DATE/TIME:** **TOTAL TIME:** | September 16, 2021 10:26 AM – 10:33 AM 7 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE STATUS CONFERENCE**

Case called. Appearances taken.

The Court addresses matters with both parties.

In-Person Evidentiary Hearing set for Monday October 4, 2021 at 9:00 AM.

Court is adjourned.