UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RARE BREED TRIGGERS, LLC and KEVIN C. MAXWELL,**

        **Plaintiffs,**

v.                      Case No. 6:21-cv-1245-CEM-GJK

**MERRICK GARLAND, CRAIG SAIER, MARVIN RICHARDSON, U.S. DEPARTMENT OF JUSTICE, and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,**

        **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Kevin Maxwell |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Michael Clendenen, |
| **DATE/TIME:** **TOTAL TIME:** | October 6, 2021 9:04 AM 10:47 AM 1 hour and 43 Minutes | | |

**CLERK'S MINUTES**
**EVIDENTIARY HEARING**

Case called. Appearances taken.

Plaintiff's witness: Daniel O'Kelly sworn and testified. Direct examination of Mr. O'Kelly conducted by Mr. Maxwell.

Plaintiff's witness: Brian Luettke sworn and testified. Direct examination of Mr. Luettke conducted by Mr. Maxwell.

Plaintiff's witness: Glenn Bellamy sworn and testified. Direct examination of Mr. Bellamy conducted by Mr. Maxwell.

Plaintiff's closing argument conducted by Mr. Maxwell.

Defense closing argument conducted by Mr. Clendenen.

The Court takes the matter under advisement.

On or before October 20, 2021 Plaintiff to file a Motion to Remand.

Defense counsel to file a response to the Motion to Remand on or before November 3, 2021.

Court is adjourned.