

# EXHIBIT LIST

_X_ PLAINTIFF   ___ DEFENDANT   ___ JOINT

__ GOVERNMENT ___ COURT

CASE NO.   21-CV-1245-CEM-GJK
STYLE:   RARE BREED TRIGGERS LLC, ET AL V. GARLAND ET AL

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 10/06/2021 | 10/06/2021 | | | RECEIPT FOR PROPERTY (BRIAN TRAPP) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box  on the left must be one inch wide to accommodate the Clerk's date stamp.