## United States District Court
## Middle District of Florida
## Orlando Division

**RARE BREED TRIGGERS, LLC, et al.,**
      Plaintiffs,

v.                                                   **Case No. 6:21-cv-1245-CEM-GJK**

**MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.,**
      Defendants.
_____/

### NOTICE OF UNAVAILABILITY

**COMES NOW**, the undersigned counsel in the above-styled cause and files this Notice of Unavailability and states as follows:

1. That the undersigned counsel has COVID-19 and will be unavailable to attend any trial, hearing, deposition, or any other matter scheduled during the time period of October 12, 2021 to November 5, 2021.

2. That there is no other attorney who would be in a position to attend any matter in the undersigned counsel's absence.

3. That Opposing Counsel is hereby given notice that the undersigned objects to any matter scheduled in this case for the period set forth in paragraph one (1) and hereby requests a continuance if any matter is so scheduled during said time period.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing is true and correct and was served on this _13_ day of Oct., 2021.

/s/ *Kevin C. Maxwell*
**KEVIN C. MAXWELL, ESQ.**
Florida Bar No.: 0604976
255 Primera Blvd Ste 160
Lake Mary, Blvd 32746
Tel. (407) 480-2179
kevincmaxwell@gmail.com