# United States District Court
## Middle District Of Florida
### Orlando Division

**RARE BREED TRIGGERS, LLC, et al.,**

        **Plaintiffs,**

**v.**                     **Case No:   6:21-cv-1245-CEM-GJK**

**MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.,**

        **Defendants.**

_____

### Order to Strike

This cause came on for consideration on Kevin C. Maxell's Notice of Unavailability (the "Notice"). Doc. No. 69. The rules of this Court do not provide for filing a notice of unavailability as a method to avoid abiding by deadlines and schedules established by the Court. See Local Rule 3.08(c) ("A lawyer or pro se party must not file a 'notice of unavailability' or a similar paper."). Counsel may notify opposing counsel of counsel's unavailability and request that counsel's schedule be accommodated. With respect to deadlines for filing documents with the Court, attending hearings, or otherwise, counsel must file a motion for an enlargement of time or a continuance in accordance with Local Rule 3.08, as appropriate. Counsel may also file motions to appear remotely. It is impractical

for the Court to be required to search the docket of each case for notices of unavailability before setting hearings and response deadlines.

For these reasons, counsel may not rely upon the filing of a notice of unavailability as a basis to excuse counsel's appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures. Accordingly, it is hereby **ORDERED** that the Notice (Doc. No. 69) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida, on October 14, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties