UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RARE BREED TRIGGERS,
LLC, a Florida Limited Liability
Company, and KEVIN C.
MAXWELL, an individual,

    Plaintiffs,               CASE NO.: 6:21-cv-01245-CEM-GJK

v.

MERRICK GARLAND, in his
official capacity as Attorney
General of the United States, et al.,

    Defendants.
_____/

**PLAINTIFFS, RARE BREED TRIGGERS, LLC AND KEVIN C. MAXWELL'S, MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND**

Plaintiffs, RARE BREED TRIGGERS, LLC ("RBT") and KEVIN C. MAXWELL ("MAXWELL") (collectively "Plaintiffs"), by and through their undersigned counsel, hereby move the Court pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.08 for an extension of time to file their post-hearing Motion for Remand as previous ordered by this Court, and as grounds therefore states as follows:

1. Following the hearing on the Plaintiffs' Motion for Preliminary Injunction on Wednesday, October 6, 2021, this Court entered its Order directing that Plaintiffs may file a motion to remand on or before October 20, 2021, and that if such motion was filed, the Defendants response would be due on or before November 3, 2021. [Doc. 65].

2. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), when an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

3. Shortly after the hearing, during the weekend of October 9, 2021, Plaintiffs' counsel began feeling ill.

4. Following testing, Plaintiffs' counsel learned on Tuesday, October 12, 2021 that he had tested positive for the Covid-19 virus.

5. Plaintiffs' counsel is significantly ill and is currently unable to work.

6. It is Plaintiffs' counsel's understanding that it takes approximately two weeks to recover from the Covid-19 virus.

7. The deadline previously set by this Court has not yet expired and for the reasons set forth above, good cause exists for an extension of the deadline previously set by the Court.

8. The Plaintiffs are requesting that the deadlines for the filing of the Motion for Remand and the Defendant's response be extended by a period of two weeks such that Plaintiffs would be required to file their Motion for Remand on or before November 3, 2021, and the Defendants would be required to file their response on or before November 17, 2021.

9. This Motion is made in good faith and not for the purposes of delay or for other improper motive.

### Local Rule 3.01(g) Certification

I hereby certify that I have conferred with counsel for the Defendants regarding this Motion by telephone and that the Defendants' counsel has agreed to the extension sought by this Motion.

/s/ *Kevin C. Maxwell*
**KEVIN C. MAXWELL**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing is true and correct and was served on this 14th day of October, 2021.

/s/ *Kevin C. Maxwell*
**KEVIN C. MAXWELL, ESQ.**
Florida Bar No.: 0604976
255 Primera Blvd., Ste. 160
Lake Mary, FL 32746
Tel. (407) 480-2179
kevincmaxwell@gmail.com