IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| RARE BREED TRIGGERS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. <br> _____/ | Case No. 6:21-cv-01245-CEM-GJK |

## OFFICIAL-CAPACITY DEFENDANTS' MOTION TO STAY DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

The Official-Capacity Defendants[1] submit this motion to stay their deadline to file their responsive pleading or motion under Federal Rule of Civil Procedure 12 until after the Court has ruled on their forthcoming motion for summary judgment. The Official-Capacity Defendants currently have until October 19, 2021, at 5:00 p.m. to file their responsive pleading or motion. *See* ECF No. 58. Plaintiffs have requested to

---

[1] The undersigned counsel represents only the agencies of the United States and federal officers sued in their official capacities. The Amended Complaint also names two officers, Earl Griffith and David Smith, as defendants in their individual capacities and asserts claims against them for damages under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The undersigned counsel does not represent Defendants Griffith or Smith. This motion is submitted only on behalf of the agencies of the United States and federal officers sued in their official capacities; for simplicity, this motion uses the term "Official-Capacity Defendants" to refer to this group of defendants, excluding Defendants Griffith and Smith.

1

file a motion to remand to the agency and have moved for an extension of their deadline to do so until November 3, 2021, with the Official-Capacity Defendants' opposition due November 17, 2021. *See* ECF No. 71; *see also* ECF No. 72 (granting Plaintiffs' extension motion). Defendants intend to file a motion for summary judgment at the same time as their opposition to Plaintiffs' motion to remand. *See Berry v. Esper*, 322 F. Supp. 3d 88, 90 (D.D.C. 2018) ("Challenges to agency decisions under the [Administrative Procedures Act ("APA")] are properly resolved on motions for summary judgement . . . ."); *Pinnacle Armor, Inc. v. United States*, 923 F. Supp. 2d 1226, 1245 (E.D. Cal. 2013) ("Normally, APA cases are resolved on cross-motions for summary judgment . . . ."); *Smirnov v. Clinton*, 806 F. Supp. 2d 1, 21 n.16 (D.D.C. 2011) ("[M]ost APA cases [are resolved] through the consideration of cross motions for summary judgment . . . ."), *aff'd*, 487 F. App'x 582 (D.C. Cir. 2012). An answer would serve little purpose while these dispositive motions are pending, particularly given that the government has already filed the Administrative Record and Certification of Administrative Record. *See* ECF Nos. 26–30. As such, a stay of the answer deadline is warranted to allow the parties to focus on briefing of the dispositive motions.

The Court has granted one previous request for an extension of this deadline. *See* ECF No. 58. This request is not made for purposes of delay.

### Local Rule 3.01(g) Certification

Pursuant to the requirements of Local Rule 3.01(g), the undersigned certifies

that he attempted to confer with Plaintiffs' counsel regarding this Motion to Stay Deadline to Answer or Otherwise Respond to the Amended Complaint. On October 14, 2021, the undersigned counsel responded to Plaintiffs' counsel via email[2] that the Official-Capacity Defendants did not oppose Plaintiffs' motion for an extension of time but also inquired about a stay of the answer deadline. Plaintiffs' counsel did not respond to that inquiry, but Plaintiffs nevertheless indicated in their motion that "Defendants' counsel has agreed to the extension sought by this motion." ECF No. 71, at 3. The undersigned counsel is aware of the obligations under Local Rule 3.01(g)(3) and will supplement this motion accordingly.

DATED: October 14, 2021                                Respectfully submitted,

---

[2] Plaintiffs' motion indicates that the parties conferred by telephone. ECF No. 71, at 3. Although Plaintiffs' counsel did call the undersigned counsel, the undersigned counsel informed Plaintiffs' counsel that he would need to respond after consulting with the agencies. The undersigned counsel subsequently informed Plaintiffs' counsel via email that the Official-Capacity Defendants did not oppose Plaintiffs' extension motion.

3

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
DC Bar No. 1660091
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
E-mail: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of October, 2021, I caused the foregoing document to be served on the following counsel for Plaintiffs by filing with the court's electronic case filing system: Kevin C. Maxwell, Esq.

                                                */s/ Michael P. Clendenen*
                                                MICHAEL P. CLENDENEN